AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

John L. McGill

V.

Minnesota Mutual Life Insurance Company, Alias

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-481 S

TO: (Name and address of Defendant)

Minnesota Mutual Life Insurance Company

400 North Robert Street
St. Paul, Minnesota

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessica L. Basso, Esq.
D'AMICO & BURCHFIELD, LLP
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 11-18-05

(By) DEPUTY CLERK

440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| vice of the Summons and complaint was made by me(1) | DATE Nov. 28, 2005 |
|---|---|
| E OF SERVER *(PRINT)* John R Wallace | TITLE Process Server |

*'heck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ **Returned unexecuted:**

☑ Other (specify): Corporate Service. Documents were left with Cheryl Hamilton, Paralegal for Minnesota Mutual Life Insurance Co.

## STATEMENT OF SERVICE FEES

| AVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

**I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.**

**Executed on** 11/28/2005
Date

[signature]
*Signature of Server*

PO Box 434, Rosemount, MN 55068
*Address of Server*

FILED
2005 DEC -6 A 11:21
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.**