UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
DEC 13 2005
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| JOHN MCGILL, Plaintiff | ) | C.A. No. 05-0481/S |
| v. | ) | |
| MINNESOTA MUTUAL LIFE INSURANCE COMPANY, Defendant | ) | STIPULATION |

Plaintiff and defendant Minnesota Mutual Life Insurance Company agree that defendant may have up to and including December 30, 2005 to respond to the complaint.

Jessica Basso, Esq., No. 5885
D'AMICO & BURCHFIELD, LLP
Attorneys for Plaintiff
536 Atwells Avenue
Providence, Rhode Island 02909
(401) 454-1212
(401) 454-1233 FAX

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: December 13, 2005