UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN L. MCGILL,<br>Plaintiff | : | |
| -VS- | : | Case No.: 05-481 S |
| MINNESOTA MUTUAL LIFE INSURANCE COMPANY, Alias,<br>Defendant | : | |

**NOTICE OF DEPOSITION**

DEPONENT: CHERYL WOLFE
TIME: 11:00 A.M.
DATE: JUNE 1, 2006

PLEASE TAKE NOTICE that pursuant to the provisions of the Federal Court Rules of Civil Procedure, the Plaintiff in the above-captioned action will take the deposition of the above-named deponent upon oral examination, which examination will continue from day to day until completed. The same to commence at the above-specified time on the above-mentioned date, at the offices of **D'AMICO • BURCHFIELD, LLP, 536 Atwells Avenue, Providence, RI 02909**, before a notary public duly commissioned in the State of Rhode Island.

As provided by said Rules, if the deponent, is a party, he or she shall appear at said time and place without subpoena or further notice.

Plaintiff, John L. McGill,
By His Attorneys:

**D'AMICO • BURCHFIELD, LLP**

Jessica L. Basso, Esq. #5885
536 Atwells Avenue
Providence, Rhode Island 02909
(401) 454-1212
(401) 454-1233 (fax)

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within Deposition Notice to be sent via regular mail to the individuals named below on this 22nd day of May, 2006:

Timothy M. Bliss, Esq.
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903

Melissa Lang, Esq.
HARVEY PENNINGTON, LTD.
1835 Market Street
Philadelphia, Pennsylvania 19103

G & M Court Reporters
42 Chauncy Street
Boston, MA 02111