UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN L. McGILL, Plaintiff :
:
-vs- : NO.: 05-0481/S
:
MINNESOTA MUTUAL LIFE :
INSURANCE COMPANY, Defendant :

MOTION FOR EXTENSION OF TIME

NOW COMES Counsel for the Plaintiff, Jessica L. Basso, Esquire, and hereby moves this Honorable Court for a sixty-day (60) extension of time on all future deadlines, including but not limited to discovery closure and dispositive motion deadlines.

As grounds for this Motion, Counsel states that she was terminated from her position at D'Amico & Burchfield, LLP on June 23, 2006 at 5:00 p.m., without notice and without cause. On Monday, June 26, 2006, Counsel attended an out-of-state deposition in the within matter. On Wednesday, June 28, 2006, counsel attended a settlement conference before Magistrate Almond in the within matter. However, until 8:00 p.m. on Thursday, June 29, 2006, Counsel had access only to this matter's paper file, and had no access to relevant information maintained in her former firm's computer database. In turn, Counsel is in the process of seeking alternative employment and/or association and, until such time, has no office space or other such pertinent resources necessary to ensure proper representation of the Plaintiff.

Counsel promptly informed both the Plaintiff and the attorneys for the Defendant on Monday, June 26, 2006 of the immediate situation, and the situation was further discussed at the settlement conference on June 28, 2006.

Until this time, neither the Plaintiff nor the Defendant has sought any type of extension. Further, since discovery is substantially complete, neither party will be prejudiced by the within extension.

WHEREFORE, for the reasons set forth herein, Counsel for the Plaintiff respectfully requests that a sixty-day (60) extension of time be granted on all future deadlines in the within matter.

Granted
WMS
USDJ
7/5/06

Counsel for the Plaintiff,

Jessica L. Basso, Esq. #5885
151 Vinton Street
Providence, Rhode Island 02909
(401) 228-7496
e-mail: jbasso1@cox.net