**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN L. MCGILL | : | |
| | : | |
| -vs- | : | CIVIL ACTION NO: |
| | : | 05/0481S |
| MINNESOTA MUTUAL LIFE | : | |
| INSURANCE COMPANY, Alias | : | |

**MOTION TO WITHDRAW**

NOW COMES the Attorney for the Plaintiff, Jessica L. Basso, Esq., and hereby requests that this Honorable Court allow her to withdraw as counsel for the Plaintiff based upon the reasons set forth in the within Affidavit.

The Defendant has no objection to this Motion.

Respectfully submitted,

Jessica L. Basso, Esq.
COIA & LEPORE, LTD.
226 South Main Street
Providence, Rhode Island 02903
(401) 751-5522
(401) 331-3758

Date: 7/31/06

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion and Affidavit to the individuals named below via first-class mail, postage prepaid, and certified mail, return receipt requested, on this 31st day of July, 2006:

Melissa Lang, Esq.
HARVEY PENNINGTON, LTD.
1835 Market Street, 29th Floor
Philadelphia, Pennsylvania 19103

John L. McGill
205 Waterman Avenue, 1st Floor
East Providence, Rhode Island 02914

Timothy M. Bliss, Esq.
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903