**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN L. MCGILL | : | |
| | : | |
| -vs- | : | CIVIL ACTION NO: |
| | : | 05/0481S |
| MINNESOTA MUTUAL LIFE INSURANCE COMPANY, Alias | : | |

**AFFIDAVIT**

I, Jessica L. Basso, do hereby state under oath as follows:

1. That D'Amico & Burchfield,, LLP, 536 Atwells Avenue, Providence, Rhode Island was the attorney of record for the Plaintiff in the above-referenced matter;

2. That, while I was associated with D'Amico & Burchfield, LLP as its employee, I represented the Plaintiff;

3. That the Plaintiff executed a contract for representation with D'Amico & Burchfield, LLP, while I was an employee of D'Amico & Burchfield, LLP;

4. That on June 23, 2006 at approximately 5:00 p.m., D'Amico & Burchfield, LLP, terminated my position within its firm, without cause or notice;

5. That on June 26, 2006 and on June 28, 2006, there was an out of state discovery deposition and a Settlement Conference scheduled in the above-referenced matter which I attended, with the Plaintiff's knowledge, in order to preserve the Plaintiff's rights;

6. That on July 3, 2006, I filed a Motion to Extend Discovery deadlines, which motion was granted, in order to preserve the Plaintiff's rights;

7. I took no further substantive action on behalf of the Plaintiff;

8. On July 10, 2006, I became associated with Coia & Lepore, Ltd., 226 South Main Street, Providence, Rhode Island, 02903, and I advised the Plaintiff of said association;

9. On July 26, 2006 at 10:41 a.m., I received from the Plaintiff, via facsimile, a Release and Discharge discharging D'Amico & Burchfield, LLP and indicating that he wishes for me to continue representing him;

10. On that same date and time, I received from the Plaintiff, via facsimile, a signed communication between the Plaintiff and D'Amico & Burchfield, LLP nullifying the fee agreement between the Plaintiff and D'Amico & Burchfield, LLP;

11. Between June 28, 2006 and July 26, 2006, the Plaintiff did not confirm his intentions with respect to representation;

12. There is no written fee or retainer agreement between the Plaintiff and me;

13. Neither I, nor Coia & Lepore, Ltd., wish to assume representation of the Plaintiff;

14. In furtherance of this Motion, there has been a breakdown in the relationship and communication between myself and the Plaintiff which has made the continuation of an effective attorney-client relationship impossible;

15. That during the course of the Plaintiff's deposition on May 31, 2006 and during a settlement conference held on June 28, 2006, the Plaintiff made statements to me that mandate the withdrawal of my representation;

16. That the Plaintiff is not in the military service of the United States, as defined by the Soldiers' and Sailors' Relief Act of 1940, as amended by the Servicemembers Civil Relief Act of 2003;

17. That the Plaintiff has been advised that his failure to obtain substitute counsel will not delay the trial of this matter;

18. That the Plaintiff has been notified by regular mail and certified mail of the pendency of the undersigned's Motion to Withdraw.

Jessica L. Basso (#5885)

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Subscribed and sworn to before me on this 31st day of July, 2006.

Donna Marie Santoro
Notary Public
My Commission Expires: DONNA MARIE SANTORO Notary Public of Rhode Island My Commission Expires 9/20/06