UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN L. McGILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| -vs- | ) | 05-CV-0481/S |
| | ) | |
| MINNESOTA MUTUAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME**

NOW COMES Counsel for the Plaintiff, Jessica L. Basso, and hereby moves this Honorable Court for a thirty (30) day extension of time on all future deadlines, including but not limited to discovery closure and dispositive motion deadlines.

As grounds for this Motion, Counsel states that, after her motion to be relieved as counsel for the Plaintiff was denied by the Court on August 7, 2006, Plaintiff retained the law firm of Hancock & Estabrook, LLP, Alan J. Pierce, Esq. of Syracuse, New York on or about September 7, 2006 to serve as lead counsel with the undersigned as local counsel. A motion for the admission of Mr. Pierce to this Court Pro Hac Vice was filed with the Court on September 7, 2006, but has not been decided by the Court. There is one deposition of a non-party witness, Eleanor Doyle, that Plaintiff wants to complete discovery. The Defendant previously subpoenaed Ms. Doyle, who resides in Sunapee, New Hampshire, for a non-party deposition, but then decided not to proceed with said deposition. The Plaintiff is now attempting to serve Ms. Doyle with a subpoena for her deposition.

The current deadline for closure of discovery is September 19, 2006. Counsel attempted to arrange with Defendant's counsel the deposition of Eleanor Doyle on September 1st to take place on September 14, 15, or 18, but Defendant's counsel advised that she was unavailable on those dates. Then, on September 11, 2006, Defendant's counsel indicated that she was available to attend the deposition of Eleanor Doyle on September 18, 2006. To date, we continue to try to perfect service of the subpoena upon Eleanor Doyle and to confirm her availability to testify on September 18, 2006. Defendant's counsel has indicated her unavailability for the deposition during the week of September 25th . Notably, if Attorney Pierce is admitted to this Court Pro Hac Vice, he will be conducting the deposition of Ms. Doyle.

Given the pending recent admission and involvement of Mr. Pierce as lead counsel for Plaintiff, and the scheduling difficulties with the deposition of Ms. Doyle, including the Defendant's decision not to proceed with Ms. Doyle's deposition which it subpoenaed and

counsel's limited availability this month, a brief further extension of the deadlines in this case will not prejudice either party.

**WHEREFORE**, for the reasons set forth herein, Counsel for the Plaintiff respectfully requests that a thirty (30) day extension of time be granted on all future deadlines in the within matter.

Dated: September 14, 2006

Respectfully Submitted:
Counsel for the Plaintiff,

/S/ Jessica L. Basso

Jessica L. Basso, Esq. #5885
COIA & LEPORE, LTD.
226 South Main Street
Providence, Rhode Island 02903
(401) 751-5522
(401) 331-3758 (fax)
jbasso@coialepore.com

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion to the individuals named below via first-class mail, postage prepaid, and certified mail, return receipt requested, on this 14th day of September, 2006:

Melissa Lang, Esq.
HARVEY PENNINGTON, LTD.
1835 Market Street, 29th Floor
Philadelphia, Pennsylvania 19103

Timothy M. Bliss, Esq.
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903

/S/ Jessica L. Basso
Jessica L. Basso, Esq. #5885