EXHIBIT "1"

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JOHN L. MCGILL** | |
| Plaintiff, | CIVIL ACTION |
| v. | |
| **MINNESOTA MUTUAL LIFE INS. CO.,** | |
| Defendant. | No: 05-0481/S |

---

**DEFENDANT, MINNESOTA LIFE INS. CO.'S**
**SELF-EXECUTING DISCOVERY DISCLOSURE STATEMENT**
**PURSUANT TO §4.01 OF THE CIVIL JUSTICE EXPENSE**
**AND DELAY REDUCTION PLAN**

Defendant, the Minnesota Life Insurance Company ("Minn. Life"), by and through its counsel, and for its Self-Executing Discovery disclosure, does assert:

**A. Witnesses**

(1) Plaintiff, John McGill

(2) Corporate Designee(s) of Minn. Life on facts to be further identified by the plaintiff.

(3) Corporate Designee(s) of plaintiff's former employer, Interflex Group as to the plaintiff's compensation and benefits plan prior to termination; circumstances of plaintiff's termination and settlement with plaintiff on termination issues.

3200 NC Highway 268, West Wilkesboro, NC

(4) Eleanor Doyle, Human Resources, Interflex Group

(5) Joseph Doyle, former CEO and Chairman, Interflex Group

(6) J. Michael Johnson, agent involved in the sale of the policy at issue to Interflex in 1992

(7) Unidentified Manager of Interflex Group referenced in 11-20-96 letter from Eleanor Doyle concerning review of issued policy with plaintiff while employed at Interflex Group

(8) Medical Expert Opinion Witnesses to be determined upon receipt of current medical records of the plaintiff (1/01 through the present)

(9) Vocational Expert Opinion Witnesses to be determined upon receipt of current medical records and employment of the plaintiff (1/01 through the present)

(10) Medical Expert Opinion Witnesses of the Plaintiff (if any)

(11) Vocational Expert Opinion Witnesses of the Plaintiff (if any)

(12) Cheryl Wolf, former Claims Examiner, Minn. Life

(13) Current spouse of plaintiff, John McGill

(14) Former spouse(s) if any, of plaintiff, John McGill, during the period 1992 through the date of the filing of the Complaint in this action.

**B. <u>Documents and Things</u>**

1. Claim file of Minn Life/Standard Ins. Co.

2. Pleadings from the 1996 Virginia action by plaintiff against Minn. Life and J Michael Johnson and voluntarily withdrawn.

3. Current medical records and employment of the plaintiff (1/01 through the present)

**C. Insurance**

There is no insurance available to the defendant to provide coverage for the claims here at issue.

**HARVEY, PENNINGTON, LTD.**

BY:__________________________

Melissa Lang
Counsel for Defendant,
Minnesota Life Insurance Company
1835 Market Street, 29th Floor
Philadelphia, PA 19103
(215) 575-4168