EXHIBIT "2"

**HARVEY ♦ PENNINGTON LTD.**
ATTORNEYS AT LAW

**Melissa Lang**
Direct Dial: **215-575-4168**
Direct Fax: **215-496-4824**
E-mail: MELANG@HARVPENN.COM

29th Floor
1835 Market Street
Philadelphia, PA 19103-2989
(215) 563-4470
Fax (215) 568-1044
www.harvpenn.com

January 24, 2006

**Via Certified Mail RRR**

Stephen Doyle
President and Chief Executing Office
The InterFlex Group
3200 NC Highway 268 West
Wilkesboro, NC 28697

e: John McGill v. Minnesota Life Ins. Co.
Our File No. 73003-37

Dear Mr. Doyle:

The undersigned is counsel to Minnesota Life Insurance Company. We are presently defending a suit in the United States District Court for the District of Rhode Island brought by the former President of InterFlex, John L. McGill. In this lawsuit, issues have arisen regarding Mr. McGill's former status with InterFlex, his pay and benefits, all of which we anticipate require testimony from the former CEO and Chairman, Joseph Doyle, and the head of Human of Resources, Eleanor "Micki" Doyle. It is my understanding that Mr. and Mrs. Doyle are your parents. The purpose of this correspondence is to make initial contact with InterFlex and establish an appropriate point of contact so that the subpoenas which we anticipate serving calling for production of documents and testimony by witnesses can be done as soon as possible, and without undue interruption of InterFlex' business. In that regard, I ask that you please have appropriate personnel, such as InterFlex' corporate counsel or human resources, contact me in response to this correspondence, so that we can move forward, as necessary.

On behalf of Minnesota Life Insurance Company, I thank you for your anticipated cooperation with this request.

Very truly yours,

MELISSA LANG

ML/mp

cc: Jessica Basso

734455_1

HARVEY ♦ PENNINGTON LTD.
ATTORNEYS AT LAW

**Melissa Lang**
Direct Dial: 215-575-4168
Direct Fax: 215-496-4824
E-mail: MELANG@HARVPENN.COM

29th Floor
1835 Market Street
Philadelphia, PA 19103-2989
(215) 563-4470
Fax (215) 568-1044
www.harvpenn.com

February 21, 2006

Mrs. Eleanor Doyle
120 Waterlot Road
Sunapee, NH 03782

Re: John McGill v. Minnesota Life Ins. Co.
Our File No. 73003-37

Dear Mrs. Doyle:

I am writing to follow up with you concerning the above referenced litigation, which we discussed briefly last week. It will be necessary for counsel for the parties to this litigation to take your deposition, and also possibly that of your husband, Joseph Doyle, concerning issues related to the plaintiff, John McGill's employment with the InterFlex Group and its predecessor, Mr. McGill's compensation, including fringe benefits, and his termination from employment with InterFlex Group. Your depositions will be taken pursuant to subpoena issued to each of you for your appearance in New Hampshire at a location convenient to you. So that the necessary arrangements can be made, I ask that you please contact me to advise dates which would be convenient to you for the completion of your depositions. I anticipate that counsel for Mr. McGill and I will be able to select a date mutually convenient in March, 2006. In that regard, I ask that you please contact me to advise dates on which you would be available to appear for deposition at a location close to your home.

Thank you.

Very truly yours,

MELISSA LANG

ML/mp

cc:

Jessica Basso
D'Amico Buchfield, LLP
536 Atwells Avenue
Providence, RI 02909

736091_1

**Harvey ♦ Pennington Ltd.**
Attorneys at law

**Melissa Lang**
Direct Dial: **215-575-4168**
Direct Fax: **215-496-4824**
E-mail: MELANG@HARVPENN.COM

29th Floor
1835 Market Street
Philadelphia, PA 19103-2989
(215) 563-4470
Fax (215) 568-1044
www.harvpenn.com

March 23, 2006

**Via Certified Mail RRR**

Mrs. Eleanor Doyle
120 Waterlot Road
Sunapee, NH 03782

Re: John McGill v. Minnesota Life Ins. Co.
Our File No. 73003-37

Dear Mrs. Doyle:

By way of follow up to our recent communication, I am writing to confirm that we will proceed with your deposition in New London, New Hampshire on Wednesday, May 24, 2006, at 11:30 a.m. Once I have a precise address as to where in New London the deposition will take place, I will be providing you with a subpoena with the relevant information. If you have any questions regarding this matter, please do not hesitate to contact me.

Very truly yours,

MELISSA LANG

ML/mp

cc:

Jessica Basso, Esquire

738599_1

**Harvey ♦ Pennington Ltd.**
Attorneys at law

**Melissa Lang**
Direct Dial: **215-575-4168**
Direct Fax: **215-496-4824**
E-mail: MELANG@HARVPENN.COM

29th Floor
1835 Market Street
Philadelphia, PA 19103-2989
(215) 563-4470
Fax (215) 568-1044
www.harvpenn.com

March 30, 2006

**Via Fax: 603-225-6836**
**and Regular Mail**

Paul C. Semple, Esquire
McSwiney, Semple, Hankin-Birke & Wood, P.C.
8 Centre Street
Concord, NH 03301

Re: John McGill v. Minnesota Life Ins. Co.
Our File No. 73003-37

Dear Mr. Johnson:

I am writing to follow up on our brief telephone conversation during which we discussed the potential for us to use the conference room at your firm's New London, New Hampshire office for the completion of the deposition of Mrs. Eleanor Doyle in the above referenced action. I ask that you please confirm whether we will be able to use your office for the deposition. If there are pre-existing commitments for the conference room, I need to work on finding an alternate venue.

Thank you very much for your kind courtesy in this matter.

Sincerely,

MELISSA LANG

ML/mp

cc:

Jessica Basso, Esquire (via regular mail)
Mrs. Eleanor Doyle (via regular mail)
Jim McGrath - Bragan Reporting (via fax: 603-623-6540)

739132_1