EXHIBIT "3"

**Lang, Melissa**

---

**To:** Basso, Jessica L.
**Subject:** RE: McGill, Jack

That's fine, thanks,

Melissa Lang, Esquire
HARVEY, PENNINGTON LTD.
1835 Market Street, 29th Floor
Philadelphia, PA 19103
(215) 563-4470
Fax: (215) 568-1044
Direct Dial: (215) 575-4168
http://www.harvpenn.com
mailto:mlang@harvpenn.com

Disclaimer: This message (which may contain information that is privileged, confidential and exempt from disclosure under applicable law) is intended only for the use of the individual or entity to which it is addressed. If the receiver of this message is not the intended recipient, or as the employee or agent responsible for opening this message, you are hereby notified that any dissemination, distribution or copying of this message or its attachment(s) is strictly prohibited. If you have received this message in error, please delete this message from your system and notify us immediately by telephone (800) 835-0353.

-----Original Message-----
**From:** Basso, Jessica L. [mailto:jlb@dblawri.com]
**Sent:** Thursday, April 06, 2006 5:31 PM
**To:** Lang, Melissa
**Subject:** Re: McGill, Jack

Dear Melissa:

I received your e-mail about Eleanor Doyle. I do not have an objection to requesting an extension of time. I suggest we discuss this in greater detail next week, following Michael Johnson's deposition. I look forward to seeing you then.

Best regards,

Jessica L. Basso

**Lang, Melissa**

**From:** Lang, Melissa
**Sent:** Tuesday, April 04, 2006 4:01 PM
**To:** 'jlb@dblawri.com'
**Subject:** FW: McGill v. Minn. Life

Jessica,

Don't ask me how I managed to send the below e-mail to my self rather than to you.

Melissa
-----Original Message-----
**From:** Lang, Melissa
**Sent:** Tuesday, April 04, 2006 2:56 PM
**To:** Lang, Melissa
**Subject:** RE: McGill v. Minn. Life

Jessica,

I just spoke with an attorney in Richmond, VA who is going to represent Mrs. Doyle at her deposition. Apparently, the date to which she agreed, May 24th, is no good because she will be in Mexico. Further, it is doubtful that we can depose her until June. Lastly, she prefers to be deposed at a venue more convenient to her counsel than New Hampshire. Accordingly, I'm going to defer finalization of the arrangements for her deposition until I get some more information. However, I think we may need to get an extension of our scheduling Order dates.

Thanks,

Melissa Lang

Disclaimer: This message (which may contain information that is privileged, confidential and exempt from disclosure under applicable law) is intended only for the use of the individual or entity to which it is addressed. If the receiver of this message is not the intended recipient, or as the employee or agent responsible for opening this message, you are hereby notified that any dissemination, distribution or copying of this message or its attachment(s) is strictly prohibited. If you have received this message in error, please delete this message from your system and notify us immediately by telephone (800) 835-0353.

-----Original Message-----
**From:** Lang, Melissa
**Sent:** Wednesday, March 22, 2006 4:24 PM
**To:** 'jlb@dblawri.com'
**Subject:** McGill v. Minn. Life

Jessica,

I am writing to follow up on the voice mail message I left for you this afternoon. I finally was able to speak with Mrs. Doyle regarding her deposition. She is leaving the country on 4/08/06 and not returning until 05/21/06. Since we have to have our settlment memoranda to the court by the 1st of June, I think we need to get her deposed before she leaves. Please contact me to discuss.

Thanks,

Melissa Lang, Esquire
HARVEY, PENNINGTON LTD.
1835 Market Street, 29th Floor
Philadelphia, PA 19103
(215) 563-4470
Fax: (215) 568-1044
Direct Dial: (215) 575-4168
http://www.harvpenn.com
mailto:mlang@harvpenn.com

Disclaimer: This message (which may contain information that is privileged, confidential and exempt from disclosure under applicable law) is intended only for the use of the individual or entity to which it is addressed. If the receiver of this message is not the intended recipient, or as the employee or agent responsible for opening this message, you are hereby notified that any dissemination, distribution or copying of this message or its attachment(s) is strictly prohibited. If you have received this message in error, please delete this message from your system and notify us immediately by telephone (800) 835-0353.

**Lang, Melissa**

**To:** jlb@dblawri.com

**Subject:** McGill v. Minn. Life

Jessica,

I am writing to follow up on the voice mail message I left for you this afternoon. I finally was able to speak with Mrs. Doyle regarding her deposition. She is leaving the country on 4/08/06 and not returning until 05/21/06. Since we have to have our settlment memoranda to the court by the 1st of June, I think we need to get her deposed before she leaves. Please contact me to discuss.

Thanks,

Melissa Lang, Esquire
HARVEY, PENNINGTON LTD.
1835 Market Street, 29th Floor
Philadelphia, PA 19103
(215) 563-4470
Fax: (215) 568-1044
Direct Dial: (215) 575-4168
http://www.harvpenn.com
mailto:mlang@harvpenn.com

Disclaimer: This message (which may contain information that is privileged, confidential and exempt from disclosure under applicable law) is intended only for the use of the individual or entity to which it is addressed. If the receiver of this message is not the intended recipient, or as the employee or agent responsible for opening this message, you are hereby notified that any dissemination, distribution or copying of this message or its attachment(s) is strictly prohibited. If you have received this message in error, please delete this message from your system and notify us immediately by telephone (800) 835-0353.