EXHIBIT "4"

HARVEY • PENNINGTON LTD.
ATTORNEYS AT LAW

**Melissa Lang**
Direct Dial: 215-575-4168
Direct Fax: 215-496-4824
E-mail: MELANG@HARVPENN.COM

29th Floor
1835 Market Street
Philadelphia, PA 19103-2989
(215) 563-4470
Fax (215) 568-1044
www.harvpenn.com

April 26, 2006

Jessica Basso
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909

Re: John McGill v. Minnesota Life Ins. Co.
Our File No. 73003-37

Dear Ms. Basso:

In accord with our telephone conversation of April 24, 2006, enclosed please find a Notice of Deposition for Mr. McGill to appear in your office on Wednesday, May 24, 2006, at 10:30 a.m. I will make arrangements for a court reporter.

I understand that Ms. Wolfe is available for a deposition the week of May 30, 2006, and subject to further advice from her, the deposition can proceed on Thursday, June 1, 2006, in St. Paul, Minnesota. Please advise whether you need assistance in making arrangements with a court reporter.

Lastly, I have located the accounting firm which served Interflex during the relevant time period. The accounting firm is located in Norfolk, Virginia, and I can make arrangements for a designee deposition to proceed June 19, 20 or 21, or the 26, 27, 28 in Norfolk. I ask that you please check your schedule, and advise your availability.

Thank you.

Very truly yours,

MELISSA LANG

ML/mp
Enclosure

740913_1

# HARVEY ♦ PENNINGTON LTD.

ATTORNEYS AT LAW

Melissa Lang
Direct Dial: 215-575-4168
Direct Fax: 215-496-4824
E-mail: MELANG@HARVPENN.COM

29th Floor
1835 Market Street
Philadelphia, PA 19103-2989
(215) 563-4470
Fax (215) 568-1044
www.harvpenn.com

May 8, 2006

**Via Fax: 401-454-1233**

Jessica L. Basso, Esquire
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909

Re: John McGill v. Minnesota Life Ins. Co.
Our File No. 73003-37

Dear Ms. Basso:

By way of follow up to our telephone conversation regarding the above referenced matter, attached please find a copy of the subpoena which I am having served on the Custodian of Records for the former accountant for Mr. McGill's former employer, the Interflex Group, for deposition on Monday, June 26, 2006, in Norfoll, Virginia. Also enclosed is a Notice of Depositon.

Very truly yours,

MELISSA LANG

ML/mp
Enclosure

cc: (w/encl.)

Steve Turnbell, Custodian of Records
Burrus, Paul & Turnbull, PLC
World Trade Center
101 W. Main Street, Suite 820
Norfolk, VA 23510

746368_1