# EXHIBIT C

EXHIBIT A

(1)

# DISABILITY INCOME

# COVERAGE

FOR

JACK MCGILL

REASONS FOR RECOMMENDING MINNESOTA MUTUAL'S DISABILITY INCOME PLAN
FOR
EASTERN SHORE PRINTING

THE UNIQUE

- Our flexible policy allows you to design a plan of income protection to meet your personal needs.

  Other companies offer a standard policy which may not best match your individual needs.

- We take the guesswork out of determining what benefits your policy provides. We do this by using clear, objective provisions that explain how your policy works if you become disabled.

  Many other companies' policies use vague or subjective provisions which may confuse or mislead you.

- If during a period of disability you return to work you will receive FULL BENEFITS until you are earning over 30% of your former income. You will be eligible for benefits, for the length of your benefit period (including lifetime), as long as disability continues and you're earning not more than 30% of your prior income. When you earn over 30%, you receive proportionate benefits, up to age 65, until you have regained 85% of your former income.

  Other companies pay full benefits only until you earn 20% of your former income, and pay proportionate benefits only until you earn 80% of your former income. Many require a loss of time and/or duties in addition to a loss of income. If you are earning income in your occupation, benefits are not payable after age 65, even with a lifetime benefit period.

This proposal does not in any way replace the specific coverages provided in the policy. See the policy for details.

Both policy benefits and wording may vary to comply with state regulations.

(3.2) VA
04-13-92

Prepared by The Minnesota Mutual Life Insurance Company

REASONS FOR REC( 'ENDING MINNESOTA MUTUAL'S ( SABILITY INCOME PLAN
FOR
EASTERN SHORE PRINTING

The Minnesota Mutual Difference In Action:

If you should return to work with a continuing disability, this provision can make a significant difference in your peace of mind during your recovery.

MINNESOTA MUTUAL:

| Full Benefits | Proportionate Benefits | No Benefits |
|---|---|---|
| 0% – 30% | 30% – 85% | 85% – 100% |

VS. THE USUAL:

| Full Benefits | Proportionate Benefits | No Benefits |
|---|---|---|
| 0% – 20% | 20% – 80% | 80% – 100% |

Minnesota Mutual pays FULL and proportionate benefits LONGER than other companies.

This proposal does not in any way replace the specific coverages provided in the policy. See the policy for details.

Both policy benefits and wording may vary to comply with state regulations.

## REASONS FOR RECOMMENDING MINNESOTA MUTUAL'S DISABILITY INCOME PLAN FOR EASTERN SHORE PRINTING

When you are choosing a disability income policy there are a number of important factors to consider. Of utmost importance is the financial strength and integrity of the company you choose. Minnesota Mutual Life has consistently received excellent ratings from these independent analysts of the insurance industry:

- A+ Superior from A.M. Best Company for financial soundness;
- Aa1 from Moody's Investors Service for claims-paying ability; and
- AAA from Standard and Poor's for claims-paying ability.

You should also be aware that certain provisions are included in most quality disability contracts (the Usual). Some policies go "beyond the usual" and provide you with additional important provisions (the Unusual). Minnesota Mutual's Adjustable Disability Income Insurance Policy goes even further, offering UNIQUE protection not found in other policies.

### THE USUAL

- Income protection -- If you return to work in your own occupation, you receive proportionate benefits for income lost as a result of your continuing disability.
- Occupation protection -- If you are unable to work in your own occupation and you are not working in another occupation, you continue to receive full benefits for the length of the benefit period as long as you remain disabled.
- Income protection -- If you return to work, you receive proportionate benefits for income lost as a result of your continuing disability.

### THE UNUSUAL

- Cost of living increases during a disability under the Inflation Protection Agreement may be up to 4% compounded during a disability with no ceiling on benefits before age 65 and may increase up to 24 months beyond age 65, providing protection against the effects of inflation.

  Many companies calculate increases using simple interest. Some limit the amount to doubling before age 65. Most do not allow any increases after age 65.

This proposal does not in any way replace the specific coverages provided in the policy. See the policy for details.

Both policy benefits and wording may vary to comply with state regulations.

(3.2) VA

REASONS FOR RECOMMENDING MINNESOTA MUTUAL'S DISABILITY INCOME PLAN
FOR
EASTERN SHORE PRINTING

- No standard exclusions. We will cover disability which results from injury which is sustained or illness which first manifests itself while this policy is in force. Disability due to normal pregnancy is covered after 90 days.

  Many other companies exclude war or act of war or normal pregnancy.

- This policy may pay dividends based on company experience; this could reduce your premium cost over the life of the policy.

  Most companies don't pay dividends.

- We allow you the flexibility of tailoring your coverage to meet your needs within one policy.

  Other companies may require you to purchase multiple policies.

This proposal does not in any way replace the specific coverages provided in the policy. See the policy for details.

Both policy benefits and wording may vary to comply with state regulations.

 Prepared by The Minnesota Mutual Life Insurance Company



# *Adjustable Disability*

## INCOME PROTECTION AS PERSONAL AS YOUR SIGNATURE

## FOR BUSINESSOWNERS AND MANAGERS

# YOUR EARNING POWER IS YOUR MOST VALUABLE ASSET

Think about it. You insure your home, your car and other valuables without a second thought. And if you're a businessowner or manager, you've probably taken great pains to insure the business you've built. But what about the income that pays for it all? If an accident or illness affected your capacity to earn a steady income, what would happen to the financial security you've worked so hard to achieve? It's only natural to assume that disability won't happen to you. But it can strike any of us, at any time, not just those in dangerous occupations.

And, while disability can strike anyone, the job you work at, the lifestyle you enjoy and your own personal expectations set your income protection needs apart. That's why you need a program of protection specifically suited to your own situation.

## HOW ADJUSTABLE DISABILITY PROTECTION CAN MEET YOUR PERSONAL NEEDS

Adjustable Disability allows you to design your disability benefits according to your own particular set of circumstances: your profession, current income and ongoing expenses. After all, the needs of an architect who owns a design firm and is paying off a business expansion loan are much different from those of a dual-career couple with mortgage payments and three children they plan on sending to college.

That's why we work with you to examine your disability needs up-front and then design a program as individual as you are. So you get the protection you require, without paying for benefits you don't feel you need. You'll find the needs you've identified as important can be met with Adjustable Disability.

## WE HELP YOU IDENTIFY YOUR INCOME PROTECTION NEEDS UP-FRONT

Working with your agent, you'll identify the three basic elements that will allow us to begin custom-designing your Adjustable Disability Plan.

**MONTHLY BENEFIT.** This is the monthly income you'll receive while you're unable to work. In most cases this amount can be paid to you tax-free, so you don't need to replace 100% of your pre-tax income to protect your standard of living.



When you and your agent are determining the monthly benefit you'll need, you'll add up the expenses that will continue while you're disabled and subtract any income you'll receive. Your result will be the additional monthly disability protection you need.

**BENEFIT PERIOD.** The benefit period tells you the maximum length of time you'll receive benefits while disabled. You can select different benefit periods within a single policy to match your various income protection needs. Ask yourself: If you suffered a lengthy disability, how long would you need your benefits to last?

**WAITING PERIOD.** This is the time between when your disability begins and when your policy starts paying. You can even build in multiple waiting periods, since you may be able to delay certain expenses. If your income was interrupted due to disability, how long would it be before you felt a serious impact on your financial situation?

Once you've established how much monthly benefit you'll need, the length of time you need your benefit to last and how long you can wait before you start receiving your benefit, you can choose from a variety of options to further personalize your plan.

## PERSONALIZING YOUR PLAN

We call our disability policy "adjustable" because you can design your protection plan according to your unique needs. You can customize your plan with important benefits that add to your basic protection.

The most fundamental element of your disability income protection is the definition of disability in your policy. It tells you under what conditions

you'll receive benefits to replace your lost earnings. Our unique definition of disability asks a simple question—

**Can you perform the major duties of your occupation?**

If not, you're eligible for benefits. If you do return to work, we ask a second question—

**How much income are you earning?**

During a continuing disability, we pay you a proportionate benefit while you're working until you're earning at least 85 percent of your former income.

You can tailor your basic policy further by adding an option that allows you to continue receiving your full benefit during an ongoing disability, until you're earning a specific percentage (25 or 30 percent) of your prior income.

Another option allows you to protect the administrative and managerial duties of your occupation, even if you are working in another occupation. With this alternative, if a disability prevents you from performing those duties, you're eligible for your full disability benefit, even if you're working in another capacity.

And, you can even "build in" future flexibility with benefits that allow you to adjust your plan according to the lifestage you're in, where you're at in your career or changes taking place in the economy.

### FUTURE INSURABILITY

As a successful professional, your income will probably increase throughout your career—and with it, your need for additional disability protection. Depending on your personal situation, your income may increase gradually or at rapid intervals. We offer future insurability protection benefits, so you can select a plan that matches your future income protection needs—without requiring medical information each year.

### INFLATION PROTECTION

Inflation can have a devastating effect on the buying power of your benefits if you're disabled for a long period of time. With one of our inflation protection options, your benefits increase while you're disabled, based on the Consumer Price Index up to 4, 6 or 8 percent compounded yearly. If you face a long-term disability, the inflation protection option can mean the difference between adequately managing your finances or struggling to make ends meet.

## BACKED BY A SOLID COMPANY

Experts say when it comes to selecting disability insurance, take the time to choose a high-quality company. Because, if you become disabled, it's vital that the company you're relying on is a strong one. That's why it's important to check company credentials before you make your decision.

Minnesota Mutual has specialized in providing financial security for our clients for over 110 years. With over $5.5 billion in assets under management and over $90 billion of insurance in force, we rank among the top one percent of insurance companies nationwide. We've consistently received superlative marks from the independent agencies that rate our financial soundness and claims-paying ability; A+ Superior from A.M. Best, Aa1 from Moody's Investors Service and AAA from Standard and Poor's.

At Minnesota Mutual we're committed to meeting your income protection needs by designing a plan of protection that's as personal as your signature. And, we stand behind every Adjustable Disability plan we design with the strength of our financial stability and solid guarantees.




*This brochure does not in any way replace the specific coverages provided in the policy. See the policy for details.*

**OUR GUARANTEES TO YOU**

**YOU GET MORE VALUE BECAUSE OF THE "MUTUAL" IN MINNESOTA MUTUAL**