# EXHIBIT D

EXHIBIT
Johnson 10
JCS 4-12-06

# DISABILITY INCOME POLICY

| | |
|---|---|
| INSURED: | JOHN L MCGIL |
| AGE & SEX | 45 - MAL |
| POLICY NUMBER: | 1-933-689 |
| POLICY DATE: | JUL 2 199 |

Monthly Disability Income Policy

Non-Cancellable and Guaranteed Renewable to the Insured's Age 65

Participating

READ YOUR POLICY CAREFULLY
THIS IS A LEGAL CONTRACT

We agree to pay the benefits provided in this policy subject to the conditions, limitations and exceptions of this policy. We make this promise and issue this policy in consideration of the application for this policy and the payment of the premiums.

While this policy is in force, from its date to your age 65, we agree that:

1. Your premiums will not be increased.
2. The benefits provided by this policy will not be changed.
3. We will not cancel your policy or impose any restrictive riders or endorsements.

Your policy may be continued to your age 75 if you meet the requirements of the Continuation After Age 65 provision.

Signed for The Minnesota Mutual Life Insurance Company at St. Paul, Minnesota on the Policy Date.

President                Secretary

Registrar                Countersigned by Licensed Resident Agent

**Notice of your right to examine this policy for 15 days**

It is important to us that you are satisfied with this policy and that it meets your insurance goals. If you are not satisfied, you may return the policy to us or your agent within 15 days of its receipt and you will receive a full refund of any premiums you have paid within 10 days after we receive your notice of cancellation.

The Minnesota Mutual Life Insurance Company
400 North Robert Street Saint Paul Minnesota 55101-2098

MINNESOTA MUTUAL DUPLICATE POLICY

# INDEX


Cosmetic Surgery Benefit . . . . . . . . . . . . . . . . . . .6

Definition of Disability . . . . . . . . . . . . . . . . . . . . .3

Dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

General Definitions . . . . . . . . . . . . . . . . . . . . . .3

General Information . . . . . . . . . . . . . . . . . . . . . .8

Notice and Proof . . . . . . . . . . . . . . . . . . . . . . . .7

Option After Age 65 . . . . . . . . . . . . . . . . . . . . . .6

Payment of Benefits . . . . . . . . . . . . . . . . . . . . .4

Premiums . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6

Presumptive Disability . . . . . . . . . . . . . . . . . . . .5

Prior Average Earned Income Adjustment . . . . .4

Recurrent Disability . . . . . . . . . . . . . . . . . . . . .5

Transplant Benefit . . . . . . . . . . . . . . . . . . . . . . .6

Vocational Rehabilitation . . . . . . . . . . . . . . . . . .5

Waiver of Premium . . . . . . . . . . . . . . . . . . . . . .7

# YOUR POLICY INFORMATION

TOTAL PREMIUMS:
WITH TOBACCO EXPERIENCE

| | | |
|---|---|---|
| ANNUAL | - | $2,189.25 |
| SEMI-ANNUAL | - | $1,116.52 |
| QUARTERLY | - | $569.21 |

| | |
|---|---|
| INSURED: | JOHN L MCGILL |
| AGE & SEX | 45 - MALE |
| POLICY NUMBER: | 1-933-689H |
| POLICY DATE: | JUL 2 1992 |

DIVIDEND OPTION ON POLICY DATE -
CASH

PREMIUMS SHOWN ARE BASED ON A REDUCED EMPLOYEE GROUP - PREFERRED OCCUPATION RATE.

OWNER OF THIS POLICY ON POLICY DATE -
JOHN L MCGILL

MONTHLY DISABILITY INCOME POLICY

NON-CANCELLABLE AND GUARANTEED RENEWABLE TO INSURED'S AGE 65

OPTION AFTER AGE 65

PARTICIPATING

| TYPE OF COVERAGE | MONTHLY INCOME BENEFIT | PREMIUMS PAYABLE | ANNUAL PREMIUM |
|---|---|---|---|
| DISABILITY INCOME/OWN OCCUPATION INSURANCE POLICY<br>OWN OCCUPATION PERIOD - FOR 5 YEARS<br>PRIOR AVERAGE EARNED INCOME PERCENT - 30%<br>MAXIMUM BENEFIT PERIOD FOR DISABILITY: FIVE YEARS<br>WAITING PERIOD FOR DISABILITY: 90 DAYS | $3,400 | THROUGH JUL 1 2013 | $2,068.72 |

CONTINUED ON PAGE 1B

# YOUR POLICY INFORMATION

INSURED: JOHN L MCGILL

POLICY NUMBER: 1-933-689H

ADDITIONAL AGREEMENTS - CONTINUED FROM PAGE 1A

| TYPE OF COVERAGE | MONTHLY INCOME BENEFIT | PREMIUMS PAYABLE | ANNUAL PREMIUM |
|---|---|---|---|
| ADDITIONAL AGREEMENTS - | | | |
| INFLATION PROTECTION AGREEMENT<br>INFLATION PROTECTION<br>PERCENTAGE - 4% | | THROUGH<br>JUL 1 2013 | $120.53 |

TOTAL ANNUAL PREMIUM ON POLICY DATE - - - - - - - - - - - - - $2,189.25

90-564 -1B

# YOUR POLICY INFORMATION

## IMPORTANT NOTICE TO POLICYHOLDERS

IN THE EVENT YOU NEED TO CONTACT SOMEONE ABOUT THIS POLICY FOR ANY REASON PLEASE CONTACT YOUR AGENT. IF YOU HAVE ADDITIONAL QUESTIONS YOU MAY CONTACT THE INSURANCE COMPANY ISSUING THIS POLICY AT THE FOLLOWING ADDRESS AND TELEPHONE NUMBER.

MINNESOTA MUTUAL LIFE INSURANCE COMPANY
400 NORTH ROBERT STREET
ST. PAUL, MN 55101-2098

TELEPHONE: (612) 298-3500

IF YOU HAVE BEEN UNABLE TO CONTACT OR OBTAIN SATISFACTION FROM THE COMPANY OR THE AGENT, YOU MAY CONTACT THE VIRGINIA BUREAU OF INSURANCE AT:

LIFE AND HEALTH DIVISION
BUREAU OF INSURANCE
P. O. BOX 1157
RICHMOND, VA 23209

1-800-552-7945 (TOLL FREE WITHIN VIRGINIA)

(804) 786-3741 (FOR OUT-OF-STATE CALLERS)

WRITTEN CORRESPONDENCE IS PREFERABLE SO THAT A RECORD OF YOUR INQUIRY IS MAINTAINED. WHEN CONTACTING YOUR AGENT, COMPANY OR THE BUREAU OF INSURANCE, HAVE YOUR POLICY NUMBER AVAILABLE.

# YOUR POLICY INFORMATION

ENDORSEMENT

BEFORE WE ISSUED YOUR POLICY, WE MADE THE FOLLOWING CHANGES.

TO THE "GENERAL DEFINITIONS" SECTION, REVISE AND ADD THESE DEFINITIONS:

POLICY DATE: - THE EFFECTIVE DATE OF COVERAGE UNDER THIS POLICY, AT 12:01 A.M., AND THE DATE FROM WHICH POLICY ANNIVERSARIES, POLICY YEARS, POLICY MONTHS, PREMIUM DUE DATES, AND COVERAGE TERMINATION DATES ARE DETERMINED. THE POLICY DATE IS SHOWN ON PAGE 1.

SICKNESS - A DISEASE OR ILLNESS WHICH MANIFESTS ITSELF WHILE THIS POLICY IS IN FORCE. A DISEASE OR ILLNESS MANIFESTS ITSELF WHEN SYMPTOMS EXIST THAT WOULD CAUSE AN ORDINARILY PRUDENT PERSON TO SEEK DIAGNOSIS, CARE OR TREATMENT, OR WHEN A PHYSICIAN RECOMMENDS OR PROVIDES MEDICAL ADVICE OR TREATMENT.

WHEREVER THE PHRASE "FIRST MANIFESTS" APPEARS IN THIS POLICY, OR IN ANY ATTACHED AGREEMENT, THE PHRASE IS CHANGED TO "MANIFESTS".

PRE-EXISTING CONDITIONS - AN ILLNESS OR INJURY WHICH MANIFESTS ITSELF WITHIN TWO YEARS PRECEDING THE EFFECTIVE DATE OF THE POLICY.

TO THE "GENERAL INFORMATION" SECTION, ADD THE FOLLOWING PARAGRAPH:

WHAT IS THE PRE-EXISTING CONDITION LIMITATION?

IF A PRE-EXISTING CONDITION WAS FULLY DISCLOSE ON THE APPLICATION, IT WILL BE COVERED BY THIS POLICY UNLESS SPECIFICALLY EXCLUDED BY ENDORSEMENT OR RIDER.

TO THE "RECURRENT DISABILITY" PROVISION, REVISE LANGUAGE:

WHEREVER THE PHRASE "12 MONTHS" APPEARS IN THE PROVISION, THE PHRASE IS CHANGED TO "6 MONTHS".

E.1426

## General Definitions

When we use the following words this is what we mean:

**you, your**

The person who is insured under this policy as shown on page 1. The insured is also the owner of this policy, unless otherwise provided for in this policy.

**we, our, us**

The Minnesota Mutual Life Insurance Company.

**policy date**

The effective date of coverage under this policy and the date from which policy anniversaries, policy years, policy months and premium due dates are determined. The policy date is shown on page 1.

**policy anniversary**

The same day and month in each succeeding year as the policy date.

**age**

Age is determined on the policy anniversary on or after your birthday.

**injury**

An accidental bodily injury you sustain while this policy is in force.

**sickness**

A disease or illness which first manifests itself while this policy is in force. A disease or illness first manifests itself when symptoms exist that would cause an ordinarily prudent person to seek diagnosis, care or treatment, or when a physician recommends or provides medical advice or treatment.

**physician**

A licensed physician, other than you or the owner.

**earned income**

The salary, wages, commission, fees or other income you earned; it includes contributions you or your employer made on your behalf to a pension or profit-sharing plan, or other deferred compensation plan. If you own any portion of a business, earned income includes your share of the income, including dividends, earned by the business while you are actively engaged in it.

The ordinary and necessary business expenses, other than taxes, incurred in producing income will be subtracted from earned income. An ordinary and necessary business expense is an expense deductible for federal income tax purposes. However, we will not deduct as an expense any remuneration paid to a member of your immediate family who was not a full-time paid employee of your business during the two months prior to disability.

Earned income does not include dividends (except dividends received from a corporation that is a business in which you are actively engaged), interest, sick pay, or disability benefits received under a formal wage or salary continuation plan.

Earned income is calculated using either the cash or accrual method of accounting. However, the same method must be used throughout a period of disability.

**prior average earned income**

The monthly average of your earned income from your regular occupation for the 12-month period, or any consecutive 24-month period in the last 60 months, whichever is higher, immediately prior to onset of your disability.

**current monthly earned income**

Your earned income for the same month for which the monthly income benefit is payable.

**regular occupation**

The primary income-producing duties you engage in at the time you become disabled. The primary income-producing duties are those that account for more than 50 percent of your prior average earned income.

**waiting period**

The number of days, as shown on page 1, at the beginning of each period of disability for which no monthly income benefit will be paid.

**monthly income benefit**

The amount, as shown on page 1, payable for each complete month of disability after the waiting period.

**maximum benefit period**

The maximum period of time for which the monthly income benefit will be paid for one period of disability. The maximum benefit period for disability is shown on page 1.

## Definition of Disability

**What is the definition of disability?**

**During the Own Occupation Period** shown on page 1, you have a disability if, because of continuing sickness or injury, you:

(1) are under the regular, reasonable and customary care of a physician; and
(2) are unable to engage in your regular occupation; or are engaged in your regular occupation but,

because of continuing disability, are earning not more than 85 percent of your prior average earned income from your regular occupation.

**After the Own Occupation Period,** you have a disability if, because of continuous sickness or injury, you:

(1) are under the regular, reasonable and customary care of a physician; and
(2) are unable to engage in your regular occupation; or are engaged in your regular occupation but, because of continuing disability, are earning not more than 85 percent of your prior average earned income; and
(3) are earning not more than 85 percent of your prior average earned income from your regular or any other occupation.

**How do we determine the amount of your monthly income benefit?**

**During the Own Occupation Period,** if because of disability you are unable to engage in your regular occupation, or are engaged in your regular occupation but earning not more than the Prior Average Earned Income Percent shown on page 1, we will pay the full monthly income benefit shown on page 1, regardless of income earned outside your regular occupation.

If you are disabled and engaged in your regular occupation and earning more than the Prior Average Earned Income Percent shown on page 1, from your regular occupation but not more than 85 percent from your regular and any other occupation, we will pay a proportionate monthly income benefit. The proportionate benefit will be based on your loss of income factor, which will take account of earned income from your regular and any other occupation.

If you are disabled and engaged in your regular occupation and earning more than the Prior Average Earned Income Percent shown on page 1 from your regular occupation and more than 85 percent from your regular and any other occupation, you are not eligible for a monthly income benefit.

**After the Own Occupation Period,** if because of disability you are earning not more than the Prior Average Earned Income Percent shown on page 1, we will pay the full monthly income benefit.

If you are earning more than the Prior Average Earned Income Percent, we will pay a proportionate monthly income benefit, based on your loss of income factor, as described below.

**What is the loss of income factor?**

We will calculate your loss of income factor each month by:

(1) subtracting your current monthly earned income from your prior average earned income, adjusted for increases in the cost of living as described below; and
(2) dividing this by your prior average earned income.

This is your loss of income factor.

**How is the proportionate monthly income benefit calculated?**

We will multiply the monthly income benefit otherwise payable by the loss of income factor; the result will be the monthly income benefit which we will pay you.

However, during the first six months that you are eligible to receive disability benefits, your loss of income factor will not be less than 50 percent.

## Prior Average Earned Income Adjustment

**Will your prior average earned income be adjusted for increases in the cost of living?**

Yes.

**How does it work?**

When we first review your claim, we determine the amount of your prior average earned income. While you are disabled, inflation may increase the cost of living. In that event, we will increase your prior average earned income to reflect increases in the cost of living.

**What will be used to measure the increase in the cost of living?**

We will use the Consumer Price Index published by the U.S. Department of Labor for all urban households. If the Index is changed in any ways which make it inappropriate for this policy, or if its publication is discontinued or delayed, we have the right to choose what we believe to be an appropriate standard, published or unpublished, as a substitute for the Consumer Price Index.

**How often will the adjustment be made?**

The adjustment will be made annually on the anniversary of the date of onset of your disability. It will also be compounded annually.

**What is the maximum annual increase?**

The adjustment will not be greater than 15 percent for any one year.

## Payment of Benefits

**When will benefits be paid?**

Subject to the other provisions of this policy, you will receive the monthly income benefit if you suffer a period

of disability due to sickness or injury which extends beyond the waiting period. Your disability must begin prior to your age 65. This policy must also be in force.

After the waiting period, we will pay the monthly income benefit at the end of each complete month of disability. We will prorate the monthly income benefit on the basis of a 30-day month for any period of continuous disability that is less than one month.

**How is the waiting period satisfied?**

The waiting period is satisfied by your being disabled for the number of days shown as the waiting period on page 1. The required number of days of disability must occur in a period that may be up to three times as long as the waiting period, but in no event, longer than 365 days, or the waiting period, if longer. If periods of disability are combined to satisfy the waiting period, disability during each period must be due to the same or a related cause.

**What if you are disabled by more than one cause?**

Any period of disability resulting from one or more causes will be considered a single period of disability. Only one monthly income benefit will be payable.

If you are disabled and you sustain an additional sickness or injury which would in and of itself be disabling, the additional sickness or injury will not be considered a new period of disability under this policy.

**What if you are both sick and injured?**

We will not be liable for both sickness and injury benefits for any one period of disability. Only one monthly income benefit will be payable.

**To whom will benefits be paid?**

All benefits under this policy will be paid to the owner of the policy if living, otherwise to the owner's estate.

If any benefit is payable to the owner's estate, we may pay the benefit, but not more than $1,000, to any relative of the owner we deem to be equitably entitled to it. Any payment we make under this provision in good faith will fully discharge us to the extent of the payment. We will deduct from our payment any unpaid premium owing at the time of payment.

**For how long will the monthly income benefit be paid?**

The maximum benefit period for disability is shown on page 1. In no event will we pay the monthly income benefit beyond your age 65, except:

(1) if you are disabled at age 65 and you have not received a total of 24 monthly income benefits for that period of continuous disability. In that event, we will continue your benefits until you have received a total of 24 monthly income benefits provided you remain continuously disabled; or

(2) if your policy contains a Lifetime Benefit Agreement and you become disabled, as defined in that agreement, before your age 65 and you remain continuously disabled beyond age 65; or

(3) if you qualify for, and have exercised the Option After Age 65 provided for in this policy on page 6.

## Recurrent Disability

**What is recurrent disability?**

A recurrent disability is a disability which results from the same or a related cause as a previous period of disability.

**What benefits will be paid for a recurrent disability?**

If you are no longer disabled as defined in this policy for a continuous period of 12 months or more, any recurrent disability will be considered a new period of disability and will be subject to a new waiting period.

However, if you are no longer disabled as defined in this policy for less than 12 months, any recurrent disability shall be considered a continuation of the preceding period of disability. A continuation and the preceding period of disability will together be considered one period of disability. It will, therefore, be subject to the same maximum benefit period.

## Presumptive Disability

**Will you be presumed disabled by certain losses?**

Yes. We will consider you disabled regardless of the income you are earning if, while this policy is in force, you suffer the total and irrecoverable loss of your:

(1) speech; or
(2) hearing in both ears; or
(3) sight in both eyes; or
(4) use of both hands; or
(5) use of both feet; or
(6) use of one hand and one foot.

Benefits will start when loss occurs, even if the waiting period has not expired.

## Vocational Rehabilitation

**What if you engage in an approved rehabilitation program?**

If during a period of disability, you choose to participate in an approved rehabilitation program, we will not consider you recovered from your disability while you are participating in that program. In addition, we will pay the cost of services incurred in connection with an approved rehabilitation program if those costs are not covered by another plan or program.

**What is an approved rehabilitation program?**

An approved rehabilitation program is one approved in writing by you and us. This must occur before you start the program.

## Transplant Benefit

**What does the transplant donor benefit provide?**

If you become disabled more than six months after the policy date due to a transplant of a part of your body to the body of another person, we will pay the monthly income benefit, subject to all the terms of this policy.

## Cosmetic Surgery Benefit

**What does the cosmetic surgery benefit provide?**

If you become disabled more than six months after the policy date due to a cosmetic surgery, performed to improve appearance or correct disfigurement, we will pay the monthly income benefit, subject to all the terms of this policy.

## Option After Age 65

**Can this policy be continued after your age 65?**

Yes. You may continue to keep this policy in force on a yearly basis after age 65 as long as you remain regularly employed on a full-time basis in a gainful occupation. If after age 65 you cease to be regularly employed on a full-time basis, this policy will immediately terminate. We will be liable only to return the premiums paid for any period not covered by this policy.

**What premium rate will be charged?**

If you elect to continue this policy after your age 65, the premium rate will be the rate we charge for your then attained age.

**What will be the maximum benefit period?**

The maximum benefit period provided by this provision will be 24 months for disability prior to age 76, and 12 months for disability beginning after age 76.

## Premiums

**When and where do you pay your premiums?**

Your first premium is due as of the policy date. It must be paid on or before the date this policy is delivered to you. All premiums after the first one are payable on or before the date they are due; they must be mailed to us at our home office.

If you would like a receipt for a premium payment, we will give you one upon request.

**How often do you pay premiums?**

You may pay your premiums once, twice, or four times a year. These premiums are shown in your policy as the annual, semi-annual and quarterly premiums. We will not, however, accept a premium payment of less than $10.00.

You may change the frequency of your premium payments without our consent, unless we are waiving the premiums for this policy.

If you decide to pay premiums once a year, your annual premium will be due on the policy anniversary date. If you choose to pay premiums more often, your semi-annual premiums will be due every six months; your quarterly premiums will be due every three months. In each year, one of the premium due dates must fall on the policy anniversary date.

**Are there other methods of paying premiums?**

Yes. You may be able to arrange with your employer to pay your premiums by payroll deduction. Also, if your bank consents, you may request that your premiums be automatically withdrawn from your checking account. The premium will be paid directly to us by your bank or your employer. If for any reason your employer or bank fails to pay a premium when it is due, or if this premium payment arrangement is ended, you must pay an annual, semi-annual or quarterly premium directly to us. We must receive it before the end of the grace period to keep this policy in force.

**How long must premium payments be made?**

The premiums for this policy are payable for the period shown on page 1. After your age 65, this policy may be continued if you meet the requirements of the Option After Age 65 provision on page 6.

**Can you pay a premium after the date it is due?**

This policy has a 31-day grace period. If a premium is not paid on or before the date it is due, you may pay that premium during the 31-day grace period immediately following the due date. Your premium payment, however, must be received in our home office within the 31-day grace period. You will continue to be insured during this 31-day grace period. This 31-day grace period does not apply to the first premium payment. The first premium must be paid on or before the date this policy is delivered.

**What happens if a premium is not paid before the end of the grace period?**

If a premium is not paid before the end of the 31-day grace period, this policy will lapse. No benefits will be payable for any disability that begins after the end of the grace period.

**Can you reinstate your policy?**

Within one year from the date this policy lapses you may apply for reinstatement of this policy. It will be reinstated

(8)

on the date we accept your renewal premium unless we require that you complete an application for reinstatement. If we require such an application, this policy will be reinstated on the date we approve your application. We will give you a conditional receipt for the renewal premium. If we do not approve your application within 45 days of the date of the conditional receipt, this policy will be considered reinstated, unless we have previously notified you in writing that we have disapproved your application.

The reinstated policy will cover any loss that results from an injury you sustain after the date of reinstatement. Any loss due to sickness will be covered if the sickness first manifests itself more than 10 days after the date of reinstatement. The reinstated policy will be contestable for two years from the date of reinstatement, as to representations in the application for reinstatement. Except for any endorsements or riders attached to this policy in connection with the reinstatement, you and we shall have the same rights under this policy as existed before it lapsed.

**Is there a premium refund at your death?**

We will refund to the owner's estate any part of a premium paid that covers the period from the end of the policy month in which you died to the date to which premiums are paid. However, if we waived the last premium, there will be no premium refund. If the premium refund is less than $1,000, we may pay it to any relative of the owner we deem to be equitably entitled to it.

## Waiver of Premium

**Will the premiums for this policy and for any additional agreements attached to this policy be waived while you are disabled?**

Yes. Once you have satisfied the waiting period, we will refund each premium which previously became due during the period of disability. We will also waive the payment of each future premium as it becomes due during the period of disability.

All premiums will be waived according to the frequency of payment in effect when the disability began. Your disability must begin while this policy is in force.

**What if benefits have been paid for the maximum benefit period?**

Any premium that becomes due after we stop paying the monthly income benefit will be waived only if we are furnished satisfactory proof of your continued disability. We must receive proof of continued disability within 31 days of the due date of the premium. If no such proof is provided, you must resume premium payment within the 31-day grace period in order to keep this policy in force.

However, if the maximum benefit period is that provided by the Option After 65 described on page 6 of this policy, we will waive premiums only for one year after the maximum number of benefits have been paid. Thereafter, the policy will terminate.

## Dividends

**Will this policy receive dividends?**

Each year, we determine if this policy will share in our divisible surplus. We call your share a dividend. We will credit it to you on your policy anniversary under one of the dividend options shown below. We do not expect this policy to share in any divisible surplus until the end of the third policy year. Dividends are not guaranteed.

**How can your dividends be applied?**

(1) Cash-Paid in cash to you.
(2) Reduce Premiums-Used to pay part or all of an annual, semi-annual or quarterly premium on this policy.
(3) Accumulation-Left with us to accumulate at interest. Your accumulations will earn interest at a rate we determine annually, but never less than 4 percent per year compounded annually.

If you do not select an option, dividends will be paid in cash.

**Can you withdraw your dividend accumulations?**

Yes. Dividend accumulations may be withdrawn at any time.

## Notice of Proof

**When must a notice of claim be given?**

You must give us notice of your claim within 30 days after the onset of any loss covered by this policy. Your notice of claim must be in writing and contain enough information for us to identify you. The notice of claim must either be given to our authorized agent or sent to our home office in St. Paul, Minnesota.

Our investigation of a claim, or our furnishing of claim forms, or our acceptance of your notice of claim and proof of loss, shall not operate to waive any of our rights to defend any claim arising under this policy. No action at law or in equity shall be brought to recover on this policy prior to the expiration of 60 days after written proof of loss has been furnished as required by this policy. No such action shall be brought after the expiration of six years after the time written proof of loss is required to be furnished.

**When must proof of loss be given?**

You must give us written proof of loss at our home office within 100 days after the end of the period for which we

are liable. Your failure to give us proof of loss within the time required will not invalidate or reduce your claim if it was not reasonably possible for you to give proof within that time. However, you must give us proof of loss as soon as reasonably possible; but, except in the absence of legal capacity, proof of loss may not be filed later than one year from the time proof is otherwise required.

**What claim forms are required?**

When we receive your notice of claim, we will furnish you the forms needed to file your proof of loss. If we do not furnish these forms to you within 15 days of the date we receive your notice of claim, you may submit your own proof of loss. Your proof of loss must be in writing. It must cover the occurrence, character and extent of the loss you claim is covered.

**Is the care of a physician always required?**

No. We will waive the requirement that you be under the regular, reasonable and customary care of a physician, if we deem such continued care to be of no benefit to you.

**What income information must you provide?**

We retain the right to examine your or your business' financial records, including income tax returns, as often as may reasonably be required to determine your prior average earned income and your current monthly earned income.

Generally, on a monthly basis, we require your signed statement as to income information.

**When will payment be made?**

When we receive written proof of loss satisfactory to us, we will pay all accrued benefits for that loss at the end of each month. The balance remaining unpaid upon the termination of your claim will be paid as soon as we receive written proof of loss satisfactory to us.

## General Information

**What is your agreement with us?**

This policy and the copy of your application attached to it contain the entire contract between you and us. Any statements you made in your application will, in the absence of fraud, be considered representations and not warranties. Also, any statement you made will not be used to void this policy nor defend against a claim under this policy unless the statement is contained in your application.

No change or waiver of any of the provisions of this policy will be valid unless made in writing by us and signed by our president, a vice president, our secretary or an assistant secretary. No agent or other person has the authority to change or waive any provision of this policy.

Any additional benefit agreement attached to this policy will become a part of this policy; it will be subject to all the terms and conditions of this policy unless we state otherwise in the agreement.

**How do you exercise your rights under this policy?**

You can exercise all the rights under this policy by a written request to us. This includes the right to change the ownership. If this policy is owned by someone other than the insured, the written request of the owner will be required. If this policy is assigned, we will also require the written consent of the assignee.

**Can you assign this policy?**

Yes. This policy may be assigned. The assignment must be in writing and filed at our home office. We assume no responsibility for the validity or effect of any assignment of this policy or of any interest in it. Any claim made by an assignee will be subject to proof of the assignee's interest and of the extent of the assignment.

**Can you reduce the amount of this policy?**

Yes. Upon receipt of a written request from you, or the owner if other than you, we will reduce the amount of this policy to any amount we then offer to new applicants. Your premiums will also be reduced.

**What if your age is misstated?**

If your age has been misstated, the amount, type and duration of the benefits payable under this policy or any agreement attached to this policy, will be that amount, type and duration of benefits which the premiums paid would have purchased based upon your correct age.

**When does this policy become incontestable?**

After this policy has been in force during your lifetime for two years from the policy date (excluding any period during which you are disabled), we cannot contest this policy except for fraud or the nonpayment of premiums, as to statements contained in the application.

We will not reduce or deny a claim for loss incurred or disability (as defined in this policy) commencing after two years from the policy date of this policy, on the grounds that a disease or illness, not excluded from coverage by name or specific description effective on the date of loss, had existed but had not first manifested itself prior to the effective date of coverage of this policy.

**Do we have the right to examine you?**

Yes. We retain the right to medically examine you at our own expense. We shall have the right and opportunity to examine you as often as may reasonably be required while a claim is being considered or being paid.

**Does this policy comply with the laws of your state?**

Yes. Any provision of this policy which, on the policy date, conflicts with the statutes of the state where you reside is hereby amended to conform to the minimum requirements of those statutes.

# Inflation Protection Agreement

This agreement is a part of the policy to which it is attached; it is subject to all its terms and conditions.

**What does this agreement provide?**

The purpose of this agreement is to increase the amount of your monthly income benefit if you suffer an extended period of disability.

During your first year of disability, the amount of your monthly income benefit will be as shown on page 1 of this policy. For each succeeding year of disability after the first, the amount of your monthly income benefit may be increased, provided this agreement is in effect.

**What is a year of disability?**

For purposes of this agreement, your first year of disability is complete when you have been disabled for 365 days. After the first year, a year of disability is complete when you have received the monthly income benefit provided by this policy for 365 days.

In calculating a year of disability, the 365 days must occur in a period no longer than 720 days. If periods of disability are combined to satisfy the 365 day requirement, disability must be due to the same or a related cause.

**Which monthly income benefits will be included in calculating the increase?**

We will include the basic monthly income benefit, and any benefit paid under an Additional Disability Monthly Income Agreement and a Social Security Agreement attached to this policy. In addition we will use this increased amount to calculate your proportionate monthly income benefit, or your lifetime benefit, if in effect on this policy.

**What will be the percent of the increase?**

At the end of each year of disability, we may increase your monthly income benefit. Subject to the maximum total benefit increase, described below, your benefit will increase by the percentage increase in the Consumer Price Index.

We will increase the monthly income benefit by the following percentage:

$$\frac{\text{Consumer Price Index 4 months before the date of the increase}}{\text{Consumer Price Index 16 months before the date of the increase}} - 1.00$$

In calculating the increase, we will use the Consumer Price Index published by the U.S. Department of Labor for all urban households. If the Index is changed in any ways which make it inappropriate for this policy, or if its publication is discontinued or delayed, we have the right to choose what we believe to be an appropriate standard, published or unpublished, as a substitute for the Consumer Price Index.

**What will be the maximum total benefit increase?**

During a period of disability, your monthly income benefit increase may not exceed the Inflation Protection Agreement Percentage, shown on page 1, compounded annually for every completed year of disability.

**What if there is no increase or a decrease in the Consumer Price Index?**

If there is no increase or a decrease in the Consumer Price Index, your benefit will remain the same as the previous year.

**How long will your monthly income benefit continue to increase?**

Subject to the maximum benefit period, we will continue to increase your monthly income benefit each year until age 65. However, if you become disabled after age 63, we will increase your monthly income benefit after the first and second years of disability.

**What happens to your monthly income benefit when your period of disability ends?**

When your period of disability ends, your monthly income benefit will return to the amount shown on page 1 of this policy. However, if you wish to retain the amount of the monthly income benefit being paid at the end of your period of disability, you may request to do so.

We will adjust your monthly income benefit and bill you for the increased amount at the then current premium rates and at your attained age. We must receive your written request within 90 days of the end of your period of disability.

**What is the cost for this agreement?**

The annual premium for this agreement is shown on page 1 of this policy. If this agreement terminates, the total annual premium for this policy will be reduced by the amount shown for this agreement.

**When is this agreement incontestable?**

If this agreement is issued on the same date as this policy, it will be subject to the incontestability provision in this policy. If this agreement is issued at a date later than the policy, then this agreement will be contestable for two years from the effective date of this agreement, but only as to the evidence of insurability which we required to issue this agreement at the later date.

**When does this agreement terminate?**

This agreement will terminate on the earliest of:

(1) the date of the policy anniversary on or after your 65th birthday; or

(2) the date we receive your written request to terminate this agreement; or

This Policy, being a duplicate copy of one originally issued under the same number, the Minnesota Mutual Life Insurance Company is liable under only one Policy bearing this number

, Secretary

The Minnesota Mutual Life Insurance Company