# EXHIBIT E

MINNESOTA MUTUAL LIFE

Minnesota Mutual Life
400 North Robert Street
St. Paul, Minnesota 55101-2098
612/298-3500

July 21, 1992

JOHN L MCGILL
125 DOW GIL RD
ASHLAND VA 23005

RE: APPLICATION 1933689H

Dear Mr. McGill:

Thank you for applying to Minnesota Mutual for your disability insurance needs. We are pleased to be able to offer you insurance coverage; however, it was necessary to make some changes to the policy we are offering. This letter explains the reason for our decision and informs you of your rights.

Our decision was based on your build of 6', 254 pounds, abnormal blood test results, and information from Dr. Staples.

You may want more specific information about what led to our decision. To do this, we encourage you to contact your physician or care provider to discuss any questions regarding the significance of the information outlined above. When necessary, with a written request from you, we will send the medical information we have to your physician or clinic.

If you think our information is incomplete or wrong, let us know. We will review all the additional information you give us and, if appropriate, change our decision. If we cannot change our decision, we will tell you in writing. If you disagree, you can submit a statement of dispute to become part of your permanent record. We will send your statement to parties who had received the original information from us in the last two years and to anyone we may disclose information to in the future.

We appreciate your interest in Minnesota Mutual and thank you for the opportunity to explain our decision.

Sincerely,

Jon Fasching
Individual Underwriting