# EXHIBIT F

MINNESOTA MUTUAL LIFE

APPLICATION PART 1 4

The Minnesota Mutual Life Insurance Company • 400 North Robert Street • St. Paul, Minnesota 55101-2098

## ALL APPLICATIONS

### PERSONAL INFORMATION

Proposed Insured's Name (Last, First, Middle Initial) McC.lll John L

Date of Birth (Mo., Day, Yr.) 01-17-47

Street address or RFD route 2119 Planters Row Dr.

City or Town Midlothian County State VA Zip Code 23113

Sex ☑ M ☐ F Social Security Number 039 28 9063 Birthplace (State or Country) N.H.

Driver's License Number 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 Indicate here for special dating

Employer's name Eastern Shore Printing

Business address 125 Lown Cir ... ☑ Check if mail to be sent to this address

City Ashland State VA Zip Code 23005

### LIFE INSURANCE

### BASE POLICY INFORMATION

Basic amount $ Product Annual premium or plan

Occupational title Years in occupation Income $

Premiums payable: ☐ Annual ☐ Semi-annual ☐ Quarterly ☐ Automatic Payment Plan
☐ Payroll Deduction #______ ☐ List Bill #______ ☐ Direct Monthly

Premiums paid by: ☐ Proposed Insured ☐ Employer ☐ Other (indicate name and address in Additional Remarks, pg. 6.)

### ADDITIONAL BENEFITS AND AGREEMENTS

☐ Additional Insured Agreement (Complete Family Term/Additional Insured App.) ..... $______

☐ Family Term - Children's Agreement (Complete Family Term/Additional Insured App.) . $______

☐ Accidental Death Benefit ........................................ $______

☐ Face Amount Increase Agreement ........................................ $______

☐ Additional Term Protection ........................................ $______

☐ Additional Term Protection (Automatically includes FX Dividend option) ............ $______

☐ Automatic Premium Loan (if available)

☐ Guaranteed Protection Waiver (if available)

☐ Waiver of Premium Agreement (if available)

☐ Omit COL (if available)

☐ Adjustable Survivorship Life $______ Designated Insured ______

Automatic Election Option: ☐ Yes ☐ No

Other ______

5

## DISABILITY AND OVERHEAD EXPENSE INSURANCE

### POLICY TYPE AND INFORMATION

- ☑ Level (Disability only.)
- ☐ Step (Use Additional Remarks for optional agreements. Disability only.)
- ☐ Business Overhead Expense (be certain to itemize the Overhead Expenses in the Overhead Expense section.)

| Coverage | Amount | Benefit Period | Waiting Period |
|---|---|---|---|
| Base | $ 3400 | 65 | 90 |
| ADMIA | $ | | |
| ADMIA | $ | | |
| Supplementary Income Benefit | $ | ☐ to 180 days ☐ to 365 days | |
| Social Security Agreement | $ | | 365 days |
| Business Overhead Expense | $ | ☐ 15 months ☐ 25 months | ☐ 30 ☐ 60 ☐ 90 |

### PLAN OF COVERAGE: (Complete one section - A, B, or C)

A. ☐ Disability Income Insurance Policy (all occupation classes)

☐ Disability Income Insurance Policy Plus (class *P, 1*, *S, 1 only)

B. ☑ Own Occupation Insurance Policy:

- ☐ 5 Year Own Occupation Period (class *P, 1*, *S, 1 only)
- ☑ To Age 65 Own Occupation Period (class *P, 1*, *S, 1 only)
- ☐ Lifetime Own Occupation Period (class *P, 1*, *S only)

C. ☐ Managerial Own Occupation Insurance Policy (class 1 only)

### OPTIONAL AGREEMENTS

☑ Inflation Protection Agreement:
☑ 4% ☐ 6% ☐ 8%
OMIT Guaranteed Increase Agreement
Guaranteed Increase Agreement Plus

☐ Future Income Protection Agreement:
$________ of aggregate monthly benefit
☐ Transitional Disability Benefit Agreement (Overhead Expense only)
☐ Replacement Expense Agreement (Overhead Expense only)

### OCCUPATION

A. Class ☑ *P ☐ 1* ☐ *S ☐ 1 ☐ 2 ☐ 3
Specialty ________

B. Occupational title and/or professional designation Vice President
Nature of business Food Packaging - see attached brochure

C. Occupational Details (Provide description of daily job activities and percentage of time spent on each):

| Duties | % | Duties | % |
|---|---|---|---|
| Administrative + management | 100 | | |
| | | | |
| | | | |

D. How many years have you been employed by your current employer? 4½ months

E. How many full-time employees report to you? 61

F. Do you have any part-time or other full-time jobs? If yes, provide details in Additional Remarks, page 6. ☐ Yes ☑ No

### PREVIOUS EMPLOYMENT

Please list your other jobs within the past five years.

| Employer | Dates Employed |
|---|---|
| Bogcraft Corp. | 89-91 |
| Merrill Press | 87-89 |
| | |

**INCOME** - Fill in amounts that are (or will be) shown on the Proposed Insured's individual and/or business income tax forms and supporting schedules. **Note: Do not list income that is not reported to the IRS.** Explain any significant fluctuations between years in Remarks. Ask for third party income verification on all disability applications. 6

| | Current Year 19 92 | Last Calendar Year 19 91 | Two Calendar Years ago 19 90 |
|---|---|---|---|
| A. **EARNED INCOME (Fill in all which apply.)** | | | |
| 1. Non-owner Employee's salary, bonus, and profit sharing (Form W-2) | 100,000 + See attached return | 153,000 | $205,000 |
| 2 a Owner of Regular or S Corporation's salary and bonus (Form W-2). | | | |
| b Owner's share of after tax corporate profits or losses (after expenses) provided the Proposed Insured has significant ownership and is active in the corporation (Form 1120 or 1120S). If losses, indicate with parentheses. | | | |
| c Pension plan or other contributions that would cease if the Proposed Insured became disabled. | | | |
| 3 Sole Proprietor net income, after expenses (Form 1040 Schedule C) | | | |
| 4 Share of partnership net income, after expenses (Proposed Insured's Schedule K-1 or Form 1040 Schedule E). | | | |
| 5 Other earned income (describe in Remarks) | | | |
| Total earned income | | | |
| B UNEARNED INCOME - This includes capital gains, interest, dividends, tax exempt unearned income, income from other investments, net rental income, pensions, annuities, and alimony. Itemize in Remarks if exceeding 15% of earned income or $125,000. | — | 18,000 | 428[illegible] |

NET WORTH [illegible] net worth, exclusive of primary residence, greater [illegible]? ☐ Yes ☑ No

[illegible] in Remarks

D [illegible] Proposed Insured

✓ Employer - Will any portion of the premium be included in your taxable income? ☐ Yes ☑ No
If yes, provide details in Remarks.

Other (Indicate name and address in Remarks)

Note: Individual paid Issue and Participation limits should be used for those Proposed Insureds who are owners in a Sole Proprietorship, Partnership, or S Corporation. Employer paid Issue and Participation Limits can be used for [illegible] of a Regular Corporation when the Corporation is paying the premium and for Non-Owner Employees when [illegible] paying the premium.)

[illegible] Proposed Insured self-employed? (If yes, answer [illegible] F and G.) ☐ Yes ☑ No

F [illegible] Proposed Insured's business is a(n) ☐ Sole Proprietorship ☐ Partnership ☐ Regular Corporation ☐ S Corporation ☐ Other (Explain in Remarks)

G What is the Proposed Insured's ownership? __ %

REMARKS

[illegible handwriting] - Employer/Employee [illegible] [illegible]

**OVERHEAD EXPENSES: (Complete for Business Overhead Expense.)**

A. Are your expenses shared with anyone else? ☐ Yes ☐ No

B. If yes, what is your percentage share of the total business expense? _____%

C. List YOUR SHARE of the current average monthly expenses:

| | | | |
|---|---|---|---|
| Rent or mortgage payment | $________ | Accounting, billing, and collection services | $________ |
| Property taxes | $________ | Professional and trade dues and subscriptions | $________ |
| Utilities | $________ | *Employee life, disability and health insurance premiums | $________ |
| Laundry, security, janitorial and maintenance services | $________ | *Payroll taxes for employees | $________ |
| Equipment and furniture leasing costs or installment payments | $________ | *Employee wages and salaries | $________ |
| Malpractice, liability, and/or property insurance premiums | $________ | Replacement expense (Salary paid to the replacement person minus the gross business income earned by that replacement. For Replacement Expense Agreement only.) | $________ |

Itemization of other eligible overhead expenses (give description and amount of the expense):

______________________________________________

______________________________________________

*DO NOT INCLUDE amounts for you or for any other member of your profession working for or with you.

I understand and agree that the policy applied for covers only actual incurred expenses (as described in the policy).

**DISABILITY AND OVERHEAD EXPENSE IN FORCE OR PENDING (If none, insert "None").** List Disability with all Companies including Group, Pension or Retirement Plans, Salary Continuation Plans, Association Plans, Credit Insurance Plans, Overhead Expense Plans, and any other Disability or Health Coverage. Also include coverage for which the Proposed Insured will become eligible in the next five years after a qualifying period of employment has been met.

| Paid To Date | Amount | Type | Company | Policy Number | Benefit Period | Elimination Period | Pending? Yes | Pending? No | Will It Be Replaced? |
|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**REPLACEMENT**

A. Will you drop any existing disability, overhead expense, or any other accident and sickness insurance when this policy is issued? ☐ Yes ☑ No

B. If yes, I agree upon accepting this policy to drop the coverage indicated above. NOTE: Please submit replacement forms where required.

**DIVIDENDS:** Dividends paid in cash unless otherwise requested below.

☐ Reduce (not available on Automatic Payment Plan) ☐ Accumulate

**PREMIUM PAYABLE**

☐ Annual ☐ Semi-annual ☐ Quarterly ☐ Automatic Payment Plan ☑ List Bill # _____ ☐ Direct Monthly

☐ Association Discount # ________ ☑ Employer/Employee Discount # ________ (Include F. 37443)

(Applied for above)

☐ Payroll Deduction # ________

**ALL APPLICATIONS**

**SPECIAL ACTIVITIES AND OTHER INSURANCE ACTIVITY: (Provide details in Additional Remarks.)**

A. Do you plan to change jobs or reside outside of the U.S.A.? ☐ Yes ☑ No

B. Have you, within the last five years, or do you plan in the next six months, to pilot a plane? (If yes, complete Aviation Statement F. 4883.) ☐ Yes ☑ No

C. Have you, within the last five years, or do you plan in the next six months, to engage in sky diving, organized vehicle racing, mountain climbing, hang gliding, or underwater diving? (If yes, complete Avocation Statement, F. 11393.) ☐ Yes ☑ No

D. Have you, within the last five years, been declined, modified, rated or been issued with a rider for life or disbability insurance? ☐ Yes ☑ No

E. Within the last year, have you missed any work due to illness or injury? ☐ Yes ☑ No

F. Are you in the Armed Forces, National Guard, or Reserves? (If yes, complete Military Statement F. 4883.) ☐ Yes ☑ No

**DRIVING AND CONVICTION HISTORY: (Provide details in Additional Remarks.)**

A. In the last five years, have you been charged with a driving while intoxicated violation, had your driver's license restricted or revoked, or been cited with a moving violation? ☐ Yes ☑ No

B. Except for traffic violations, have you ever been convicted? ☐ Yes ☑ No

**PREPAYMENT:**

A. Have you paid money to the agent, or has the Payroll Deduction Authorization or Government Allotment been completed? ☑ Yes ☐ No

**NOTE: Money should not** be taken by the agent if there is a history of heart disease, stroke, cancer, or diabetes or if the Proposed Insured has been rated or declined for insurance in the past. Money collected for Variable Adjustable Life must be sent directly to the Home Office.

Amount paid for: Life Insurance $______ Disability or Overhead Expense Insurance $ 163.32

B. Have you received a receipt? ☑ Yes ☐ No

**ADDITIONAL REMARKS:**

________________________________________________

________________________________________________

________________________________________________

**OWNER**

The Proposed Insured will be the Owner of any policy issued on this application, unless requested otherwise below. The Owner has every benefit, right or privilege given the Insured by policy terms. Policy transactions between Minnesota Mutual Life and the Owner do not require the Insured's notice or consent.

Name (If a Corporation, give the state in which it is incorporated) ________________

Relationship to Proposed Insured ____________ Tax I.D. Number or Social Security Number ____________

Owner's address Street or RFD Route __________ City ______ State ___ Zip Code ______

**FOR HOME OFFICE USE ONLY**

Home Office Corrections or Additions - Acceptance of the policy shall ratify changes entered here by Minnesota Mutual Life. Not to be used in CA (for Disability only). IA, IL, KS, KY, MD, MI, MN, MO, NH, NJ, OR, PA, TX, WI or WV for change in age, amount, classification, plan or benefits unless agreed to in writing. Sec. E. 1426

50% Premium increase
Base Benefit Period. 5y.
Guaranteed Increase agreement plan omitted
Plan of coverage: Own Occupation Insurance Policy 5 year
Own Occupation Period

MINNESOTA MUTUAL LIFE

APPLICATION PART 2

PROPOSED INSURED'S NAME (Last, First, Middle Initial): McCILL John L

DATE OF BIRTH (Mo., Day, Yr.): 07 - 17 - 47

HEIGHT AND WEIGHT: 6 FT 0 IN 250 LBS

CHANGE IN PAST YEAR? none LBS. ☐ GAIN ☐ LOSS

CAUSE OF WEIGHT GAIN OR LOSS

| | | Yes | No |
|---|---|---|---|
| 1. A. | Have you ever smoked cigarettes? | ☑ | ☐ |

| CURRENT SMOKER | PAST SMOKER | PACKS PER DAY | DATE LAST CIGARETTE SMOKED (Mo., Day, Yr.) |
|---|---|---|---|
| ☑ | ☐ | ½ | today |

| | | Yes | No |
|---|---|---|---|
| B. | Do you use tobacco in any form? | ☐ | ☑ |

| IF YES, WHAT TYPE | HOW MUCH |
|---|---|
| | |

NOTE: GIVE DETAILS TO ALL YES ANSWERS IN SPACE PROVIDED.

| | | Yes | No |
|---|---|---|---|
| 2. | Are you taking or do you take any prescription or non-prescription medications or drugs? | ☐ | ☑ |
| 3. | During the past 10 years have you had or been treated for: | | |
| A. | Seizures; epilepsy; paralysis; fainting spells; headaches; dizziness; sleep disorder; or any other disorder of the brain or nervous system? | ☐ | ☑ |
| B. | Depression; stress; anxiety; nervousness; nervous breakdown; or any other nervous, mental, or emotional disorder? | ☐ | ☑ |
| C. | High blood pressure; chest pain; chest discomfort or tightness; heart attack; heart murmur; stroke; irregular heart beat; or any other disease or disorder of the heart or blood vessels? | ☐ | ☑ |
| D. | Asthma; shortness of breath; bronchitis; pneumonia; emphysema; chronic cough; or any other lung or respiratory disorder? | ☐ | ☑ |
| E. | Abdominal pain; ulcer; colitis; cirrhosis; hepatitis; recurrent diarrhea; intestinal bleeding; or any other disease of the liver, gallbladder, pancreas, stomach, or intestines? | ☐ | ☑ |
| F. | Kidney stone; protein, sugar, blood or blood cells in the urine; or any disorder of the urinary tract, bladder or kidneys? | ☑ | ☐ |
| G. | Disorder or abnormality of the prostate, uterus, ovaries, or breasts; pregnancy complication; testicular disease; genital herpes, syphilis, gonorrhea, or other sexually transmitted disease? | ☐ | ☑ |
| H. | Diabetes; thyroid disorder; lymph node enlargement; skin disorder; or disorder of any other glands? | ☐ | ☑ |
| I. | Cancer; tumor; or cyst? | ☐ | ☑ |
| J. | Anemia, leukemia, or other blood disorder? | ☐ | ☑ |
| K. | Back or neck pain; spinal strain or sprain; sciatica; arthritis; gout; carpal tunnel syndrome; or any bone, joint, or muscle disorder? | ☐ | ☑ |
| L. | Disorder of the eyes, ears, nose or throat? | ☐ | ☑ |
| M. | Any physical deformity or defect? | ☐ | ☐ |
| N. | Any immune deficiency disorder including AIDS or AIDS-Related Complex (ARC), or AIDS-related conditions? | ☐ | ☑ |
| O. | A blood test showing evidence of antibodies to the AIDS (HIV) virus? | ☐ | ☐ |
| P. | Any chronic or recurrent fever, fatigue or viral illness? | ☐ | ☑ |
| 4. | Do you consume alcoholic beverages? If yes, what kinds, how much and how often? | ☐ | ☐ |
| 5. | During the past 10 years: | | |
| A | Have you been advised to limit the use of alcohol or drugs; sought or received treatment, advice, or counseling for alcohol or drugs; or joined a group because of alcohol or drug use? | ☐ | ☐ |
| B. | Have you tried or used cocaine, heroin, marijuana, barbiturates or other controlled substances? | ☐ | ☐ |

9

| | | Yes | No |
|---|---|---|---|
| 6. | Other than above, have you in the past five years: | | |
| A. | Consulted or been advised to consult a physician, psychiatrist, psychologist, therapist, counselor, chiropractor, or other health care practitioner? (Include regular check-ups) | ☑ | ☐ |
| B. | Had a checkup, illness, or surgery, or been treated or evaluated at a hospital or any other health care facility? | ☑ | ☐ |
| C. | Had an EKG, x-ray, stress test, echocardiogram, angiography, blood studies or any other diagnostic test? | ☑ | ☐ |
| D. | Been advised to have any test, hospitalization, or surgery which was not completed? | ☐ | ☑ |

7. Family History: Make a note of diabetes, cancer, melanoma, heart, and kidney disease.

| | | Age(s) | Health History | | Age(s) | Cause of Death |
|---|---|---|---|---|---|---|
| Father | Living | 75 | good | Deceased | | |
| Mother | | 72 | good | | | |
| B Siblings | | 41 | good | | | |
| S Siblings | | 51, 50, 47, 36 | good | | | |

8. Do you have a personal physician or belong to an H.M.O. or clinic? If so, please provide information below. ☑ Yes ☐ No

NAME: Dr Ted Staples
PHONE NUMBER: (804) 798-9201
ADDRESS (Street City State Zip): 635 N. Washington Highway Ashland VA
DATE LAST SEEN: Jan / April 92
REASON: gout / checkup

GIVE DETAILS OF ALL YES ANSWERS, including doctors' names, addresses and dates. Use next page if additional space is required.

3F / Kidney stone in 86 - passed - - no problem since then

4. Beer > 1 Beer per day
red wine

2 m gout - Dr Robt. Fales - former physician
Lee Memorial Hospital 88-91
Fulton, N.Y. Annual physicals + EKG treatment for gout -

- controlled by diet primarily -
does not restrict activity

28

**MINNESOTA MUTUAL LIFE** **APPLICATION PART 2:**

The Minnesota Mutual Life Insurance Company • 400 North Robert Street • St. Paul, Minnesota 55101-2098

| PROPOSED INSURED'S NAME (Last, First, Middle Initial) | DATE OF BIRTH (Mo., Day, Yr.) |
|---|---|
| McGill John [illegible] L | 07-17-47 |

| | Question | Yes | No |
|---|---|---|---|
| 1. A. | Have you ever smoked cigarettes? — CURRENT SMOKER: ☒ / PAST SMOKER: ☐ / PACKS PER DAY: 1/2 / DATE LAST CIGARETTE SMOKED (Mo., Day, Yr.): | ☒ | ☐ |
| B. | Do you use tobacco in any form? — IF YES, WHAT TYPE: / HOW MUCH: | ☐ | ☒ |

**NOTE: GIVE DETAILS TO ALL YES ANSWERS IN SPACE PROVIDED.**

| | Question | Yes | No |
|---|---|---|---|
| 2. | Are you taking or do you take any prescription or non-prescription medications or drugs? | ☒ | ☐ |
| 3. | During the past 10 years have you had or been treated for: | | |
| A. | Seizures; epilepsy; paralysis; fainting spells; headaches; dizziness; sleep disorder; or any other disorder of the brain or nervous system? | ☐ | ☒ |
| B. | Depression; stress; anxiety; nervousness; nervous breakdown; or any other nervous, mental, or emotional disorder? | ☐ | ☒ |
| C. | High blood pressure; chest pain; chest discomfort or tightness; heart attack; heart murmur; stroke; irregular heart beat; or any other disease or disorder of the heart or blood vessels? | ☐ | ☒ |
| D. | Asthma; shortness of breath; bronchitis; pneumonia; emphysema; chronic cough; or any other lung or respiratory disorder? | ☐ | ☒ |
| E. | Abdominal pain; ulcer; colitis; cirrhosis; hepatitis; recurrent diarrhea; intestinal bleeding; or any other disease of the liver, gallbladder, pancreas, stomach, or intestines? | ☐ | ☒ |
| F. | Kidney stone; protein, sugar, blood or blood cells in the urine; or any disorder of the urinary tract, bladder or kidneys? | ☒ | ☐ |
| G. | Disorder or abnormality of the prostate, uterus, ovaries, or breasts; pregnancy complication; testicular disease; genital herpes, syphilis, gonorrhea, or other sexually transmitted disease? | ☐ | ☒ |
| H. | Diabetes; thyroid disorder; lymph node enlargement; skin disorder; or disorder of any other glands? | ☐ | ☒ |
| I. | Cancer; tumor; or cyst? | ☐ | ☒ |
| J. | Anemia, leukemia, or other blood disorder? | ☐ | ☒ |
| K. | Back or neck pain; spinal strain or sprain; sciatica; arthritis; gout; carpal tunnel syndrome; or any bone, joint, or muscle disorder? | ☒ | ☐ |
| L. | Disorder of the eyes, ears, nose or throat? | ☐ | ☒ |
| M. | Any physical deformity or defect? | ☐ | ☒ |
| N. | Any immune deficiency disorder including AIDS or AIDS-Related Complex (ARC), or AIDS-related conditions? | ☐ | ☒ |
| O. | A blood test showing evidence of antibodies to the AIDS (HIV) virus? | ☐ | ☒ |
| P. | Any chronic or recurrent fever, fatigue or viral illness? | ☐ | ☒ |
| 4. | Do you consume alcoholic beverages? If yes, what kinds, how much and how often? | ☒ | ☐ |
| 5. | During the past 10 years | | |
| A. | Have you been advised to limit the use of alcohol or drugs; sought or received treatment, advice, or counseling for alcohol or drugs; or joined a group because of alcohol or drug use? | ☐ | ☒ |
| B. | Have you tried or used cocaine, heroin, marijuana, barbiturates or other controlled substances? | ☐ | ☒ |

| | Yes | No |
|---|---|---|
| 6. Other than above, have you in the past five years: | | |
| A. Consulted or been advised to consult a physician, psychiatrist, psychologist, therapist, counselor, chiropractor, or other health care practitioner? (Include regular check-ups) | ☒ | ☐ |
| B. Had a checkup, illness, or surgery, or been treated or evaluated at a hospital or any other health care facility? | ☐ | ☒ |
| C. Had an EKG, x-ray, stress test, echocardiogram, angiography, blood studies or any other diagnostic test? | ☒ | ☐ |
| D. Been advised to have any test, hospitalization, or surgery which was not completed? | ☐ | ☒ |

7. Family History: Make a note of diabetes, cancer, melanoma, heart, and kidney disease.

| | Living | Age(s) | Health History | Deceased | Age(s) | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | 75 | See above | | | |
| Mother | | 74 | excellent | | | |
| Siblings | | 41, 47 | good | | | |
| Siblings | | 50, 57, 37 | | | | |

8. Do you have a personal physician or belong to an H.M.O. or clinic? If so, please provide information below. ☒ Yes ☐ No

NAME: Ted C. Staples
PHONE NUMBER: (804) 798-9208
ADDRESS (Street, City, State, Zip): 635 N Washington Hwy Ashland, VA 23005
DATE LAST SEEN: 3/92
REASON: See # 6A

GIVE DETAILS OF ALL YES ANSWERS, including doctors' names, addresses and dates. Use next page if additional space is required.

2. Usually takes vitamins daily. It has been about a week since he has had any. B complex, C, E and a multi-vitamin and K

3F. Passed kidney stone in 1986. Name of doctor he saw not recalled. Was not hospitalized.

3K. Takes Indocin as needed for gout. Dr. Robert Fulas in Fulton, NY prescribed the Indocin. Address not available.

4 1 bottle of red wine / week

6A. 1990 injured back. Saw a chiropractor 3-4 times. Name, address not known.
Routine physical for employment in 1992 w/ Dr. Ted Staples

I have read the statements and answers recorded on this application Part 2; they are to the best of my knowledge and belief true, complete and correctly recorded. I agree that they will become part of this application and any policy issued on it.

| DATE | WITNESS | SIGNATURE OF PROPOSED INSURED |
|---|---|---|
| 5/25/92 | [signature] | X [signature] |

10

MINNESOTA MUTUAL LIFE

## APPLICATION PART 3
### AGREEMENTS, CERTIFICATION AND AUTHORIZATION

The Minnesota Mutual Life Insurance Company • 400 North Robert Street • St. Paul, Minnesota 55101-2098

Proposed Insured's Name (Last, First, Middle Initial)

M S G I L L   J O H N   L

**AGREEMENTS/CERTIFICATION:** I have read, or had read to me the statements and answers recorded on Part 1 and Part 2 of my application. They are given to obtain this insurance and are, to the best of my knowledge and belief, true and complete and correctly recorded. I understand that any false statement or misrepresentation on this application may result in loss of coverage under this policy subject to the Time Limit on Certain Defenses, incontestability provision, and legal proceedings. I agree that they will become part of this application and any policy issued on it. The insurance applied for will not take effect unless the policy is issued and delivered and the full first premium is paid while the health of the Proposed Insured remains as stated in Part 1 and Part 2 of the application. **If such conditions are met the insurance will take effect as of the Policy Date specified in the policy; the only exception to this is provided in the Receipt and Temporary Life Insurance Agreement, and the Conditional Health Receipt, issued if the premium is paid in advance.** No deposit has been made nor any premium paid on the policy applied for, either in cash or by extension of credit except as stated on this application.

**VARIABLE ADJUSTABLE LIFE:** I also agree that if this application is for a Variable Adjustable Life Policy, that Minnesota Mutual Life, if it is unable for any reason to collect funds for units which have been allocated to a sub-account under the policy applied for, may redeem for itself the full value of such units. If such units are no longer available, it may recover that value from any other units of equal value available under the policy.

**I UNDERSTAND THAT THE AMOUNT OR THE DURATION OF THE DEATH BENEFIT (OR BOTH) OF THE POLICY APPLIED FOR MAY INCREASE OR DECREASE DEPENDING ON THE INVESTMENT RESULTS OF THE SUB-ACCOUNTS OF THE SEPARATE ACCOUNT. I UNDERSTAND THAT THE ACTUAL CASH VALUE OF THE POLICY APPLIED FOR INCREASES AND DECREASES DEPENDING ON INVESTMENT RESULTS. THERE IS NO MINIMUM ACTUAL CASH VALUE FOR POLICY VALUES INVESTED IN THESE SUB-ACCOUNTS.**

**AUTHORIZATION:** I authorize any physician, medical practitioner, hospital, clinic or other health care provider, insurance or reinsuring company, consumer reporting agency, the Medical Information Bureau, Inc. (MIB), or employer which has any records or knowledge of the physical or mental health of me or my minor children, to give all such information and any other nonmedical information relating to such persons to Minnesota Mutual Life or its reinsurers. This shall include ALL INFORMATION as to any medical history, consultations, diagnoses, prognoses, prescriptions or treatments and tests, including information regarding alcohol or drug abuse, sickle cell disease and AIDS or AIDS-related conditions. To facilitate rapid submission of such information, I authorize all said sources, except MIB, to give such records or knowledge to any agency employed by Minnesota Mutual Life to collect and transmit such information.

I understand this information is to be used for the purpose of determining eligibility for insurance and may be used for determining eligibility for benefits. I understand this information may be made available to Underwriting, Claims and support staff of Minnesota Mutual Life. I authorize Minnesota Mutual Life or its reinsurers to release any such information to reinsuring companies, the MIB, or other persons or organizations performing business or legal services in connection with my application, claim or as may be otherwise lawfully required or as I may further authorize.

I agree this authorization shall be valid for twenty-six months from the date it is signed.

I understand that I have the right to request and receive a copy of this authorization and that a photocopy of this authorization shall be as valid as the original.

I acknowledge that I have been given the Minnesota Mutual Life Consumer Privacy Notice (Notice Regarding Consumer Reports and Notice Regarding Medical Information Bureau, Inc.)

Proposed Insured X John L. McGill  Date signed 5/1/95  City Kirkwood  State VA

Signature of Applicant (if other than Proposed Insured) (Give title if signed on behalf of a business) X ____________

D O B of Applicant (if other than Proposed Insured) ______

Witness Registered Representative (licensed resident agent where required) [signature]

Signature of Parent, Conservator or Guardian (on juvenile applications) X ____________