# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ORIGINAL

JOHN L. McGILL, )
Plaintiff, ) CIVIL ACTION
v. ) NO. 05-0481/S
MINNESOTA MUTUAL LIFE INSURANCE )
COMPANY, )
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF R. STEPHEN TURNBULL
TAKEN ON BEHALF OF THE DEFENDANT
Norfolk, Virginia
June 26, 2006

Q. How long have you been a member of the firm, sir?
A. 1979.
Q. And is one of the firm's clients a company by the name of Interflex?
A. A former client.
Q. During what period of time was Interflex a client of Burrus Paul & Turnbull, P.L.C.?
A. From 1981 to approximately the late 1900, late '90 -- excuse me -- late '99, 2000.
Q. Okay. And during the period of time that Burrus Paul & Turnbull, P.L.C. was an accounting firm for Interflex, did the accounting firm maintain records relating to the work that it did for Interflex?
A. That is correct.
Q. Okay. And was that done in the ordinary course of the firm's business as an accountant?
A. That is correct.
Q. Okay. I would like you to take a look at a subpoena, actually an amended subpoena that we issued. It was served and marked for identification as Exhibit 1 for today's deposition. Do you recognize that document, sir?
A. Yes.

Q. Okay. There is an attachment which calls for the production of certain records if they are in the possession or control of the firm. Number 1 is all Forms 1099-MISC issued to John McGill, social security number 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. Were you able to locate any such records in the files maintained for Interflex?

A. Yes.

Q. And do you have those records with you today, sir?

A. Yes.

Q. Could you show them to us, please? Okay. Just looking through these documents, it appears that there are documents here for persons other than John McGill; is that correct?

A. That's correct. That's correct.

MS. LANG: Do you want to take a look at these before I start -- go ahead.

BY MS. LANG:

Q. I'm going to show you one of the documents that you just produced to me. Can you identify that document, sir?

A. That is a 1099 issued to Jack McGill, John McGill, in 1995.

Q. And by whom was that issued?

A. It was prepared by us, issued by Interflex Group.

Q. Okay. And do you know what that represents, sir?

A. The $3,000 is the director's fees in Box 7 and Number 6, medical health care benefits is I think the medical reimbursement plan that they had.

Q. Do you know what the medical reimbursement plan was?

A. Do not know the details of it, but my understanding was that it was just reimbursement for general medical costs.

Q. And how much is reflected as being reimbursement for general medical costs?

A. $828.26.

Q. Okay. The next document immediately following that in the group of documents that you showed me appears to be I guess an adding machine tape. Can you identify that, sir?

A. That was a tape that was included with the work papers that totalled the different 1099s to come up and it was prepared to reconcile to the 1096 which is the cover form that is sent in to the Internal Revenue Service.

Q. And this document, can you identify that,

sir?

A. Yes. That was the work paper sent to us by Interflex Group in order for us to prepare the 1099s.

Q. And what 1099s are referenced there for Mr. McGill?

A. Here it looks like the director's fees, the $3,000.

Q. Okay. And there's another document that has some handwriting across the top, but it also says 1995 medical reimbursement for Interflex officers. Can you identify that document, sir?

A. This is a work paper supplied to us by The Interflex Group in order to prepare the 1099s.

Q. Do you know who prepared that document, sir?

A. I believe it was Mickey Doyle.

Q. Okay. It says 1999 insurance benefits paid 100 percent by IFG. Do you see that in the middle of the page, sir?

A. Yes.

Q. What does that refer to?

A. That refers to various health insurance, dental insurance, keyman insurance, disability insurance.

Q. And when it says paid 100 percent by IFG, do you know what that means, sir?
A. It means that the corporation paid the premiums.
Q. Okay. And where it says keyman insurance for J. McGill, is there a figure used there?
A. $2,276.88.
Q. Do you know what that refers to, sir?
A. No, I do not.
Q. Okay. Here's a letter here. Could you identify that document as well, sir?
A. This is the transmittal letter for the 1099s which we prepared for Interflex Group.
Q. Okay. And who is that directed to, sir?
A. Mr. Joseph Doyle.
Q. Okay. And what is that letter meant to communicate to Mr. Doyle?
A. These are the instructions in order for him to sign the 1096 and submit to the Internal Revenue Service.
Q. Okay. Am I correct that this document and all the documents behind it go together?
A. That is correct.
Q. Okay. And what is that document, sir?
A. This is a 1096 with the copies, file

copies of the 1099s that were sent to Joe Doyle to send to the IRS.

Q. When was that document prepared?

A. The transmittal letter says February 15th, so I would assume this was prepared several days before.

Q. Okay. Are there 1099s grouped together with the 1096, these documents? I'm sorry. I may be misdescribing it. These documents which appear to be 1099s and that document which you referred to as a 1096, they go together, correct?

A. Correct.

Q. Of the 1099s that are included with the 1096, are any of them for Mr. McGill?

A. Yes.

Q. Okay. How many are there for Mr. McGill?

A. One.

Q. Okay. And what does that one 1099 reflect, sir?

A. It reflects an entry in Box 6 of $828.26 for medical and health care payments and $3,000 in Box 7 for nonemployee compensation which represents the director's fees.

Q. Okay. And this last document, can you identify that for me, sir?