# EXHIBIT J

ZPRE

# U.S. Bankruptcy Court
# Northern District of New York (Utica)
# Bankruptcy Petition #: 01-63401-6-sdg

*Assigned to:* Stephen D. Gerling, Chief Judge
Chapter 13
Voluntary
Asset

*Date Filed:* 05/25/2001
*Date Terminated:* 03/25/2002
*Date Dismissed:* 10/04/2001

**John L. McGill**
9 Primrose Path
Oswego, NY 13126
SSN: xxx-xx-9063
***Debtor***

represented by **The Fix Law Firm**
351B West First Street
P.O. Box 336
Oswego, NY 13126
(315) 343-8287

**Diane M. McGill**
9 Primrose Path
Oswego, NY 13126
SSN: xxx-xx-0591
***Debtor***

represented by **The Fix Law Firm**
(See above for address)

**Mark W. Swimelar**
250 South Clinton Street
Suite 203
Syracuse, NY 13202
(315) 471-1499
***Trustee***

| Filing Date | # | Docket Text |
|---|---|---|
| 05/25/2001 | 1 | Voluntary Petition all schedules and statements. ; Proof of Claim (gov) Deadline: 11/21/01 ( Filing Fee $ 155.00 Misc. Fee $ 30.00 Receipt # 60107117) (Ford,L.) (Entered: 05/29/2001) |
| 05/25/2001 | 1 | Chapter 13 Plan. (Ford,L.) (Entered: 05/29/2001) |
| 07/02/2001 | | First Meeting of Creditors Scheduled For 12:30 7/18/01 At 100 S. Clinton St.,Syracuse,NY Confirmation Hearing Set For 2:00 8/28/01 At Courtroom 2, Syracuse, NY Objections to Confirmation Due: 8/21/01 . ;Last Day to File Proofs Of Claim: 10/16/01 (Cagwin,M.) (Entered: 07/03/2001) |
| 07/02/2001 | 2 | Certificate of Service By EPI Re: [0-0] First Meeting ; Date of Service: 6/27/01 ; # of Notices: 16. (Cagwin,M.) (Entered: |

| | | |
|---|---|---|
| | | 07/03/2001) |
| 08/20/2001 | 3 | Objection By Trustee Mark Swimelar To Confirmation Re: [1-1] Chapter 13 Plan . (Cagwin,M.) (Entered: 08/20/2001) |
| 08/20/2001 | 3 | Certificate Of Service By Trustee Mark Swimelar Of [3-1] confirmation of plan Objection by Mark Swimelar . (Cagwin,M.) (Entered: 08/20/2001) |
| 08/21/2001 | 4 | AMENDED Objection By Trustee Mark Swimelar To Confirmation Re: [1-1] Chapter 13 Plan . (Cagwin,M.) (Entered: 08/21/2001) |
| 08/21/2001 | 4 | Certificate Of Service By Trustee Mark Swimelar Of [4-1] AMENDED confirmation of plan Objection by Mark Swimelar . (Cagwin,M.) (Entered: 08/21/2001) |
| 08/28/2001 | | Hearing Held Re: [1-1] Chapter 13 Plan,Oral Order Denied allowing Debtor 20 days to File and Notice Amended Plan or/Case Dismissed ;Order Due By 9/27/01 . (Cagwin,M.) (Entered: 08/30/2001) |
| 08/30/2001 | 5 | Order Denying [1-1] Chapter 13 Plan and Conditional Order of Dismissal unless debtor file and serve an amended plan and notice of confirmation hearing on or before (20) days from date of this Order; signed SDG 8/30/01. (Cagwin,M.) (Entered: 08/31/2001) |
| 09/20/2001 | 6 | Answers/Response to Objection By Debtor John L. McGill, Debtor Diane M. McGill To [4-1] confirmation of plan Objection by Mark Swimelar, [3-1] confirmation of plan Objection by Mark Swimelar (NOTING attachment of chapter 13 plan , not attached) . (Cagwin,M.) (Entered: 09/20/2001) |
| 09/20/2001 | 7 | Amended Schedules A,B,C,D,F,I,J w/Summary. (Cagwin,M.) (Entered: 09/20/2001) |
| 09/20/2001 | | Filing Fee Paid in Full RE: [7-1] Amended Schedules ( Filing Fee $ 20.00 Receipt # 60110467) (Cagwin,M.) (Entered: 09/20/2001) |
| 09/20/2001 | 7 | Amended Chapter 13 Plan. (Cagwin,M.) (Entered: 09/20/2001) |
| 10/04/2001 | 8 | Order Dismissing case. without Prejudice., signed SDG 10/4/01. (Cagwin,M.) (Entered: 10/05/2001) |
| 10/05/2001 | 9 | Notice of Dismissal (Cagwin,M.) (Entered: 10/05/2001) |
| 10/09/2001 | 10 | Bankruptcy Noticing Center (QSI) Certificate of Mailing Together |

| | | |
|---|---|---|
| | | With Notice RE: Dismissal Notice; # of Notices: 28. (AutoDocket) (Entered: 10/09/2001) |
| 03/22/2002 | 11 | Trustee's Final Report and Account Together With Certification By Trustee. (Cagwin,M.) (Entered: 03/25/2002) |
| 03/25/2002 | 12 | Order Closing Dismissed Case and Discharging Trustee. (Cagwin,M.) (Entered: 03/25/2002) |
| 03/25/2002 | | Case Closed. (Cagwin,M.) (Entered: 03/25/2002) |

## PACER Service Center

### Transaction Receipt

| 06/02/2006 09:29:44 | | | |
|---|---|---|---|
| **PACER Login:** | hp0034 | **Client Code:** | 73401-00232 |
| **Description:** | Docket Report | **Search Criteria:** | 01-63401-6-sdg Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Links: n Format: HTMLfmt |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |