# EXHIBIT K

58

# United States Bankruptcy Court
FOR THE
[illegible]rthern District of New [illegible]

IN RE: MCGILL, JOHN L & DIANE M
47 CEDARWOOD DRIVE
OSWEGO, NY 13126

CASE No.
01-66115
SS#1: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
SS#2: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

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This Case was commenced on | 10 | 12 | 01 |
| The Plan was confirmed on | 03 | 06 | 02 |
| The Case was concluded on | 10 | 30 | 02 |

Converted To Ch7

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors. $ 16,002.72

| DISBURSEMENTS TO CREDITORS: CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| USAA FEDERAL SAVINGS BANK | 001 | Unsecured | 15,334.08 | 2,658.67 | | 2,708.26 |
| BANK OF AMERICA NA USA | 002 | Unsecured | 9,395.30 | 1,628.99 | | 1,659.37 |
| MANUFACTURERS & TRADERS T | 003 | DirectPay | 38,173.10 | | | DirectPay |
| NYS HIGHER EDUCATION | 004 | Unsecured | 8,355.88 | 1,448.77 | | 1,475.79 |
| SHERMAN ACQ LP DBA RESURG | 005 | Unsecured | 4,102.96 | 711.39 | | 724.65 |
| SHERMAN ACQ LP DBA RESURG | 006 | Unsecured | 7,549.61 | 1,308.97 | | 1,333.39 |
| ACCESS GROUP INC | 007 | Unsecured | 9,706.50 | 1,682.94 | | 1,714.34 |
| DISCOVER FINANCIAL SERVIC | 008 | Unsecured | 10,836.58 | 1,878.88 | | 1,913.92 |
| NYS HIGHER EDUCATION SERV | 009 | Unsecured | 8,227.20 | 1,426.46 | | 1,453.06 |
| CAPITAL ONE FINANCIAL | 010 | Unsecured | 2,919.01 | 506.12 | | 515.53 |
| US DEPT OF EDUCATION/DIRE | 012 | Unsecured | 9,686.23 | 1,679.43 | | 1,710.75 |
| NYS HIGHER EDUCATION SERV | 013 | Unsecured | 0.00 | | | |
| M & T BANK | 401 | DirectPay | | | | Not Filed |
| USAA FEDERAL SAVINGS BANK | 403 | DirectPay | | | | Not Filed |
| AFSA DATA CORP | 405 | Unsecured | | | | Not Filed |
| CHASE MANHATTAN BANK | 408 | Unsecured | | | | Not Filed |
| USAA FEDERAL SAVINGS BANK | 412 | Unsecured | | | | Not Filed |
| WACHOVIA BANK CARD SERVIC | 415 | Unsecured | | | | Not Filed |
| MCGILL, JOHN L & DIANE M | 777 | Refund | 0.00 | | | |
| MCGILL, JOHN L & DIANE M | 999 | Refund | 0.00 | | | |

RECEIVED & FILED
DEC 26 2002
OFFICE OF THE BANKRUPTCY CLERK
UTICA, N.Y.

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | TOTAL PAID PRINCIPAL AND INTEREST |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 0.00 | 0.00 | 86,113.35 | 0.00 | 0.00 | 86,113.35 | |
| PRINCIPAL PAID | 0.00 | 0.00 | 14,930.62 | 0.00 | 0.00 | 14,930.62 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,930.62 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| ROBERT H FIX ESQ | 0.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES: CLERKS CHARGES | ADDITIONAL CHARGES: 25¢ EA CLAIM OVER 10 | TRUSTEE: EXPENSE FUND | TRUSTEE: COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 536.05 | 536.05 | 0.00 | 1,072.10 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

[signature]

5S

# United States Bankruptcy Court

Northern District of New York

IN RE:

MCGILL, JOHN L & DIANE M
47 CEDARWOOD DRIVE
OSWEGO, NY 13126

CASE NUMBER
01-66115
FILED:10/12/2001
SS#1: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
SS#2: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

NOTICE Converted To Ch7

## SUMMARY OF TRUSTEE'S FINAL ACCOUNT

Bankruptcy Judge Copy

THE REPORT IS SUMMARIZED AS FOLLOWS:

| | |
|---|---|
| RECEIPTS | 16,002.72 |
| PAID CLAIMANTS | |
| SECURED | 0.00 |
| PRIORITY | 0.00 |
| UNSECURED | 14,930.62 |
| OTHER | 0.00 |
| ADMINISTRATIVE COSTS | |
| FILING FEES | 0.00 |
| TRUSTEE EXPENSES | 536.05 |
| TRUSTEE COMPENSATION | 536.05 |
| DEBTOR'S ATTORNEY | 0.00 |
| OTHER ADMIN EXPENSES | 0.00 |
| RETURNED TO THE DEBTOR | 0.00 |
| TOTAL DISTRIBUTED | 16,002.72 |

YOUR CLAIM WAS RECORDED AS NUMBER 999
THIS CLAIM WAS CLASSIFIED AS Special
THE TRUSTEE REPORTS THAT YOU WERE PAID 0.00

YOU ARE FURTHER NOTIFIED THAT

UNLESS A WRITTEN APPLICATION FOR A HEARING IS FILED ON OR BEFORE 30 DAYS FROM THE DATE OF THIS NOTICE AND SUMMARY, THE ESTATE WILL BE CLOSED AND THE TRUSTEE AND THE SURETY ON THE TRUSTEE'S BOND WILL BE RELEASED.

DATED: 12/06/2002

CERTIFICATE OF MAILING

The undersigned, a secretary in the office of the Standing Chapter 13 Trustee at Syracuse, New York, hereby certifies that a copy of the above Summary of Trustee's Final Account was mailed this date to the creditors at the addresses shown above.

DATED ____________ MARGE LEONARDO
Secretary