UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN L. McGILL, Plaintiff, | ) | |
| -vs- | ) | CIVIL ACTION NO.: 05-CV-0481/S |
| MINNESOTA MUTUAL LIFE INSURANCE COMPANY, Defendant. | ) | |

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the time for Plaintiff, John L. McGill, to respond to Defendant's Motion for Summary Judgment is hereby extended to November 21, 2006.

**Attorneys for Plaintiff:**

Dated: October 25, 2006

Jessica L. Basso, Esq.
COIA & LEPORE
26 South Main Street
Providence, RI 02903

Dated: October 25, 2006

Alan J. Pierce, Esq.
HANCOCK & ESTABROOK, LLP
1500 Tower I, P.O. Box 4976
Syracuse, NY 13221-4976

**Attorneys for Defendants:**

Dated: October 26, 2006

Melissa Lang, Esq.
HARVEY PENNINGTON, LTD.
1835 Market Street
Philadelphia, PA 19103

Dated: October 25, 2006

Timothy M. Bliss, Esq., No. 6228
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel. (401) 421-3060
Fax (401) 272-6803
tbliss@vetterandwhite.com

**SO ORDERED**: October ___, 2006

Hon. William E. Smith
U.S. District Court Judge

{H0688036.1}