UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN L. McGILL, Plaintiff, | ) | CIVIL ACTION NO.: |
| -vs- | ) | 05-CV-0481/S |
| MINNESOTA MUTUAL LIFE INSURANCE COMPANY, Defendant. | ) | |

## MOTION FOR EXTENSION OF TIME

**NOW COMES** Counsel for the Plaintiff, Alan J. Pierce, and hereby moves this Honorable Court for a nine (9) day extension of time for Plaintiff to respond to Defendant's motion for summary judgment in this action from November 21, 2006 to November 30, 2006.

As grounds for this Motion, Counsel states that counsel for the parties previously stipulated to an extension of time for Plaintiff to respond to the summary judgment motion from November 6, 2006 to November 21, 2006 which was "so ordered" by the Court. Pro hac vice and lead counsel for Plaintiff, Alan Pierce, has been engaged in extensive appellate practice in the New York Court of Appeals, the State's highest court, in late October 2006 through November 13, 2006 and participated in an ABA Conference of Appellate Judges seminar in Dallas, Texas from November 9-12, 2006, and has been ill on November 14-15, 2006. No party will be prejudiced by this short extension, which is also lengthened by the Thanksgiving holiday occurring November 23, 2006. Counsel has requested the consent and stipulation of lead counsel for the Defendant, Melissa Lang, who advised that she was informed by her local counsel that a motion should be made rather than a stipulation.

**WHEREFORE**, for the reasons set forth herein, Counsel for the Plaintiff respectfully requests that a nine (9) day extension of time for Plaintiff to respond to Defendant's motion for summary judgment in this action from November 21, 2006 to November 30, 2006 be granted in the within matter.

Dated: November 16, 2006

Respectfully Submitted:

*Counsel for Plaintiff*

By: **/s/ Alan J. Pierce**
Alan J. Pierce, Esq.

HANCOCK & ESTABROOK LLP
1500 Tower I, P.O. Box 4976
Syracuse, New York 13221-4976
Tel: (315) 471-3151

COIA & LEPORE
Jessica L. Basso, Esq.
226 South Main Street
Providence, RI 02903
Tel: (401) 751-5522

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2006, I caused to be served by electronic service and by US Mail the foregoing on:

Counsel for Defendant:

Melissa Lang, Esq.
HARVEY PENNINGTON, LTD.
1835 Market Street
Philadelphia, PA 19103

Timothy M. Bliss, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

/s/ **Alan J. Pierce**
Alan J. Pierce