HANCOCK & ESTABROOK, LLP
COUNSELORS AT LAW

*Writer's Direct Dial No.: (315) 425-3546*
*EMAIL: apierce@hancocklaw.com*

November 17, 2006

Hon. William E. Smith
U.S. District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

**Re:** **McGill v. Minnesota Mutual Life Ins. Co.**
Case No. 05-CV-0481/S

Dear Judge Smith:

Yesterday Plaintiff filed and served a Motion to extend his time to respond to Defendant's Summary Judgment Motion for nine (9) days from November 21, 2006 to November 30, 2006. This is to respectfully advise that Defendant's counsel has no objection Plaintiff's motion. See attached email from Melissa Lang, Esq.

Thank you for your courtesy in this matter.

Very respectfully yours

HANCOCK & ESTABROOK, LLP

s/Alan J. Pierce

Alan J. Pierce

AJP/sm

cc: Melissa Lang, Esq.
Timothy M. Bliss, Esq.
Jessica L. Basso, Esq.



1500 Tower I, P.O. Box 4976, Syracuse, NY 13221-4976
Phone: 315.471.3151 • Fax: 315.471.3167 • www.hancocklaw.com