**Alan J. Pierce**

**Subject:** FW: Activity in Case 1:05-cv-00481-S-LDA McGill v. Minnesota Mutual Life Insurance Company "Motion for Extension of Time"

**From:** Lang, Melissa [mailto:mlang@harvpenn.com]
**Sent:** Friday, November 17, 2006 9:29 AM
**To:** Alan J. Pierce
**Cc:** tbliss@vetterandwhite.com
**Subject:** RE: Activity in Case 1:05-cv-00481-S-LDA McGill v. Minnesota Mutual Life Insurance Company "Motion for Extension of Time"

You may advise the court that the defense has no objection to plaintiff's request for an additional extension of time within which to respond to the Motion for Summary Judgment.

Have a good week end,

Melissa Lang, Esquire
**HARVEY, PENNINGTON LTD.**
1835 Market Street, 29th Floor
Philadelphia, PA 19103
(215) 563-4470
Fax: (215) 568-1044
Direct Dial: (215) 575-4168
http://www.harvpenn.com
mailto:mlang@harvpenn.com

Disclaimer: This message (which may contain information that is privileged, confidential and exempt from disclosure under applicable law) is intended only for the use of the individual or entity to which it is addressed. If the receiver of this message is not the intended recipient, or as the employee or agent responsible for opening this message, you are hereby notified that any dissemination, distribution or copying of this message or its attachment(s) is strictly prohibited. If you have received this message in error, please delete this message from your system and notify us immediately by telephone (800) 835-0353.

-----Original Message-----
**From:** Alan J. Pierce [mailto:apierce@hancocklaw.com]
**Sent:** Thursday, November 16, 2006 5:01 PM
**To:** Lang, Melissa
**Cc:** Jessica L. Basso; Tbliss@vetterandwhite.com
**Subject:** FW: Activity in Case 1:05-cv-00481-S-LDA McGill v. Minnesota Mutual Life Insurance Company "Motion for Extension of Time"

Melissa:

I have filed my motion, a copy of which is attached -- it was mailed as well. I would greatly appreciate it if you or your local counsel would advise the Court tomorrow morning whether you have any objection to my motion so that we can get a quick response from the Court and I will know what my weekend looks like. Thank you.

Alan

Alan J. Pierce, Esq.
Hancock & Estabrook, LLP
1500 Tower I
P.O. Box 4976
Syracuse, New York 13221-4976