# EXHIBIT "1"

**EASTERN SHORE PRINTING CORPORATION**
125 DOW-GIL ROAD • ASHLAND, VIRGINIA 23005 • (804) 798-9185 • FAX (804) 798-9206

EXHIBIT A

11-20-91

John L. McGill
22 Marion Avenue
Cranston, RI 02905

Dear Jack,

Congratulations, we are glad you made the decision to join us. I sincerely believe that this is one of those "being in the right place at the right time" moments.

The following is a list of conditions to which, I believe we mutually consented in our several conversations. If you agree, please sign a copy for yourself and return the other signed copy to me for the file.

A. Starting Date: January 6, 1992

B. Starting Base Salary: $80M annually ; paid on a semi-monthly basis, 1st & 15th of each month.

C. Minimum Bonus : 25% of base at year end based on no deterioration of net income before taxes less $280M for 1991.

D. Paid Disability Insurance.

E. A one time payment to you of $300M if the subject companies are sold to a buyer outside the family of the current owner prior to January 6, 1995.

F. A maximum reemburgement of up to $21M over the next 3 years for expenses incurred in selling and or buying a personal dwelling in connection with employment at Eastern Shore Printing Corp. and moving of personal and household goods in the same connection.

G. Bridge Loan as discussed.

**EASTERN SHORE PRINTING CORPORATION**

125 DOW-GIL ROAD • ASHLAND, VIRGINIA 23005 • (804) 798-9185 • FAX (804) 798-9206

11-20-91

-2-

H. Vacation: 3 weeks paid

I. Benefits:
1. Medical & dental paid (includes dependent students)
2. $50M Life Insurance policy paid
3. Pension Plan 401(K) 5% contributory
4. Automobile - Crown Victoria category

J. That you will not compete with, personally or work for a company that competes with Eastern Shore Printing Corp. for a period of 48 months after leaving the employment of said company.

K. That you will not use for personal gain or pass along to any other persons any and all propietory knowledge of the processes learned at Eastern Shore Printing Corp.(Eastern Shore Printing Corp. includes in all references its affiliated companies, Carolina Printing & Converting, Inc and Texpac Printing & Converting Corp.).

We do require that you pass a physical prior to employment and we have enclosed a medical form to be filled out by the examining physician. You can have it done here in Ashland by the company physician. Just let us know when you will be coming in and we shall make the appointment.

Good Luck and we look forward to seeing you soon.

Sincerely

Joseph S. Doyle, President

cc: JLMcGill
JSD
File