# EXHIBIT "3"

# GROUP INSURANCE BENEFITS

## TRANS-GENERAL

## LIFE INSURANCE COMPANY

## LONG-TERM DISABILITY

**TRANS-GENERAL LIFE INSURANCE COMPANY**

**CERTIFICATE OF COVERAGE**

POLICYHOLDER: Eastern Shore Printing Corp. EMPLOYEE:

POLICY NUMBER: 6022VA - D CERTIFICATE NUMBER:

EFFECTIVE DATE: 08/01/92

Trans-General Life Insurance Company (referred to as "we", "our" and "us") welcomes your employer as a client.

This is your certificate of coverage as long as you are eligible for insurance and you become and remain insured.

A few words about this certificate of coverage . . . .

It is written in plain English. But a few terms and provisions are written as required by insurance law. Please read it carefully. If you have any questions about any terms and provisions, please contact the Insurance Administrator at your work location or write to us. We will assist you in any way we can to help you understand your benefits.

Also, if the terms of your certificate of coverage and the policy differ, the policy will govern. Your coverage may be terminated or modified in whole or in part under the terms and provisions of the policy.

Timothy J Foley
President

## CERTIFICATE INDEX



| | |
|---|---|
| SECTION I | PLAN OUTLINE |
| SECTION II | TERMS YOU SHOULD KNOW |
| SECTION III | ENROLLMENT AND DATE INSURANCE STARTS |
| SECTION IV | BENEFITS AND INSURING PROVISIONS |
| SECTION V | TERMINATION PROVISIONS |
| SECTION VI | GENERAL INFORMATION |





## SECTION I
## PLAN OUTLINE

**Classes to be Covered**

Officers & Managers

**Amount of Insurance**

a. 60% (benefit percentage) of basic monthly earnings, not to exceed the maximum monthly benefit, less other income benefits.
b. The maximum monthly benefit is $2,500.

**The Inflation Protector**

Your plan contains an automatic increased Maximum Monthly Benefit as shown below:

| | |
|---|---|
| August 1, 1993 | $3,000 |
| August 1, 1994 | $3,500 |
| August 1, 1995 | $4,000 |
| August 1, 1996 | $4,500 |

c. The minimum monthly benefit is $50.

**Maximum Benefit Period**

Accident - Sickness - To Age 65 with the Reducing Benefit Duration

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less Than Age 60 | To Age 65 |
| 60 | 60 Months |
| 61 | 48 Months |
| 62 | 42 Months |
| 63 | 36 Months |
| 64 | 30 Months |
| 65 | 24 Months |
| 66 | 21 Months |
| 67 | 18 Months |
| 68 | 15 Months |
| 69 and older | 12 Months |

**Elimination Period:** 90 days

**Minimum Requirement for Active Employment:** 30 regularly scheduled hours per week

**Waiting Period**

1. If you were hired on or before the policy effective date: None
2. If you were hired after the policy effective date: None

**Contributions**

You are required to contribute to the cost of your insurance.

## SECTION II
## TERMS YOU SHOULD KNOW

Many terms used in your certificate of coverage have special meanings. A list of these terms and meanings follow:

**ACTIVE EMPLOYMENT** means you must be working:

1. for your employer on a full-time active basis and paid regular earnings;
2. at least the minimum number of hours shown in the plan outline; and either:
   a. at your employer's usual place of business; or
   b. at a location to which your employer's business requires you to travel.
3. You will be considered to be actively at work if you were actually at work on the day immediately preceding:
   a. a weekend (except for one or both of these days if they are scheduled days of work);
   b. holidays (except when such holiday is a scheduled work day);
   c. paid vacations;
   d. any non-scheduled work day;
   e. excused leave of absence (except medical leave and lay-off); and
   f. emergency leave of absence (except emergency medical leave).

**BASIC MONTHLY EARNINGS** or **PRE-DISABILITY EARNINGS** means your monthly rate of earnings from your employer in effect immediately prior to the date disability begins. Basic monthly earnings include all earnings before any reductions. It does not include bonuses, overtime pay and extra compensation other than commissions. Commissions will be averaged over the 12 month period before the date your disability began.

**COMPANY** means Trans-General Life Insurance Company, Fifth Avenue Place, Suite 3020, Pittsburgh, Pennsylvania 15222.

**DISABILITY BENEFIT** when used with the term retirement plan, means money which:

1. is payable under a retirement plan due to disability as defined in the plan; and
2. does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the disability had not occurred. (If the payment does cause such a reduction, it will be deemed a retirement benefit as defined in this certificate of coverage.)

**ELIGIBILITY DATE** means the date you become eligible for insurance after completing the waiting period shown in the plan outline.

**ELIMINATION PERIOD** means a period of consecutive days of disability for which no benefit is payable. The elimination period is shown in the plan outline and begins on the first day of disability.

**NOTE:** If you return to work for any 14 or less days during the elimination period and cannot continue, we will count only those days you are disabled to satisfy the elimination period.



## SECTION II
## TERMS YOU SHOULD KNOW
### (Continued)

**EMPLOYER** means the policyholder and includes any division, subsidiary or any affiliated company named in the policy.

**EVIDENCE OF INSURABILITY** means a statement or proof of your medical history upon which we will determine your acceptance for insurance.

GROSS MONTHLY BENEFIT means your monthly benefit before any reduction for other income benefits and earnings.

**HOME OFFICE** means Trans-General Life Insurance Company, Fifth Avenue Place, Suite 3020, Pittsburgh, Pennsylvania 15222.

**SICKNESS** means illness, disease, pregnancy or complications of pregnancy. The sickness must begin while you are insured under this policy.

**INJURY** means bodily injury resulting directly from an accident and independently of all other causes. The injury must occur and disability must begin while you are insured under the policy.

Exception: Any disability which begins more than 60 days after an injury will be considered a sickness for the purpose of determining benefits under the policy.

**MONTHLY BENEFIT** means the amount we will pay you when you are disabled.

**OWN OCCUPATION** – See definition of Total Disability or Totally Disabled.

**PHYSICIAN** means a person who:

1. is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or
2. is legally qualified as a medical practitioner and required to be recognized under this policy for insurance purposes according to the insurance statutes/regulations of the governing jurisdiction; and
3. is not an employee or his spouse, daughter, son, father, mother, sister or brother.

SECTION II
TERMS YOU SHOULD KNOW
(Continued)

**PRE-DISABILITY EARNINGS** – See definition of Basic Monthly Earnings.

**RETIREMENT BENEFIT** when used with the term retirement plan, means money which:

1. is payable under a retirement plan either in a lump sum or in the form of periodic payments;

2. does not represent contributions made by you (payments which represent your contributions are deemed to be received over your expected remaining life regardless of when such payments are actually received); and

3. is payable upon:

   a. early or normal retirement; or
   b. disability if the payment does reduce the amount of money which would have been paid at the normal retirement age under the plan if the disability had not occurred.

**RETIREMENT PLAN** means a plan which provides your retirement benefits and which is not funded wholly by your contributions. The term shall not include: a 401(k), profit-sharing plan, thrift plan, informal salary continuation plan, individual retirement account (IRA), tax sheltered annuity (TSA), stock ownership plan, or a non-qualified plan of deferred compensation.

**EMPLOYER'S RETIREMENT PLAN** is deemed to include any retirement plan:

1. which is part of any federal, state, county, municipal or association retirement system; or

2. for which you are eligible as a result of employment with your employer.

**TIME EFFECTIVE** means an effective date will start at 12:01 A.M. A termination date will end at 12:00 midnight. Each of these times is Standard Time in the place where the policy is delivered. Insurance under the policy will start and end at these times.



SECTION II
TERMS YOU SHOULD KNOW
(Continued)

**TOTAL DISABILITY** or **TOTALLY DISABLED** for an Extensive Own Occupation Benefit means during the elimination period and until you reach the end of the maximum benefit period you are:

1. unable to perform all of the material and substantial duties of your occupation on a full-time basis because of a disability:
   a. caused by injury or sickness;
   b. that started while you are insured under this plan.

With respect to insureds employed as pilots, co-pilots and crew of aircraft:

"Total disability" or "totally disabled" means because of injury or sickness you cannot perform the material duties of any gainful occupation for which you are or become reasonably fitted by training, education or experience. The loss of a pilot's license for any reasons does not, in itself, constitute total disability.

**SECTION III**
**ENROLLMENT AND DATE INSURANCE STARTS**

**WHEN CAN YOU ENROLL?**

You can enroll if you are:

1. in active employment with your employer; and
2. in a class eligible for insurance.

**WHEN DOES INSURANCE START?**

Insurance will start at 12:01 A.M. on the day determined as follows, but only if you enroll for insurance with us through your employer on a form satisfactory to us.

1. If you do not contribute toward the plan's cost, your insurance will start on your eligibility date.
2. If you do contribute toward the plan's cost, your insurance will start on the latest of these dates:
   a. the date you enroll if you do so on or before the 31st day after your eligibility date.
   b. the date we give approval, if you:
      i. apply more than 31 days after your eligibility date; or
      ii. terminated your insurance while still eligible.

In the case of i. and ii. above, you must submit, at your expense, an application and evidence of insurability to us for approval.

But, no initial, increased or additional insurance will apply to you if you are not in active employment because of a disability on the date such insurance otherwise would become effective. Such insurance will start for you on the day you return to full-time active employment.

If you enter another eligible class, you will not be eligible for any additional benefits until you have completed a 30-day waiting period, and have been actively at work one full day in the new class.



**SECTION III**
**ENROLLMENT AND DATE INSURANCE STARTS**
**(Continued)**

**WHEN CAN YOU ENROLL?**

You can enroll if you are:

1. in active employment with your employer; and
2. in a class eligible for insurance.

**WHEN DOES INSURANCE START?**

You must send us a completed employee application for long term disability insurance. This form asks for medical data about you.

If you were employed prior to the effective date of the policy, you will be insured for coverage on the policy effective date. If you were employed after the effective date of the policy, your insurance will begin on the latter of:

1. your eligibility date; or
2. the date we approve your application.

But, no initial, increased or additional insurance will apply to you if you are not in active employment because of a disability on the date such insurance otherwise would become effective. Such insurance will start for you on the day you return to full-time active employment.

If you enter another eligible class, you will not be eligible for any additional benefits until you have completed a 30-day waiting period, and have been actively at work one full day in the new class.

## SECTION IV - BENEFITS

**PARTIAL DISABILITY** or **PARTIALLY DISABLED** means as a result of the sickness or injury which caused total disability, you are:

1. able to perform one or more, but not all, of the material and substantial duties of your own or any other occupation on a full-time or a part-time basis; or

2. able to perform all of the material and substantial duties of your own or any other occupation on a part-time basis.

To qualify for a partial disability benefit you must be earning less than 80% of your pre-disability income at the time partial disability employment begins.

**PARTIAL DISABILITY**

When proof is received that you are partially disabled from a sickness or injury following a period of total disability for which benefits were payable, the Company will pay a partial disability benefit if you:

1. are partially disabled within 31 days of the date your total disability benefits cease; and

2. give to the Company upon request, and at your expense, proof of continued:

   a. partial disability; and

   b. regular attendance of a physician.

**PARTIAL DISABILITY MONTHLY BENEFIT**

To figure the amount of monthly benefit:

1. Multiply your pre-disability income by the benefit percentage shown in the plan outline.

2. Take the lesser of:

   a. the amount determined in step (1) above; or

   b. 100% of your pre-disability income less other income benefits, shown on the following page; or

   c. the maximum monthly benefit shown in the plan outline.

The partial disability benefit will never be less than the minimum monthly benefit shown in the plan outline.



## SECTION IV - BENEFITS (Continued)

**WHAT ARE "OTHER INCOME BENEFITS"?**

Other income benefits means those benefits shown below:

1. The amount for which you are eligible under:

   a. Workers' or Workmen's Compensation Law;
   b. occupational disease law;
   c. any other act or law of like intent.

2. The amount of any disability income benefits which you are eligible to receive under any compulsory benefit act or law.

3. The amount of any disability income benefits which you are eligible to receive under:

   a. any other group insurance plan of your employer; or
   b. any governmental retirement system as a result of your job with your employer.

4. The amount of benefits you receive under your employer's retirement plan as follows:

   a. any disability benefits;
   b. any retirement benefits.

5. The amount of disability or retirement benefits under the United States Social Security Act, The Canada Pension Plan, The Quebec Pension Plan, or any similar plan or act, as follows:

   a. disability or unreduced retirement benefits which:

      i. you are eligible; and
      ii. your spouse, child or children are eligible because of your disability; or
      iii. your spouse, child or children are eligible because of your eligibility for unreduced retirement benefits; or

   b. reduced retirement benefits received by:

      i. you; and
      ii. your spouse, child or children because of your receipt of the reduced retirement benefits.

6. The amount of earnings you receive from any sick leave or formal salary continuation plan paid by your employer.

7. The amount of earnings you earn or receive from any form of employment.

These other income benefits, except retirement benefits, must be payable as a result of the same disability for which we pay a benefit.

SECTION IV - BENEFITS
(Continued)

**WHAT HAPPENS IF YOU RECEIVE INCREASES IN THESE OTHER INCOME BENEFITS?**

After the first deduction for each of the other income benefits, we will not further reduce your monthly benefit due to any cost of living increases payable under these other income benefits. This provision does not apply to increases received from any form of employment.

**WHAT IF YOU RECEIVE A LUMP SUM PAYMENT?**

We will prorate other income benefits which are paid in a lump sum on a monthly basis over the time period for which the sum is given. If no time period is stated, the sum will be prorated on a monthly basis over your expected lifetime. In each case, the amount to be prorated will be calculated by an actuary, based on a morbidity table, with interest, or a mortality table, with interest, depending on the source of the lump sum.

**WHEN DOES THE DISABILITY MONTHLY BENEFIT CEASE?** — ☆

Your monthly benefit will cease on the earliest of:

1. the date you are no longer disabled; or
2. the date you die; or
3. the end of your maximum benefit period; or
4. the date your current earnings exceed [ 85% ] of your [ indexed ] pre-disability earnings.

**NOTE:** Because your current earnings may fluctuate, your insurance company may average your earnings over three (3) consecutive months rather than immediately terminating your benefit once 85% of your pre-disability earnings has been reached.

**BENEFIT PERIOD EXTENSION**

The maximum benefit period is shown in the plan outline. However, benefits will be extended beyond the end of the maximum benefit period if you are totally disabled and have attained the age specified in the benefit duration schedule and have not received twelve monthly benefit payments. In this event, the benefit period will be extended during the continuance of total disability until twelve monthly payments have been paid.



SECTION IV - BENEFITS
(Continued)

**RECURRENT DISABILITY**

**WHAT HAPPENS IF YOU TRY TO RETURN TO WORK AND BECOME DISABLED AGAIN?**

**RECURRENT DISABILITY** means a disability which is related or due to the same cause(s) as a prior disability for which you received a monthly benefit.

We will treat a recurrent disability as a continuation of the original disability if, after receiving disability benefits under this plan, you:

1. return to your regular occupation on a full-time basis for less than six months; and
2. perform all the material duties of your occupation.

To qualify for a recurrent disability benefit, you must experience more than a 20% loss of pre-disability earnings.

Benefit payments will be subject to the terms of this plan for the original disability.

If you return to your regular occupation on a full-time basis for six months or more, a recurrent disability will be treated as a new period of disability and you must complete another elimination period.

If you become eligible for coverage under any other group long term disability policy, this recurrent disability section will cease to apply to you.

**WAIVER OF PREMIUM** — ☆

**DO PREMIUMS HAVE TO BE PAID WHILE YOU ARE RECEIVING BENEFITS?**

No, while you are receiving benefits, premiums do not have to be paid. However, if coverage is to be continued, premium payments may be resumed following a period during which they were waived.

**THREE MONTH SURVIVOR BENEFIT**

**WHAT HAPPENS TO YOUR BENEFIT IF YOU DIE?**

We will pay a lump sum benefit to your eligible survivor when we receive proof that you died:

1. after disability had continued for 180 or more consecutive days; and
2. while receiving a monthly benefit.

The lump sum benefit will be an amount equal to three times your last monthly benefit.

**ELIGIBLE SURVIVOR** means your spouse, if living, otherwise your children under age 25.

If payment becomes due to your children, payment will be made to:

1. the children; or
2. a person named by us to receive payments on the children's behalf. This payment will be valid and effective against all claims by others representing or claiming to represent the children.

   If there are no eligible survivors, payment will be made to your estate.

**LAST MONTHLY BENEFIT** means the monthly benefit we paid to you immediately prior to your death but not including any reduction for earnings received from employment.



SECTION IV - BENEFITS
(Continued)

**MENTAL ILLNESS LIMITATION**

**ARE BENEFITS LIMITED FOR MENTAL ILLNESS?**

Benefits for disability due to mental illness will not exceed 24 months of monthly benefit payments unless you meet one of these situations:

1. You are in a hospital or institution at the end of the 24 month period. We will pay the monthly benefit during the confinement.

   If you are still disabled when discharged, we will pay the monthly benefit for a recovery period of up to 90 days.

   If you become reconfined during the recovery period for at least 14 days in a row, we will pay benefits for the confinement and another recovery period up to 90 more days.

2. You continue to be disabled and become confined:

   a. after the 24 month period; and

   b. for at least 14 days in a row.

We will pay the monthly benefit during the confinement.

We will not pay the monthly benefit beyond the maximum benefit period.

**HOSPITAL** or **INSTITUTION** means a facility licensed to provide care and treatment for the condition causing your disability.

**MENTAL ILLNESS** means mental, nervous or emotional diseases or disorders of any type.

**PROGRESSIVE PARTIAL DISABILITY BENEFIT**

The Company will pay a Progressive Partial Disability Benefit for a disability which is caused by an injury or sickness once you have met your Elimination Period. The Elimination Period can be a combination of total and partial disability, or all total, or all partial disability. You do not have to be totally disabled prior to receiving a Progressive Partial Disability Benefit.

To receive a Progressive Partial Disability Benefit, you must meet your elimination period and you are either:

1. able to perform one or more, but not all, of the material and substantial duties of your own or any other occupation on a full-time or a part-time basis; or

2. able to perform all of the material and substantial duties of your own or any other occupation on a part-time basis.

To qualify for a Progressive Partial Disability Benefit you must be earning less than 80% of your pre-disability earnings at the time partial disability employment begins.

**PROGRESSIVE PARTIAL DISABILITY MONTHLY BENEFIT**

To figure the amount of monthly benefit:

1. Multiply your pre-disability earnings by the benefit percentage shown in the plan outline.

2. Take the lesser of:

   a. the amount determined in step (1) above; or

   b. 100% of your pre-disability earnings less other income benefits; or

   c. the maximum monthly benefit shown in the plan outline.

The Progressive Partial Disability Benefit will never be less than the minimum monthly benefit shown in the plan outline.



SECTION IV - BENEFITS
(Continued)

**CONVERSION PRIVILEGE**

You may convert to a long term disability conversion plan if your employment with your employer terminates for any of the following reasons:

1. You resign; or
2. You are terminated for cause; or
3. You are laid off beyond the limits provided by this plan; or
4. You go on an uninsured leave of absence.

You do not have to supply medical evidence of insurability to obtain converted long term disability income coverage. You must have been insured for at least 12 consecutive months prior to your insurance terminating under this plan. The 12 months can be a combination of your present or any prior plan with your present employer.

You must make an application for long term disability coverage within 31 days after termination from this plan. The benefits and amounts of insurance may differ from those under this plan.

The Conversion Privilege is not available to you if your insurance terminates for any of the following reasons:

1. This plan terminates; or
2. This plan is amended to exclude the class of employees to which you belong; or
3. You no longer belong to a class eligible for coverage under this plan; or
4. You retire, die; or
5. You fail to pay the required premium; or
6. You are disabled under the terms of this plan.

If you become insured for long term disability coverage under another group plan within 31 days after termination from this plan, the conversion privilege is not available to you.

SECTION IV – BENEFITS
(Continued)

**GENERAL EXCLUSIONS**

**WHAT DISABILITIES ARE NOT COVERED?**

We will not cover any disability due to:

1. war, declared or undeclared, or any act of war;
2. intentionally self-inflicted injuries;
3. active participation in a riot;
4. your committing of or attempting to commit a felonious act.

**PARTICIPATION** shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in defense of the person of the insured, if such actions of defense are not taken against persons seeking to maintain or restore law and order including but not limited to police officers and firemen.

**RIOT** shall include all forms of public violence, disorder, or disturbance of the public peace, by three or more persons assembled together, whether or not acting with a common intent and whether or not damage to persons or property or unlawful act or acts is the intent or consequence of such disorder.



SECTION IV – BENEFITS
(Continued)

**PRE-EXISTING CONDITION EXCLUSION**

**ARE THERE ANY OTHER DISABILITIES NOT COVERED?**

Yes, we will not cover any disability:

1. which is caused or contributed to by, or results from a pre-existing condition; and
2. which begins in the first 12 months after your effective date, unless you have had no treatment of the condition for 6 consecutive months after your effective date.

**TREATMENT** means consultation, care or services provided by a physician including diagnostic measures and taking prescribed drugs and medicines.

**PRE-EXISTING CONDITION** means a diagnosed sickness or injury for which you received treatment within 3 months prior to your effective date.

## SECTION IV - BENEFITS

(Continued)

**ARE YOU COVERED IF YOU ARE NOT IN ACTIVE EMPLOYMENT DUE TO INJURY OR SICKNESS WHEN THERE HAS BEEN A TRANSFER OF INSURANCE CARRIERS?**

When we replace another carrier's plan, we provide the following continuity of coverage protection if you were insured under the prior plan at the time of the takeover.

**DISABILITY DUE TO A CONCURRENT CONDITION**

Benefits may be payable for a concurrent disability

**CONCURRENT DISABILITY** means a disability which:

1. begins after the Effective Date of this Group Certificate;
2. occurs at the same time as a disability:
   a. for which a monthly benefit is payable under your prior carrier's plan; and
   b. as a result of which, you were unable to satisfy the Active Employment requirement under this group certificate;
3. is due to a sickness or injury unrelated to any other disability for which benefits are payable.

The level of benefits paid will be the lesser of the following:

1. the benefit payable under this group certificate, reduced by any benefit payable under the prior plan; or
2. the benefit that would have been paid under the prior plan if the prior plan had remained in effect, less any benefit payable under the prior plan.

**WILL A DISABILITY DUE TO A PRE-EXISTING CONDITION BE COVERED?**

Benefits may be payable for a disability due to a pre-existing condition if you:

1. were insured by the prior carrier at the time of transfer; and
2. were in active employment and insured under this plan on its effective date.

The level of benefits paid will be the lesser of the following:

1. We will apply this plan's pre-existing condition exclusion. If you qualify for benefits, you will be paid according to this plan's benefit schedule.
2. If you cannot satisfy this plan's pre-existing condition exclusion, we will than apply the prior carrier's pre-existing condition exclusion.

   a. If you satisfy the prior carrier's pre-existing condition exclusion, giving consideration towards continuous time insured under both plans, you will be paid according to the prior carrier's benefit schedule.
   b. If you cannot satisfy the pre-existing condition exclusion of this plan or that of the prior carrier, no benefit will be paid.



## SECTION V
## TERMINATION PROVISIONS

**WHEN DOES YOUR INSURANCE TERMINATE?**

You will cease to be insured at 12:00 midnight on the earliest of the following dates:

1. the date the plan terminates but without prejudice to any claim originating prior to the time of termination;
2. the date you are no longer in an eligible class;
3. the date your class is no longer included for insurance;
4. the last day for which you made any required employee contribution;
5. the date employment terminates. Cessation of active employment will be deemed termination of employment, except;

   a. your insurance will be continued if you are absent due to total disability during:

      i. the elimination period; and

      ii. the period during which premium is being waived.

   b. your employer may continue your insurance by paying the required premium, subject to the following:

      i. Insurance may be continued if you are:

         (a.) temporarily laid off; or

         (b.) given leave of absence;

         (c.) but not beyond the end of the month after the lay-off or leave of absence begins.

      ii. the employer must act so as not to discriminate unfairly among employees in similar situations.

6. the date you cease active work due to a labor dispute, including any strike, work slowdown or lockout.

The Insurer reserves the right to review and terminate all classes insured under this plan if any class(es) cease(s) to be covered.

## SECTION VI – GENERAL INFORMATION

**NOTICE AND PROOF OF CLAIM**

**WHEN MUST WE BE NOTIFIED OF A CLAIM?**

You must give us written notice of claim within 30 days of the date disability starts. If that is not possible, you must notify us as soon as you can.

When we receive your written notice of claim, we will send you our claim forms. If you do not receive the forms within 15 days after you sent the notice, you can send written proof of claim without waiting for the form

**WHEN DOES PROOF OF CLAIM HAVE TO BE GIVEN?**

You must give us proof of claim no later than 90 days after the end of the elimination period.

Failure to furnish such proof within such time shall not invalidate nor reduce your claim if it was not reasonably possible to furnish such proof within such time. Such proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time proof is otherwise required.

You must give us proof of continued disability and regular attendance of a physician within 30 days of the date we request the proof.

The proof must cover:

1. the date disability started;
2. the cause of disability; and
3. the degree of disability.

**WHAT ARE OUR EXAMINATION RIGHTS?**

We, at our expense, have the right and opportunity to have you examined by a physician or vocational expert of our choice to determine the extent of any sickness or injury for which you have made a claim. This right may be used as often as reasonably required.

**CAN LEGAL PROCEEDINGS BE STARTED AT ANY TIME?**

No, you or your authorized representative cannot start any legal action:

1. until 60 days after proof of claim has been given; or
2. more than 3 years after the time proof of claim is required.



## SECTION VI – GENERAL INFORMATION (Continued)

**WHEN ARE CLAIMS PAID?**

When we receive satisfactory proof of claim, benefits payable under the plan will be monthly during any period for which we are liable. Any balance remaining unpaid upon the termination of the period of liability will be paid immediately upon receipt of due written proof.

**WHO ARE CLAIMS PAID TO?**

All benefits are payable to you. But if a benefit is payable to your estate, or if you are a minor, or you are not competent, we have the right to pay up to $1,000 to any of your relatives whom we consider entitled to the benefit. If we pay benefits in good faith to a relative, we will not have to pay such benefits again.

Your monthly benefits for this plan will be paid on a prorata basis. The rate will be 1/30 per day for any period of disability that does not extend through a full month.

**WHAT HAPPENS IF YOUR CLAIM IS OVERPAID?**

If LTD benefits have been overpaid on your claim, you will be required to reimburse Trans-General Life Insurance Company within 60 days, or Trans-General Life Insurance Company has the right to reduce future benefits until reimbursement is made. Trans-General Life Insurance Company also has the right to recover such overpayments from your estate.

**DOES THIS COVERAGE AFFECT WORKERS' OR WORKMEN'S COMPENSATION?**

This plan is not in lieu of, and does not affect, any requirement for coverage by Workers' or Workmen's Compensation insurance.

**HOW CAN STATEMENTS MADE IN ANY APPLICATION FOR THIS INSURANCE BE USED?**

In the absence of fraud, all statements you made when applying for this insurance and providing evidence of insurability are considered representations and not warranties (absolute guarantees). No statements by you will be used to reduce or deny a claim unless a copy of your signed statement has been given to you, your beneficiary or your personal representative.

**WHAT HAPPENS IF YOUR AGE IS MISSTATED?**

If your age has been misstated, an equitable adjustment will be made in the premium. If the amount of your benefit is dependent upon your age, as shown in the Benefit Duration Schedule, the amount of your benefit will be the amount you would have been entitled to if your correct age were known.

**NOTE:** A refund of premium will not be made for a period more than twelve months before the date the Company is advised of the error.