# EXHIBIT "4"

EXHIBIT C

AGENCY 0030-315

# YOUR ANNUAL POLICY REVIEW

This is a review of your Minnesota Mutual policy 1-933-689H.
It is current as of July 2, 1993.
We suggest you keep this review with your important financial records.

JOHN L MCGILL
2119 PLANTERS ROW DR
MIDLITHION VA 23113

## ABOUT YOUR POLICY

Your policy insures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . John L McGill
It provides financial protection in the form of . Disability Income Own Occupation Insurance
It has provided protection since . . . . . . . . . . . . . . . . . . . . . . . . . July 2, 1992
Additional agreements include:
Waiver of premium for disability - pays premiums during disability.
Inflation Protection Agreement - automatically increases monthly benefit to help offset effects of inflation during long-term disability.

Full details are found in your policy.

Your annual premium is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,189.25
payable monthly through a special billing plan in the amount of . . . . . . . . . . $ 189.74

Your coverage cannot be cancelled as long as you continue paying premiums.

## THE VALUE OF YOUR POLICY

If the insured is disabled, your policy provides a monthly benefit:
The basic benefit . . . . . . . . . . . . . . $ 3,400.00

Your monthly benefit is . . . . . . . . . . . . . . . . . . . . . . . $ 3,400.00

## MORE ABOUT YOUR POLICY

Minnesota Mutual Life has a tradition of offering the most up-to-date features available to existing policyholders.

With more than $106 billion of insurance in force, Minnesota Mutual is the 10th largest mutual insurance company in America, serving over nine million people nationwide.

S

MINNESOTA MUTUAL

F. 33758 Rev. 5-91

AGENCY 0030-315

# YOUR ANNUAL POLICY REVIEW

Information about Minnesota Mutual Policy 1-933-689H continued

## WE'RE HERE TO HELP YOU

If you need information or assistance, please contact us.

(804)330-0711
J Michael Johnson, CLU
9211 Forest Hill Ave
Suite 202
Richmond VA 23235

Minnesota Mutual Life
South Central Regional Services
400 North Robert Street
St. Paul, Minnesota 55101-2098

Service and Security,
our lasting commitment to you

S

MINNESOTA MUTUAL

# AN IMPORTANT MESSAGE ABOUT YOUR COMPANY'S FINANCIAL STRENGTH

Marking a highpoint in Minnesota Mutual's ongoing success story, 1992 was characterized by record sales, earnings and capital. Our performance is a powerful testimonial to our financial and marketing strengths. Once again, our results clearly demonstrate our ability to honor all of our commitments to the nine million people we serve.

## STEADY, ONGOING GROWTH

**Our strong earnings reflect solid underwriting, excellent persistency and expense control.**

Total revenue was $1.7 billion, and net income reached a record $31.8 million. We paid $98 million in policyowner dividends.

**Our capital strength increased 13 percent to an all-time high of $383 million.**

Our capital base reflects strong earnings and high quality assets, and enables us to continually enhance products and services for our clients.

**The funds we safeguard and invest for our clients grew 11 percent to a record $6.8 billion.**

Assets under management, including those we manage for investment advisory clients, now total $8 billion.

**Life insurance in force exceeded $106 billion.**

This is the primary protection we provide, and by this measure we are the tenth largest mutual insurance company in the Unites States.

## INVESTMENT STRENGTH

**The quality of our assets is outstanding.**

In 1992, we continued to invest in high quality bond and mortgage obligations, further increasing the quality of our investment portfolio. We consistently avoid inappropriate investments which might adversely affect our results.

**At year-end, 95 percent of our bond portfolio was classified investment grade.**

Junk bonds have never played a role in our investment strategy.

**Our mortgage investments provide safety, quality and competitive returns.**

Since the mid-1980s, we have sharply curtailed investments in commercial mortgages, avoiding continuing problems in this market.

## HIGH RATINGS

**The perception of our financial strength is shared by the major rating agencies.**

These independent analysts cite our strong asset quality, well-balanced business units and efficient operations. Our ratings are as follows:

A++ from A.M. Best
AAA from Duff & Phelps
Aa1 from Moody's
AA+ from Standard Poor's

Of more than 2,600 life insurance companies, only nine earn such high ratings from all four agencies.













For information about our financial strength or a copy of our 1992 Annual Report, call our Financial Strength Hotline, 612/298-3681, or write to Mark B. Hier, Minnesota Mutual, Public Relations and Advertising, 400 Robert Street N., St. Paul, MN 55101-2098.

MINNESOTA MUTUAL

THE MINNESOTA MUTUAL LIFE INSURANCE COMPANY

F. 44212

EXHIBIT D

CY 0030-315

# YOUR ANNUAL POLICY REVIEW

This is a review of your Minnesota Mutual policy 1-933-689H.
It is current as of July 2, 1994.
We suggest you keep this review with your important financial records.

JOHN L MCGILL
523 RIVERSIDE CT
ASHLAND VA 23005-3108

## ABOUT YOUR POLICY

Your policy insures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . John L McGill
It provides financial protection in the form of . Disability Income Own Occupation Insurance
It has provided protection since . . . . . . . . . . . . . . . . . . . . . . . July 2, 1992
Additional agreements include:
Waiver of premium for disability - pays premiums during disability.
Inflation Protection Agreement - automatically increases monthly benefit to help offset effects of inflation during long-term disability.

Full details are found in your policy.

Your annual premium, which includes a premium reduction, is . . . . . . . . . . . . $ 2,189.25
which you pay by monthly deductions from your checking account in the amount of . $ 189.74

Your coverage cannot be cancelled as long as you continue paying premiums.

## THE VALUE OF YOUR POLICY

If the insured is disabled, your policy provides a monthly benefit:
The basic benefit . . . . . . . . . . . . . . . $ 3,400.00

Your monthly benefit is . . . . . . . . . . . . . . . . . . . . . . . . $ 3,400.00

## MORE ABOUT YOUR POLICY

Minnesota Mutual Life has a tradition of offering the most up-to-date features available to existing policyholders.

S

MINNESOTA MUTUAL

F. 33758 Rev. 5-91

AGENCY 0030-315

# YOUR ANNUAL POLICY REVIEW

Information about Minnesota Mutual Policy 1-933-689H continued

## WE'RE HERE TO HELP YOU

If you need information or assistance, please contact us.

(804)330-0711
J Michael Johnson, CLU
9211 Forest Hill Ave
Suite 202
Richmond VA 23235

Minnesota Mutual Life
Southcentral Regional Services
400 Robert Street North
St. Paul, Minnesota 55101-2098

Service and Security,
our lasting commitment to you

S

MINNESOTA MUTUAL

# AN IMPORTANT MESSAGE ABOUT YOUR COMPANY'S FINANCIAL STRENGTH

By every measure, 1993 was a record year for Minnesota Mutual and its policyowners. The Company's financial position is extremely strong: Our results clearly demonstrate our ability to fulfill all of our obligations to the 10 million people we serve. In 1993, we paid more than $1 billion in benefits to our policyowners and their beneficiaries.

## STEADY, ONGOING GROWTH

**Our strong earnings reflect solid underwriting, excellent persistency and expense control.**

Total revenue was $1.8 billion, and net income rose 83 percent to a record $58.4 million. We paid $98 million in policyowner dividends.

**Our capital strength increased 26 percent to an all-time high of $484 million.**

Our capital base reflects strong earnings and high quality assets, and enables us to continually enhance products and services for our clients.

**The funds we safeguard and invest for our clients grew 14 percent to a record $7.8 billion.**

Assets under management, including those we manage for investment advisory clients, now total $9.4 billion.

**Life insurance in force exceeded $113 billion.**

This is the primary protection we provide, and by this measure we are the tenth largest mutual insurance company in the United States.

## INVESTMENT STRENGTH

**The quality of our assets is outstanding.**

In 1993, we continued to invest in high quality bond and mortgage obligations, further increasing the quality of our investment portfolio. We consistently avoid inappropriate investments which might adversely affect our results.

**At year-end, 96 percent of our bond portfolio was classified investment grade.**

Junk bonds have never played a role in our investment strategy.

**Our mortgage investments provide safety, quality and competitive returns.**

Our emphasis on carefully researched mortgages and our focus on single family loans contributes to strong, consistent performance within our mortgage portfolio.

## HIGH RATINGS

**Our financial strength and claims-paying ability are highly rated by independent analysts.**

The major rating agencies confirm the high quality of our investments, efficiency of our operations and seasoned experience of our management. Our high ratings include:

A++ from A.M. Best
AAA from Duff & Phelps
Aa1 from Moody's
AA+ from Standard and Poor's

Of more than 2,600 life insurance companies in America, less than one percent receive such high ratings from all four agencies.

**REVENUE**
$ Billions




**INSURANCE IN FORCE**
$ Billions




**ASSETS**
$ Billions




**CAPITAL**
$ Millions




For information about our financial strength or a copy of our 1993 Annual Report, call our Financial Strength Hotline, 612/298-3681, or write to Mark B. Hier, Minnesota Mutual, Public Relations and Advertising, 400 Robert Street N., St. Paul, MN 55101-2098.

MINNESOTA MUTUAL
THE MINNESOTA MUTUAL LIFE INSURANCE COMPANY

F. 44212 Rev. 3/94

EXHIBIT E

GENCY 0030-315

# YOUR ANNUAL POLICY REVIEW

This is a review of your Minnesota Mutual policy 1-933-689H.
It is current as of July 2, 1995.
We suggest you keep this review with your important financial records.

JOHN L MCGILL
INTERFLEX GROUP
125 DOW GILL RD
ASHLAND VA 23005

## ABOUT YOUR POLICY

Your policy insures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . John L McGill
It provides financial protection in the form of . Disability Income Own Occupation Insurance
It has provided protection since . . . . . . . . . . . . . . . . . . . . . . . . July 2, 1992
Additional agreements include:
- Waiver of premium for disability - pays premiums during disability.
- Inflation Protection Agreement - automatically increases monthly benefit to help offset effects of inflation during long-term disability.

Full details are found in your policy.

Your annual premium, which includes a premium reduction, is . . . . . . . . . . . $ 2,189.25
which you pay by monthly deductions from your checking account in the amount of . $ 189.74

Your coverage cannot be cancelled as long as you continue paying premiums.

## THE VALUE OF YOUR POLICY

If the insured is disabled, your policy provides a monthly benefit:
The basic benefit . . . . . . . . . . . . . . . . $ 3,400.00

Your monthly benefit is . . . . . . . . . . . . . . . . . . . . . . . . $ 3,400.00

## MORE ABOUT YOUR POLICY

Minnesota Mutual Life has a tradition of offering the most up-to-date features available to existing policyholders.

A

MINNESOTA MUTUAL

F. 33758 Rev. 5-91

# An important message about your Company's financial strength

Nineteen ninety-four was an excellent year for Minnesota Mutual and its policyowners. Continuing our momentum, we ended the year stronger than at any time in our 115-year history. Our results clearly demonstrate our ability to fulfill all of our obligations to the 10 million people we serve. In 1994, we paid a record $1.3 billion in benefits to our policyowners and their beneficiaries.

## STEADY, ONGOING GROWTH

**Total revenue set a new record, reaching $1.9 billion.**

Our revenue growth reflects excellent sales, business retention and investment returns. Net income also set a record, increasing 12 percent to $65 million.

**Our capital strength increased 13 percent to an all-time high of $548 million.**

Our capital base reflects strong earnings and high quality assets, and enables us to continually enhance products and services for our clients.

**The funds we safeguard and invest for our clients grew 10 percent to a record $8.5 billion.**

Assets under management, including those we manage for investment advisory clients, now total $10.4 billion.

**Life insurance in force exceeded $117 billion.**

This is the primary protection we provide, and by this measure we are the tenth largest mutual insurance company in the United States.







## INVESTMENT STRENGTH

**The quality of our assets is outstanding.**

In 1994, we continued to invest in high quality bond and mortgage obligations. Adhering to sound investment fundamentals, we have avoided the problems associated with high-risk investments.

**At year-end, 96 percent of our bond portfolio was classified investment grade.**

Junk bonds and leveraged derivatives have never played a role in our investment strategy.

**Our mortgage investments provide safety, quality and competitive returns.**

Our emphasis on carefully researched mortgages and our focus on residential loans contributes to strong, consistent performance within our mortgage portfolio.




## HIGH RATINGS

**Our financial strength and claims-paying ability are highly rated by independent analysts.**

The major rating agencies confirm the high quality of our investments, well-diversified marketing ventures and efficient operations. Our ratings are:

- A++ from A.M. Best
- AAA from Duff & Phelps
- Aa1 from Moody's
- AA+ from Standard and Poor's

We are among the 10 most highly rated financial institutions in America.




For information about our financial strength or a copy of our 1994 Annual Report, call our Financial Strength Hotline, 612/298-3681, or write to Mark B. Hier, Minnesota Mutual, Public Relations and Advertising, 400 Robert Street N., St. Paul, MN 55101-2098

MINNESOTA MUTUAL

F. 44212 Rev. 3/95

©1995 The Minnesota Mutual Life Insurance Company. All rights reserved.

AGENCY 0030-315

# YOUR ANNUAL POLICY REVIEW

Information about Minnesota Mutual Policy 1-933-689H continued

## WE'RE HERE TO HELP YOU

If you need information or assistance, please contact us.

(804)330-0711
J Michael Johnson, CLU
9211 Forest Hill Ave
Suite 202
Richmond VA 23235

Minnesota Mutual Life
Individual Policyowner's Services
400 Robert Street North
St. Paul, Minnesota 55101-2098

Service and Security,
our lasting commitment to you

A

MINNESOTA MUTUAL

# YOUR ANNUAL POLICY REVIEW

EXHIBIT F

AGENCY 0030-318

This is a review of your Minnesota Mutual policy 1-933-689H and reflects policy activity and changes from July 2, 1995 to July 2, 1996. Please keep this review with your important financial records.

JOHN L MCGILL
13071 RIVERSIDE CT
ASHLAND VA 23005

Policyowner:

JOHN L MCGILL

Insured:

JOHN L MCGILL

## ABOUT YOUR POLICY

| | |
|---|---|
| Your policy insures | John L McGill |
| It provides financial protection in the form of | Disability Income Own Occupation Insurance |
| It has provided protection since | July 2, 1992 |

Additional agreements include (please refer to your policy for full details):
- Waiver of Premium for Disability - pays premiums during disability.
- Inflation Protection Agreement - automatically increases monthly benefit to help offset effects of inflation during long-term disability.

Your annual premium is $2,189.25
We are paying premiums, for the base policy and certain agreements, during the disability of the insured.

## THE VALUE OF YOUR POLICY

If the insured is disabled, your policy provides a monthly benefit:
The basic benefit $3,400.00

Your monthly benefit is $3,400.00

## MORE ABOUT YOUR POLICY

Minnesota Mutual Life has a tradition of offering the most up-to-date features available to existing policyholders.

## WE'RE HERE TO HELP YOU

If you need information or assistance, please contact us.

(804)288-9303
J Michael Johnson, CLU
5310 Markel Road
Suite 203
Richmond VA 23230

Minnesota Mutual Life
Individual Policyowner's Services
400 Robert Street North
St. Paul, Minnesota 55101-2098

Service and security is our lasting commitment to you.

# AN IMPORTANT MESSAGE ABOUT MINNESOTA MUTUAL'S FINANCIAL STRENGTH

With overall sales and financial results setting all-time records, 1995 was an excellent year for Minnesota Mutual and our policyowners. Our results exemplify the soundness of our strategic direction and the strength of our reputation. As a mutual company, our policyowners share in the Company's financial success and in 1995, we paid a record $116 million in dividends.

## *GROWTH AND MOMENTUM*

**Total revenue increased 4.5 percent to $2.0 billion.**
Reflecting excellent business retention and investment returns, this growth includes $1.5 billion from premium income and $525 million from net investment income. Total sales, measured in premium and deposits, surpassed $1 billion for the first time.

**Our total capital increased 43 percent to $857 million.***
Strong earnings, exceptional investment results and issuance of surplus notes fueled this significant growth in capital strength. Over the last five years, our capital has increased significantly at an annual rate of 23 percent.

**Total assets under management increased 19 percent, surpassing $12 billion.**
These are the funds we manage for our policyowners and other investment clients. Minnesota Mutual's assets rose 18 percent to exceed $10 billion, including $2.6 billion in separate accounts. Our strong growth was fueled by the combination of solid sales, excellent investment returns and the high quality of our investment portfolio.

**Net income increased 36 percent to $89 million.**
Our strong earnings reflect favorable claims experience, excellent business retention and improved margins on investment-related products.

**Life insurance in force surpassed $125 billion, up 6.3 percent.**
This is the primary protection we provide our policyowners and by this measure, we are one of the 10 largest mutual life insurance companies in the United States.







## *INVESTMENT STRENGTH*

**The quality of our investment portfolio distinguishes us from all but a few insurers and financial institutions.**
Our portfolio consists primarily of high quality bonds and mortgages with well-researched equity holdings comprising most other invested assets. The portfolio's default and delinquency rates were extremely low.

**In 1995, 97.1 percent of our bonds were classified as investment grade.**
The yield on our bond portfolio was 7.95 percent. The portfolio carried zero bonds in default at year end, providing further confirmation of our high asset quality.

**We seek mortgage obligations with safe, predictable cash flows and competitive returns.**
Our mortgage portfolio is strongly diversified and well balanced between seasoned residential loans and high quality commercial mortgages. The yield for our mortgage portfolio was 8.72 percent.




## *HIGH RATINGS*

**Our financial strength and claims-paying ability are highly rated by independent analysts:**

A++ A.M. Best
AAA Duff & Phelps
Aa2 Moody's Investors Service
AA+ Standard & Poor's




**For additional information** about our financial strength or a copy of our 1995 annual report, call our Financial Strength Hotline, (612) 298-3681, or visit us on the Internet, http://www.minnesotamutual.com.

* Total capital comprises policyowners' surplus, asset valuation reserve and one-half of our dividend liability.

NOTE: This financial information is unrelated to the performance and guarantees of the subaccounts of the series fund. The series fund is a separate account for variable life insurance and annuities, and is not part of Minnesota Mutual's general assets. Refer to your series fund report for specific financial information.

MINNESOTA MUTUAL

F. 44212 Rev. 3-96