# EXHIBIT "5"

# POLICY INDEX

| | |
|---|---|
| Section I | APPLICATION |
| Section II | DEFINITIONS |
| Section III | ELIGIBILITY AND EFFECTIVE DATES |
| Section IV | BENEFITS |
| Section V | TERMINATION PROVISIONS |
| Section VI | GENERAL POLICY PROVISIONS |
| Section VII | PREMIUMS |

## SECTION II - DEFINITIONS

For the purpose of this policy:

ACTIVE EMPLOYMENT means the employee must be working:

1. for the employer on a full-time active basis and paid regular earnings;

2. at least the minimum number of hours shown in the application; and either;

   a. at the employer's usual place of business; or
   b. at a location to which the employer's business requires the employee to travel.

3. an employee will be considered actively at work if he was actually at work on the day immediately preceding:

   a. a weekend (except for one or both of these days if they are scheduled days of work);
   b. holidays (except when such holiday is a scheduled work day);
   c. paid vacations;
   d. any non-scheduled work day;
   e. excused leave of absence (except medical leave and lay-off); and
   f. emergency leave of absence (except emergency medical leave).

APPLICATION is the document showing the eligible classes, the amounts of insurance and other relevant information pertaining to the plan of insurance applied for by the policyholder. This document, designated Section I, is attached to and is part of this policy.

BASIC MONTHLY EARNINGS or PRE-DISABILITY EARNINGS means the insured's monthly rate of earnings from the employer in effect immediately prior to the date disability begins. Basic monthly earnings include all earnings before any reductions. It does not include bonuses, overtime pay and extra compensation other than commissions. Commissions will be averaged over the 12 month period prior to the date disability begins.

CERTIFICATE means a written statement prepared by the Company including all amendments, riders and supplements, if any, setting forth a summary of:

1. the insurance benefits to which an employee is entitled;
2. to whom the benefits are payable; and
3. limitations or requirements that may apply.

COMPANY means Trans-General Life Insurance Company, Fifth Avenue Place, Suite 3020, Pittsburgh, Pennsylvania 1522.

## SECTION II – DEFINITIONS
(Continued)

__HOME OFFICE__ means Trans-General Life Insurance Company, Fifth Avenue Place, Suite 3020, Pittsburgh, Pennsylvania 15222.

__SICKNESS__ means illness, disease, pregnancy or complications of pregnancy. The sickness must begin while the employee is insured under this policy.

__INJURY__ means bodily injury resulting directly from an accident and independently of all other causes. The injury must occur and disability must begin while the employee is insured under this policy.

Exception: Any disability which begins more than 60 days after an injury will be considered a sickness for the purpose of determining benefits under this policy.

__INSURED__ means an employee insured under this policy.

__MALE PRONOUN__ whenever used includes the female.

__MONTHLY BENEFIT__ means the amount payable by the Company to the disabled insured.

__OWN OCCUPATION__ See definition of Total Disability or Totally Disabled.

__PHYSICIAN__ means a person who:

1. is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or
2. is legally qualified as a medical practitioner and required to be recognized under this policy for insurance purposes according to the insurance statutes/regulations of the governing jurisdiction; and
3. is not an employee or his spouse, daughter, son, father, mother, sister or brother.

__PRE-DISABILITY EARNINGS__ – See definition of Basic Monthly Earnings.

__RETIREMENT BENEFIT__ when used with the term retirement plan, means money which:

1. is payable under a retirement plan either in a lump sum or in the form of periodic payments;
2. does not represent contributions made by an employee (payments which represent employee contributions are deemed to be received over the employee's expected remaining life regardless of when such payments are actually received); and
3. is payable upon:

   a. early or normal retirement; or

   b. disability if the payment does reduce the amount of money which would have been paid at the normal retirement age under the plan if the disability had not occurred.

## SECTION II – DEFINITIONS
(Continued)

**TOTAL DISABILITY** or **TOTALLY DISABLED** means during the elimination period and the next 36 months of disability the insured is:

1. unable to perform all of the material and substantial duties of his occupation on a full-time basis because of a disability:
   a. caused by injury or sickness;
   b. that started while insured under this policy; and

2. after 36 months of benefits have been paid, the insured is unable to perform with reasonable continuity all of the material and substantial duties of his own or any other occupation for which he is or becomes reasonably fitted by training, education, experience, age and physical and mental capacity.

With respect to insureds employed as pilots, co-pilots and crew of aircraft:

"Total disability" or "totally disabled" means because of injury or sickness the insured cannot perform the material duties of any gainful occupation for which he is or becomes reasonably fitted by training, education or experience. The loss of a pilot's license for any reason does not, in itself, constitute total disability.

# SECTION III
# ELIGIBILITY AND EFFECTIVE DATES

**A. ELIGIBLE CLASSES**

The classes eligible for insurance are shown in the application.

**B. ELIGIBILITY DATE**

An employee in an eligible class will qualify for insurance on the later of:

1. the policy effective date; or
2. the day after the employee completes the waiting period.

**SECTION III**
**ELIGIBILITY AND EFFECTIVE DATES**
**(Continued)**

C. **EFFECTIVE DATES OF INSURANCE**

1. Insurance will be effective at 12:01 A.M. on the day determined as follows, but only if the employee's written application for insurance is:

   a. made with the Company through his employer; and

   b. on a form satisfactory to the Company.

2. An employee will be insured for noncontributory insurance on his eligibility date.

3. An employee will be insured for contributory insurance on the latest of these dates:

   a. the employee's eligibility date if he makes written application for insurance on or before the 31st day after his eligibility date.

   b. the date the Company gives its approval, if the employee:

      i. makes written application for insurance more than 31 days after his eligibility date; or

      ii. terminated his insurance while continuing to be eligible.

   In the case of i. and ii. above, the employee must submit an application and evidence of insurability to the Company for approval. This will be at the employee's expense.

4. Delayed Effective Date for Insurance - The effective date of any initial, increased or additional insurance will be delayed for an employee if he is not in active employment because of a disability. The initial, increased or additional insurance will start on the date that the employee returns to full-time active employment.

5. If an insured employee enters another eligible class, he will not be eligible for any additional benefits until he has completed a 30-day waiting period, and has been actively at work one full day in the new class.

## SECTION IV - BENEFITS

**PARTIAL DISABILITY** or **PARTIALLY DISABLED** means as a result of the sickness or injury which caused total disability, the insured is:

1. able to perform one or more, but not all, of the material and substantial duties of his own or any other occupation on a full-time or a part-time basis; or

2. able to perform all of the material and substantial duties of his own or any other occupation on a part-time basis.

To qualify for a partial disability benefit the insured must be earning less than 80% of his pre-disability earnings at the time partial disability employment begins.

**PARTIAL DISABILITY**

When proof is received that an insured is partially disabled from a sickness or injury following a period of total disability for which benefits were payable, the Company will pay a partial disability benefit if the insured:

1. is partially disabled within 31 days of the date his total disability benefits cease; and

2. gives to the Company upon request, and at the insured's expense, proof of continued:

   a. partial disability; and

   b. regular attendance of a physician.

**PARTIAL DISABILITY MONTHLY BENEFIT**

To figure the amount of monthly benefit:

1. Multiply the insured's pre-disability earnings by the benefit percentage shown in the application.

2. Take the lesser of:

   a. the amount determined in step (1) above; or

   b. 100% of the insured's pre-disability earnings less other income benefits; or

   c. the maximum monthly benefit shown in the application.

The partial disability benefit will never be less than the minimum monthly benefit shown in the application.

## SECTION II - DEFINITIONS
(Continued)

**RETIREMENT PLAN** means a plan which provides retirement benefits to employees and which is not funded wholly by employee contributions. The term shall not include: a 401(K), profit-sharing plan, thrift plan, informal salary continuation plan, individual retirement account (IRA), tax sheltered annuity (TSA), stock ownership plan, or a non-qualified plan of deferred compensation.

**EMPLOYER'S RETIREMENT PLAN** is deemed to include any retirement plan:

1. which is part of any federal, state, county, municipal or association retirement system; or

2. which the employee is eligible as a result of employment with the employer.

**TIME EFFECTIVE** means an effective date will start at 12:01 A.M.. A termination date will end at 12:00 midnight. Each of these times is Standard Time in the place where the policy is delivered. Insurance under the policy will start and end at these times.

**TOTAL COVERED PAYROLL** is the total amount of basic monthly earnings for which all employees are insured under this policy.

**WAITING PERIOD** as shown in the application means the continuous length of time an employee must serve in an eligible class to reach his eligibility date.

**SECTION IV - BENEFITS**
**(continued)**

**PROOF OF DISABILITY**

When the Company receives proof that an insured is disabled due to sickness or injury and requires the regular attendance of a physician, the Company will pay the insured a monthly benefit after the end of the elimination period. The benefit will be paid for the period of disability if the insured gives to the Company proof of continued:

1. disability; and
2. regular attendance of a physician.

The proof must be given upon request and at the insured's expense.

The monthly benefit will not:

1. exceed the insured's amount of insurance; or
2. be paid for longer than the maximum benefit period.

The amount of insurance and the maximum benefit period are shown in the application.

The monthly benefit will never be less than the minimum monthly benefit shown in the application, or more than the total disability benefit payable under this policy.

SECTION IV – BENEFITS
(Continued)

MONTHLY BENEFIT

To figure the amount of monthly benefit:

1. Multiply the insured's basic monthly earnings by the benefit percentage shown in the application.

2. Take the lesser of:

   a. the amount figured in step (1) above; or
   b. the maximum monthly benefit shown in the application; and then

3. Deduct other income benefits, shown on the next page from this amount.

This is the total disability benefit which the insured may receive.

The monthly benefit will never be less than the minimum monthly benefit shown in the application.

## SECTION IV - BENEFITS
## (Continued)

**OTHER INCOME BENEFITS**

Other income benefits mean those benefits shown below:

1. The amount for which the insured is eligible under:

   a. Workers' or Workmen's Compensation Law;
   b. occupational disease law;
   c. any other act or law of like intent.

2. The amount of any disability income benefits which the insured is eligible to receive under any compulsory benefit act or law.

3. The amount of any disability income benefits which the insured is eligible to receive under:

   a. any other group insurance plan of the employer; or
   b. any governmental retirement system as a result of his job with the employer.

4. The amount of benefits the insured receives under the employer's retirement plan as follows:

   a. any disability benefits;
   b. any retirement benefits.

5. The amount of disability or retirement benefits under the United States Social Security Act, The Canada Pension Plan, The Quebec Pension Plan, or any similar plan or act, as follows:

   a. disability or unreduced retirement benefits which:
      i. the insured is eligible; and
      ii. his spouse, child or children are eligible because of his disability; or
      iii. his spouse, child or children are eligible because of his eligibility for unreduced retirement benefits; or

   b. reduced retirement benefits received by:

      i. the insured; and
      ii. his spouse, child or children because of his receipt of the reduced retirement benefits.

7/10/96, Is this correct?

6. The amount of earnings the insured receives from any sick leave or formal salary continuation plan paid by the employer.

7. The amount of earnings the insured earns or receives from any form of employment.

These other income benefits, except retirement benefits, must be payable as a result of the same disability for which we pay a benefit.

**SECTION IV – BENEFITS**
**(Continued)**

**COST OF LIVING FREEZE**

After the first deduction for each of the other income benefits, the monthly benefit will not be further reduced due to any cost of living increases payable under these other income benefits. This provision does not apply to increases received from any form of employment.

**LUMP SUM PAYMENTS**

Other income benefits which are paid in a lump sum will be prorated on a monthly basis over the time period for which the sum is given. If no time period is stated, the sum will be prorated on a monthly basis over the expected lifetime of the insured. In each case, the amount to be prorated will be calculated by an actuary, based on a morbidity table, with interest, or a mortality table, with interest, depending on the source of the lump sum.

**TERMINATION OF DISABILITY BENEFITS**

The monthly benefit will cease on the earliest of:

1. the date the insured is no longer disabled; or
2. the date the insured dies; or
3. the end of the maximum benefit period; or
4. the date the insured's current earnings exceed 85% of his pre-disability earnings.

NOTE: Because the insured's current earnings may fluctuate, the insurance company may average earnings over three (3) consecutive months rather than immediately terminating his/her benefit once 85% of pre-disability earnings has been reached.

7/10/96

How does this square with para 7 on previous page ?

**BENEFIT PERIOD EXTENSION**

The maximum benefit period is shown in the Application. However, benefits will be extended beyond the end of the maximum benefit period if a totally disabled employee attains the age specified in the benefit duration and has not received twelve monthly benefit payments. In this event, the benefit period will be extended during the continuance of total disability until twelve monthly payments have been paid.

SECTION IV - BENEFITS
(Continued)

**RECURRENT DISABILITY** means a disability which is related or due to the same cause(s) as a prior disability for which a monthly benefit was payable.

A recurrent disability will be treated as part of the prior disability if, after receiving disability benefits under this policy, an insured:

1. returns to his regular occupation on a full-time basis for less than six months; and

2. performs all the material duties of his occupation.

To qualify for a recurrent disability benefit, the insured must experience more than a 20% loss of pre-disability earnings.

Benefit payments will be subject to the terms of this policy for the prior disability.

If an insured returns to his regular occupation on a full-time basis for six months or more, a recurrent disability will be treated as a new period of disability. The insured must complete another elimination period.

If an insured becomes eligible for coverage under any other group long term disability policy, this recurrent disability section will cease to apply to that insured.

*(Continued)*

***THREE MONTH SURVIVOR BENEFIT***

*The Company will pay a lump sum benefit to the eligible survivor when proof is received that an insured died:*

1. *after disability had continued for 180 or more consecutive days; and*

2. *while receiving a monthly benefit.*

*The lump sum benefit will be an amount equal to three times the insured's last monthly benefit.*

***ELIGIBLE SURVIVOR*** *means the insured's spouse, if living, otherwise the insured's children under age 25.*

*If payment becomes due to the insured's children, payment will be made to:*

1. *the children; or*

2. *a person named by the Company to receive payments on the children's behalf. This payment will be valid and effective against all claims by others representing or claiming to represent the children.*

*If there are no eligible survivors, payment will be made to the insured's estate.*

***LAST MONTHLY BENEFIT*** *means the monthly benefit paid to the insured immediately prior to his death but not including any reduction for earnings received from employment.*

**SECTION IV – BENEFITS**
**(Continued)**

**MENTAL ILLNESS LIMITATION**

Benefits for disability due to mental illness will not exceed 24 months of monthly benefit payments unless the insured meets one of these situations:

1. The insured is in a hospital or institution at the end of the 24 month period. The monthly benefit will be paid during the confinement.

   If the insured is still disabled when he is discharged, the monthly benefit will be paid for a recovery period up to 90 days.

   If the insured becomes reconfined during the recovery period for at least 14 days in a row, benefits will be paid for the confinement and another recovery period up to 90 more days.

2. The insured continues to be disabled and becomes confined:

   a. after the 24 month period; and

   b. for at least 14 days in a row.

   The monthly benefit will be payable during the confinement.

   The monthly benefit will not be payable beyond the maximum benefit period.

**HOSPITAL or INSTITUTION** means a facility licensed to provide care and treatment for the condition causing the insured's disability.

**MENTAL ILLNESS** means mental, nervous or emotional diseases or disorders of any type.

**SECTION IV - BENEFITS**
**(Continued)**

**PROGRESSIVE PARTIAL DISABILITY BENEFIT**

The Company will pay a Progressive Partial Disability Benefit for a disability which is caused by an injury or sickness once an insured has met his Elimination Period. The Elimination Period can be a combination of total and partial disability, or all total, or all partial disability. The insured does not have to be totally disabled prior to receiving a Progressive Partial Disability Benefit.

To receive a Progressive Partial Disability Benefit, the insured must meet his elimination period and is either:

1. able to perform one or more, but not all, of the material and substantial duties of his own or any other occupation on a full-time or part-time basis; or

2. able to perform all of the material and substantial duties of his own or any other occupation on a part-time basis.

To qualify for a Progressive Partial Disability Benefit the insured must be earning less than 80% of his pre-disability earnings at the time partial disability employment begins.

**PROGRESSIVE PARTIAL DISABILITY MONTHLY BENEFIT**

To figure the amount of monthly benefit:

1. Multiply the insured's pre-disability earnings by the benefit percentage shown in the application.

2. Take the lesser of:

   a. the amount determined in step (1) above; or

   b. 100% of the insured's pre-disability earnings less other income benefits; or

   c. the maximum monthly benefit shown in the application.

The Progressive Partial Disability Benefit will never be less than the minimum monthly benefit shown in the application.

SECTION IV - BENEFITS
(Continued)

**CONVERSION PRIVILEGE**

*This policy provides a conversion privilege if an insured terminates his employment with his employer for any of the following reasons:*

1. *Insured resigns; or*
2. *Insured is terminated for cause; or*
3. *Insured is laid off beyond the limits provided in this group LTD policy; or*
4. *Insured goes on an uninsured leave of absence.*

*The insured may obtain converted long term disability income coverage without medical evidence of insurability. To be eligible for a converted policy the insured must have been insured for at least 12 consecutive months just before his insurance under this policy terminated. The 12 months can be a combination of your present or any prior plan with your present employer.*

*Application for long term disability coverage must be made within 31 days after termination of insurance under this policy. The benefits and amount of insurance may differ from those under this policy.*

*The conversion privilege is not available to any insured whose insurance terminates for any of the following reasons:*

1. *This policy terminates; or*
2. *This policy is amended to exclude the class of employees to which the insured belongs; or*
3. *The insured no longer belongs to a class eligible for coverage under this policy; or*
4. *The insured retires, dies; or*
5. *The insured fails to pay the required premium; or*
6. *The insured is disabled under the terms of this policy.*

*If the insured becomes insured for long term disability coverage under another group plan within 31 days after termination of this plan, the conversion privilege is not available.*

SECTION IV – BENEFITS
(Continued)

**GENERAL EXCLUSIONS**

This policy will not cover any disability due to:

1. war, declared or undeclared, or any act of war;
2. intentionally self-inflicted injuries;
3. active participation in a riot;
4. the insured individual's committing of or the attempting to commit a felonious act.

PARTICIPATION shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in defense of the person of the insured, if such actions of defense are not taken against persons seeking to maintain or restore law and order including but not limited to police officers and firemen.

RIOT shall include all forms of public violence, disorder or disturbance of the public peace, by three or more persons assembled together, whether or not acting with common intent and whether or not damage to persons or property or unlawful act or acts is the intent or the consequence of such disorder.

SECTION IV - BENEFITS
(Continued)

PRE-EXISTING CONDITION EXCLUSION

This policy will not cover any disability:

1. which is caused or contributed to by, or results from a pre-existing condition; and

2. which begins in the first 12 months after the insured's effective date, unless he received no treatment of the condition for 6 consecutive months after his effective date.

TREATMENT means consultation, care or services provided by a physician including diagnostic measures and taking prescribed drugs and medicines.

PRE-EXISTING CONDITION means a diagnosed sickness or injury for which the insured received treatment within 3 months prior to the insured's effective date.

## SECTION V
## TERMINATION PROVISIONS

**A. TERMINATION OF EMPLOYEE'S INSURANCE**

An employee will cease to be insured at 12:00 midnight on the earliest of the following dates:

1. the date this policy terminates but without prejudice to any claim originating prior to the time of termination;

2. the date the employee is no longer in an eligible class;

3. the date the employee's class is no longer included for insurance;

4. the last day for which any required employee contribution has been made;

5. the date employment terminates. Cessation of active employment will be deemed termination of employment, except:

   a. the insurance will be continued for an employee absent due to total disability during:

      i. the elimination period; and
      ii. the period during which premium is being waived.

   b. the employer may continue the employee's insurance by paying the required premium, subject to the following:

      i. Insurance may be continued for an employee:

         (a) temporarily laid off; or

         (b) given leave of absence;

         (c) but not beyond the end of the month after the lay-off or leave of absence begins.

      ii. The employer must act so as not to discriminate unfairly among employees in similar situations.

6. the date the employee ceases active work due to a labor dispute, including any strike, work slowdown, or lockout.

The insurer reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

SECTION V
TERMINATION PROVISIONS
(Continued)

**B. TERMINATION OF POLICY**

1. Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2. If the policyholder fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight of the last day of the grace period. The policyholder may terminate this policy by advance written notice delivered to the Company at least 31 days prior to the termination date. But, this policy will not terminate during any period for which premium has been paid. The policyholder will be liable to the Company for all premiums due and unpaid for the full period for which this policy is in force.

3. The Company may terminate this policy on any premium due date by giving written notice to the policyholder at least 31 days in advance if:

   a. the number of employees insured is less than 10; or

   b. less than 100% of the employees eligible for any noncontributory insurance are insured for it; or

   c. less than 75% of the employees eligible for any contributory insurance are insured for it; or

   d. the policyholder fails:

      i. to furnish promptly any information which the Company may reasonably require; or
      ii. to perform any other obligations pertaining to this policy.

4. Termination may take effect on an earlier date when both the policyholder and the Company agree.

## SECTION VI
## GENERAL POLICY PROVISIONS

**A. STATEMENTS**

*In the absence of fraud, all statements made in any signed application are considered representations and not warranties (absolute guarantees). No representation by:*

1. *the policyholder in applying for this policy will make it void unless the representation is contained in the signed application; or*
2. *any employee in applying for insurance under this policy will be used to reduce or deny a claim unless a copy of the application for insurance, signed by the employee, is or has been given to the employee, or to his beneficiary or personal representative.*

**B. COMPLETE CONTRACT - POLICY CHANGES**

1. *This policy is the complete contract. It consists of:*
   a. *all of the pages;*
   b. *the attached signed application of the policyholder;*
   c. *each employee's signed application for insurance (employee retains his own copy).*
2. *This policy may be changed in whole or in part. Only an officer or a registrar of the Company can approve a change. The approval must be in writing and endorsed on or attached to this policy.*
3. *Any other person, including an agent, may not change this policy or waive any part of it.*

**C. EMPLOYEE'S CERTIFICATE**

*The Company will provide a certificate to the policyholder for delivery to each insured. It will state the benefits to which the insured is entitled and to whom these benefits are payable. If the terms of a certificate and this policy differ, this policy will govern.*

SECTION VI
GENERAL POLICY PROVISIONS
(Continued)

D. FURNISHING OF INFORMATION - ACCESS TO RECORDS

1. the employer will furnish at regular intervals to the Company:

a. information relative to employees:

i. who qualify to become insured;
ii. whose amounts of insurance change; and/or
iii. whose insurance terminates.

b. any other information about this policy that may be reasonably required.

The employer's records which, in the opinion of the Company, have a bearing on the insurance will be opened for inspection at any reasonable time.

2. Clerical error or omission will not:

a. deprive an employee of insurance;
b. affect an employee's amount of insurance, or
c. effect or continue an employee's insurance which otherwise would not be in force.

E. MISSTATEMENT OF AGE

If an employee's age has been misstated, an equitable adjustment will be made in the premium. If the amount of the benefit is dependent upon an employee's age, as shown in the Benefit Duration Schedule, the amount of the benefit will be the amount an employee would have been entitled to if his or her correct age were known.

Note: A refund of premium will not be made for a period more than twelve months before the date the Company is advised of the error.

F. NOTICE AND PROOF OF CLAIM

1. Notice

a. Written notice of claim must be given to the Company within 30 days of the date disability starts, if that is possible. If that is not possible, the Company must be notified as soon as it is reasonably possible to do so.

SECTION VI
GENERAL POLICY PROVISIONS
(Continued)

b. When the Company has the written notice of claim, the Company will send the insured its claim forms. If the forms are not received within 15 days after written notice of claim is sent, the insured can send the Company written proof of claim without waiting for the form.

2. Proof

a. Proof of claim must be given to the Company. This must be done no later than 90 days after the end of the elimination period.

b. Failure to furnish such proof within such time shall not invalidate nor reduce any claim if it was not reasonably possible to furnish such proof within such time. Such proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time proof is otherwise required.

c. Proof of continued disability and regular attendance of a physician must be given to the Company within 30 days of the request for the proof.

d. The proof must cover:

i. the date disability started;

ii. the cause of disability; and

iii. the degree of disability.

G. EXAMINATION

The Company, at its own expense, will have the right and opportunity to have an employee, whose injury or sickness is the basis of a claim, examined by a physician or vocational expert of its choice. This right may be used as often as reasonably required.

H. LEGAL PROCEEDINGS

A claimant or the claimant's authorized representative cannot start any legal action:

1. until 60 days after proof of claim has been given; or

2. more than 3 years after the time proof of claim is required.

I. TIME OF PAYMENT OF CLAIMS

When the Company receives satisfactory proof of claim, benefits payable under this policy will be paid monthly during any period for which the Company is liable. Any balance remaining unpaid upon the termination of the period of liability will be paid immediately upon receipt of due written proof.

SECTION VI
GENERAL POLICY PROVISIONS
(Continued)

J. PAYMENT OF CLAIMS

All benefits are payable to the employee. But if a benefit is payable to an employee's estate, an employee who is a minor, or an employee who is not competent, the Company has the right to pay up to $1,000 to any of the employee's relatives whom the Company considers entitled. If the Company pays benefits in good faith to a relative, the Company will not have to pay such benefits again.

The monthly benefits for this policy will be paid on a prorata basis. The rate will be 1/30 per day for any period of disability that does not extend through a full month.

K. RIGHT OF RECOVERY

If LTD benefits have been over paid on any claim, it will be required that reimbursement be made to Trans-General Life Insurance Company within 60 days, or Trans-General Life Insurance Company has the right to reduce future benefits until such reimbursement is received. Trans-General Life Insurance Company also has the right to recover such overpayments from the insured's estate.

L. WORKERS' or WORKMEN'S COMPENSATION

This policy is not in lieu of, and does not affect, any requirement for coverage by Workers' or Workmen's Compensation Insurance.

M. AGENCY

For all purposes of this policy, the policyholder acts on its own behalf or as agent of the employee. Under no circumstances will the policyholder be deemed the agent of the Company without a written authorization.

N. CONFORMITY WITH LOCAL STATUTES

Any provision of this policy which, on its Effective Date, is in conflict with the statutes of the jurisdiction in which this policy was delivered is hereby amended to conform to the minimum requirements of such statute.

O. INCONTESTABILITY

The validity of the policy shall not be contested, except for non-payment of premiums, after it has been in force for two years from the date of issue. The validity of the policy shall not be contested on the basis of a statement made relating to insurability by any person covered under the policy after such insurance has been in force for two years during such person's lifetime, and shall not be contested unless the statement is contained in a written instrument signed by the person making such statement.

## SECTION VII – PREMIUMS

A. **PREMIUM RATES**

The initial premium is determined on the basis of the rates shown on the policy face page.

The Company may establish new rates for all future premiums as well as the one then due:

1. when the terms of this policy are changed;
2. when a division, subsidiary, or affiliated company is added to this policy; or
3. when the number of Insured Persons changes by 25% or more from the number insured on the Policy Effective Date; or
4. for reasons other than 1., 2., or 3. above, such as, but not limited to a change in factors bearing on the risk assumed. But, the rates may not be changed within the first 12 months following the policy effective date.

No premium may be increased unless the Company notifies the employer at least 31 days in advance. Premium increases may take effect on an earlier date when both the Company and the employer agree.

B. **PAYMENT OF PREMIUMS**

1. Premium payment calculations will be based on the coverage provided under this policy. Both are determined by the definition of basic monthly earnings.
2. All premiums due under this policy, including adjustments, if any, are payable by the employer on or before their due dates at the Company's home office. The due dates are specified on the first page of this policy.
3. Premiums payable to the Company will be paid in United States dollars.
4. If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.
5. The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates. This manner of charging premium is for accounting purposes only. It will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of Employee's Insurance" section of this policy.

*(Continued)*

6. *If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a prorata adjustment on the next premium due date.*

7. *Except for fraud: premium adjustments, refunds or charges will be made only for:*

   a. *the current policy year; and*

   b. *the prior policy year.*

C. ***WAIVER OF PREMIUM***

*Premium payments are waived during any period for which benefits are payable. If coverage is to be continued, premium payments may be resumed following a period during which they were waived.*