UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN L. McGILL, Plaintiff, | ) | |
| -vs- | ) | CIVIL ACTION NO.: 05-CV-0481/S |
| MINNESOTA MUTUAL LIFE INSURANCE COMPANY, Defendant. | ) | |

**DECLARATION OF ALAN J. PIERCE, ESQ.**

ALAN J. PIERCE, pursuant to 28 U.S.C. § 1746, does hereby declare:

1. I am an attorney at law duly admitted to practice in the State of New York and admitted *Pro Hac Vice* in this Court for this case as counsel for Plaintiff John L. McGill. I make this Affidavit in opposition to the motion for summary judgment by Defendant Minnesota Mutual Life Insurance Company ("MML") to place before the Court deposition transcripts and exhibits discovered during the course of discovery in this action.

2. Provided herewith as **Exhibit "6"** is a true and correct copy of the transcript of the deposition of E. Michael Johnson ("Johnson") taken in this action.

3. Provided herewith as **Exhibit "7"** is a true and correct copy of the transcript of the deposition of Cheryl Wolf taken in this action.

4. Provided herewith as **Exhibit "8"** is a true and correct copy of a document entitled "Policy Delivery Instructions" marked as Johnson Deposition Exhibit 1 and Wolf Deposition Exhibit G.

5. Provided herewith as **Exhibit "9"** is a true and correct copy of a document entitled "Automatic Payment Plan Authorization" marked as Johnson Deposition Exhibit 3.

6. Provided herewith as **Exhibit "10"** is a true and correct copy of a Billing Form marked as Johnson Deposition Exhibit 5.

7. Provided herewith as **Exhibit "11"** is a true and correct copy of a letter dated December 27, 1995 from Johnson to Wolf marked as Johnson Deposition Exhibit 14 and Wolf Deposition Exhibit L.

8. Provided herewith as **Exhibit "12"** is a true and correct copy of a document entitled "Notice of Underwriting Action" marked as Johnson Deposition Exhibit 15 and Wolf Deposition Exhibit D.

9. Provided herewith as **Exhibit "13"** is a true and correct copy of facsimile transimission dated March 22, 1996 from Johnson to Wolf marked as Johnson Deposition Exhibit 16 and Wolf Deposition Exhibit M.

10. Provided herewith as **Exhibit "14"** are true and correct copies of documents entitled "Notice of Complaint" marked as Johnson Deposition Exhibit 17 and Wolf Deposition Exhibit O.

11. Provided herewith as **Exhibit "15"** is a true and correct copy of a document marked as Wolf Deposition Exhibit B ("Wolf Notes").

12. Provided herewith as **Exhibit "16"** is a true and correct copy of a letter dated July 21, 1992 marked as Wolf Deposition Exhibit E.

13. Provided herewith as **Exhibit "17"** is a true and correct copy of a letter dated July 21, 1992 marked as Wolf Deposition Exhibit F.

14. Provided herewith as **Exhibit "18"** is a true and correct copy of a hand written document entitled "Individual Claim Memoranda" marked as Johnson Deposition Exhibit 13 and Wolf Deposition Exhibit H.

15. Provided herewith as **Exhibit "19"** is a true and correct copy of a document created by me as a typed version of the hand written document entitled "Individual Claim Memoranda" marked as Johnson Deposition Exhibit 13 and Wolf Deposition Exhibit H submitted for demonstrative purposes only to assist the parties and Court in reviewing Exhibit "18."

16. Provided herewith as **Exhibit "20"** is a true and correct copy of a letter dated November 6, 1996 from Thomas F. Coates, III, Esq. to Robert L. Senkler marked as Wolf Deposition Exhibit I.

17. Provided herewith as **Exhibit "21"** is a true and correct copy of a letter dated November 21, 1996 from Harold A. Oien, Jr., Esq. to Thomas F. Coates, III, Esq. marked as Wolf Deposition Exhibit J.

18. Provided herewith as **Exhibit "22"** is a true and correct copy of a letter dated January 20, 1997 to Thomas F. Coates, III, Esq. marked as Wolf Deposition Exhibit K.

19. Provided herewith as **Exhibit "23"** is a true and correct copy of a letter dated February 8, 1996 from Geoffrey G. Graeb to Wolf marked as Wolf Deposition Exhibit N.

20. Provided herewith as **Exhibit "24"** is a true and correct copy of a facsimile transmission and letter dated December 15, 1997 from Wolf to Eleanor "Mickey" Doyle marked as Wolf Deposition Exhibit P.

I swear under the penalty of perjury that the foregoing is true and correct.

Dated: November 30, 2006

ALAN J. PIERCE