# EXHIBIT "8"

MINNESOTA MUTUAL LIFE

## POLICY DELIVERY INSTRUCTIONS

SERVICE CODE 0020 NAME John McGloe POLICY NUMBER 19330894H

[X] IMPORTANT AGENT MUST VERIFY THE FOLLOWING WITH THE CLIENT:

Has the proposed insured had any change of health, consulted a physician or sought medical attention since the completion of the non-medical or exam?

- If yes, DO NOT DELIVER THE POLICY. Get a complete explanation including doctors' names and addresses and contact your underwriter.
- If no, agent has authority to deliver this policy only in conformance with conditions and requirements checked below, if any.

[ ] Policy can be delivered - no special delivery instructions other than the above verification process.

[X] This policy has been modified.

[ ] Completion of: All copies of the form(s) indicated below. Leave the original in the policy and return the stamped copy which is located [ ] in the policy [ ] under the mail sheet.

[ ] Qualified Condition Rider [ ] Beneficiary designation [ ] Exclusion rider

[ ] Amendment to application (Insured and Applicant to sign) [ ] Insured/Agent signature on ______

[ ] Owner's signature on ______ (Sign with title if on behalf of a business)

[ ] Insured's signature on ______

[ ] Trustee/Agent to sign disclaimer letter [ ] Other ______

[ ] Policy must be paid by ______

[ ] This policy is an alternate to number(s) ______ Not more than $ ______ may be delivered unless further authority is first obtained from the Home Office.

[ ] The contract is dated ______, because of [ ] settlement [ ] save age [ ] other: ______

[ ] Your requested change has been completed. Please have these new pages inserted in the policy and the old pages destroyed.

[ ] The annual premium has been changed to $ ______ because the premium given on the application was below the minimum of: [ ] $150 [ ] $300 [ ] 5-year term plan [ ] 10-year term plan [ ] 15-year term plan.

[ ] Term to age ______ has the same premium as a 5-year term plan.

[ ] The insured must be [ ] 19/ [ ] 21 years old to qualify for the nonsmoking discount.

[ ] COL [ ] WPD [ ] Other ______ not available because [ ] insured is over age [ ] single premium policy

[ ] ______ dividend option is not available with this plan.

REMARKS

I have prepared the attached policy for delivery to your client. If there are any questions or concerns regarding the completeness or accuracy of this policy, please contact me. If an unpaid change is desired and is an increase in risk, return the policy to me.

Thank You,

Barisa Harrison

Policy Issues Phone (612) ______

| CA | SA1 | SA2 | SA3 | SA4 |
|---|---|---|---|---|
| 0020 | 315 | | | |

F. 10096 Rev. 6-91

DATE: 7-7-92

This form is stapled to agent's copy of policy pages & mailed with actual policy.

EXHIBIT 6 MER 6/1/06

MINNESOTA MUTUAL LIFE

FILM IDENTIFICATION TAG

THIS DOCUMENT IS CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

DATE FILMED 7-7-92 BATCH NUMBER 1356 CAMERA OPERATOR [signature]

F. 31721 Rev. 12-89