# EXHIBIT "9"

EXHIBIT
Johnson 3
JCS 4-12-06

MINNESOTA MUTUAL

## AUTOMATIC PAYMENT PLAN AUTHORIZATION

The Minnesota Mutual Life Insurance Company • 400 Robert Street North • St. Paul, Minnesota 55101-2098

To honor charges initiated by THE MINNESOTA MUTUAL LIFE INSURANCE COMPANY

☑ Start a New Plan ☐ Change Plan Number 3550253 Agency: 94 JAN 13 AM 9:28 Agency Code: 0030

Effective for the payment month Feb. 1994

THIS WITHDRAWAL IS FOR (Please ✔ appropriate box(es))

☐ NEW ADDRESS OF POLICYHOLDER

☑ PREMIUM PAYMENT

☐ NON-REPEATING PREMIUM $ ______

☐ LOAN PAYMENT $ ______

☐ ANNUITY/PENSION CONTRIBUTION $ ______

| ADD | REMOVE | FUTURE DATE | POLICY NUMBER(S) | CLIENT'S NAME |
|---|---|---|---|---|
| ☐ | ☐ | | 1934000H | Joseph R. AMBS pd 1-31-94 |
| ☐ | ☐ | | 1933698H | Eric M. Bumgarner pd 1-11-94 |
| ☐ | ☐ | | 1933696H | Timothy W. Carter pd 1-2-94 |
| ☐ | ☐ | | 1926465H | Joseph S. Doyle pd 1-31-94 |
| ☐ | ☐ | | 1933689H | John L. McGill pd 1-2-94 |
| ☐ | ☐ | | 1954086H | Daniel L. Phillips pd 1-2-9[illegible] |
| ☐ | ☐ | | 1981007H | William R. Wilson pd 12-30-93 |
| ☐ | ☐ | | | |

F 25744 2 Rev. 7-93

As a convenience to me, I request and authorize The Minnesota Mutual Life Insurance Company ("Company") to obtain payment of amounts becoming due the Company by initiating charges to my account in the form of checks, drafts, share drafts or electronic debit entries, and authorize the financial institution named below to accept and honor the same and to charge the same to my account. I understand that I will receive notice to each electronic debit entry that varies in amount from the previous entry. This Authorization will remain in effect until I notify the Company or the financial institution in writing to terminate and the Company or the financial institution has a reasonable time to act on the termination. I hereby terminate any prior Authorization of the Company to charge to this account, effective the date on which the first charge is initiated by the Company under this Authorization. I understand that I may stop payment of any charge by notifying the financial institution before my account is charged, and I may have the amount of an erroneous electronic debit entry immediately credited to my account within 15 days after issuance of my statement or 45 days after posting, whichever occurs first. This Authorization will become effective only upon acceptance by the Company at its home office, evidenced by countersignature hereon.

PLAN NUMBER 18-0260920

BANK NAME AND ADDRESS (Please Print)
Nations Bank of Florida
201 N Marion St
Lake City FL 32055

ACCOUNT NUMBER (ATTACH A VOIDED CHECK) 5800010137 ☑ CHECKING ☐ SAVINGS

SIGNATURE OF DEPOSITOR
X [signature]

DATE SIGNED 1-11-94

SIGNATURE OF JOINT DEPOSITOR
X

DATE SIGNED

COMPANY AUTHORIZED COUNTERSIGNATURE (HOME OFFICE USE ONLY)
X [signature]

DATE SIGNED 2-17-94

Accepted by The Minnesota Mutual Life Insurance Company