# EXHIBIT "10"

EXHIBIT
Johnson 5
JCS 4-12-06

Billing Date: DECEMBER 16, 1993 | 0030-315 | 14-4878-0 | 2

List Bill: 1451

ATTN MICKY DOYLE
THE INTERFLEX GROUP
125 DOW-GIL RD
ASHLAND VA 23005

| | | |
|---|---|---|
| Current Amount Due: | $ | 671.27 |
| Past Amount Due: | $ | 563.73 |
| Less Previous Remittance: | $ | 0.00 |
| TOTAL AMOUNT DUE: | $ | 1,235.00 |

PAYMENT DUE BY: DECEMBER 31, 1993

| POLICY NUMBER | NAME | PAID TO | CURRENT AMOUNT DUE | PAST AMOUNT DUE | DIVIDEND CREDIT | NET AMOUNT DUE |
|---|---|---|---|---|---|---|
| 1934000H | AMBS JOSEPH R | 11-31-93 | 61.23 | 61.23 | .00 | 122.46 |
| 1933698H | BUMGARNER ERIC M | 11-14-93 | 22.58 | 22.58 | .00 | 45.16 |
| 1933696H | CARTER TIMOTHY W | 11-02-93 | 22.58 | 22.58 | .00 | 45.16 |
| 1926465H | DOYLE JOSEPH S | 11-31-93 | 248.16 | 248.16 | .00 | 496.32 |
| 1933689H | MCGILL JOHN L | 11-02-93 | 189.74 | 189.74 | .00 | 379.48 |
| 1954086H | PHILLIPS DANIEL L | 11-02-93 | 19.44 | 19.44 | .00 | 38.88 |
| 1981007H | WILSON WILLIAM R | 12-30-93 | 107.54 | 0.00 | .00 | 107.54 |

| | | |
|---|---|---|
| TOTAL AMOUNT DUE: | $ | 1,235.00 |
| LESS PREVIOUS REMITTANCE: | $ | .00 |
| TOTAL AMOUNT DUE: | $ | 1,235.00 |

change to bank draft effective 2/94

F. 43539 Rev. 11-93

NOTE: POLICY NUMBERS ENDING IN "H" ARE DISABILITY POLICIES. ALL OTHERS ARE LIFE POLICIES.