# EXHIBIT "11"

*Straus, Itzkowitz & LeCompte*
*Insurance Agency, Inc.*

**5310 Markel Road, Suite 203**
**Richmond, Virginia 22230**
**Phone (804) 288-8500**
**Fax (804) 673-9110**

J. MICHAEL JOHNSON, CLU

EXHIBIT
L
MER
6/1/06

27 December 1995

Minnesota Mutual
ATTN: Cheryl Wolf
Individual Claims
400 Robert Street North
St. Paul MN 55101-2098

Dear Cheryl,

Attached is the additional information that you had requested regarding John L. McGill (claim # DI38061).

I have also enclosed some other information that I thought might be helpful. You will notice that Mr. McGill was actually having difficulty sleeping over a year ago. Obviously, this condition affected his job performance and his ability to perform his duties (job description is attached).

As I mentioned before, I have known Mr. McGill since January of 1992. I am very familiar with his case and I'll be happy to assist you in any way. Let me know if you need anything else.

Sincerely,

Mike

J. Michael Johnson, CLU

RECEIVED
JAN 03 1996
CLAIM DEPT.

enclosures

JMJ/af

Cheryl.
In reviewing this file, I noticed that the withholding statement reflects that the employee paid the premium, which is true. All premiums are included in Mr. McGills W-2 earnings. Thanks.
M