# EXHIBIT "12"

**INNESOTA MUTUAL LIFE** — **NOTICE OF UNDERWRITING ACTIO**

Individual Underwriting - 400 North Robert Street - St. Paul, Minnesota 55101-2098

| LETTER NAME | 1. DATE OF LETTER | 2. PROPOSED INSURED | ADDRESS (Street) |
|---|---|---|---|
| MD | 7-21-92 | John L. McGill | 125 New Gile Rd |
| 3. APPLICATION NUMBER(S) | | CITY, STATE, ZIP CODE | |
| 19336894 | | Ashland Va. 23005 | |

4. Dear ______

Coverage Type — **LETTER TO PROPOSED INSURED**

5. ☐ life insurance ☐ disability insurance ☐ life and disability insurance

**Action**

WE ARE UNABLE TO

6. & 7.
- ☐ issue you coverage on the basis you applied
- ☐ offer you the coverage you requested
- ☐ increase your existing coverage on the basis you applied
- ☐ increase your existing coverage
- ☐ reconsider your current rating
- ☐ reinstate your policy
- ☐ add the benefit(s) you requested
- ☐ other ______

**Reason**

8. ☐ your ~~history~~ Build of 6ft 254lbs,
- ☐ which you told us about on ______
- ☐ we also obtained information from ______ which confirmed this history
- ☐ information from ______
- ☑ abnormal blood test results,
- ☐ a copy is enclosed
- ☐ we encourage you to contact your physician
- ☑ other and information from DR Staples

**Action** — **AGENT INFORMATION**

IF THERE HAS BEEN A CHANGE IN HEALTH, CONTACT YOUR UNDERWRITER BEFORE DELIVERING A POLICY.

**LIFE**

- ☐ Table ______
- ☐ $ ______ cash extra for ______ yrs.
- ☐ Amount reduced to ______
- ☐ ______ riders or benefits omitted
- ☐ Decline
- ☐ Other ______

**DISABILITY**

- ☑ DI ☐ OE increase in premium at 50 %
- ☐ DI ☐ OE amt. reduced to $ ______
- ☐ DI ☐ OE elimination period changed to ____ days
- ☑ DI ☐ OE benefit period changed to 5 years
- ☐ DI ☐ OE occupation class changed to ______
- ☑ DI ☐ OE GIA benefit(s) omitted
- ☐ DI ☐ OE other ______
- ☐ DI ☐ OE Full exclusion rider for: ______
- ☐ DI ☐ OE Limited period rider ______ day for: ______
- ☐ DI ☐ OE Qualified condition rider for: ______

Benefit period ______ Elim. period ______

**Reason**

- ☑ See above number 8
- ☐ Issue & participation limits
- ☐ Other ______
- ☐ Aviation/Avocation
- ☐ Occupation
- ☐ Cigarette Use

**Reconsideration**

- ☑ Decision can be reconsidered 2 years
- ☐ Decision "appears" permanent, but insured may inquire after ______

☐ Enclose ______

Additional Remarks ______

UNDERWRITER [signature] DATE 6/30/92

F. 11329 Rev. 1-90 WHITE - Steno CANARY - Underwriting

EXHIBIT D MER 6/1/06

FILM IDENTIFICA

MINNESOTA MUTUAL LIFE

THIS DOCUMENT IS CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

DATE FILMED | BATCH NUMBER | CAMERA OPERATOR

F. 31721 Rev. 12-89

The white copy of this form is mailed to the agent.