# EXHIBIT "13"

# Straus, Itzkowitz & LeCompte Insurance Agency

Independent Insurance Agent.

5310 Markel Road, Suite 203
Richmond, Virginia 23230

Phone: 804-288-8500

Fax: 804-673-9110

Date: 22 Mar Time 9:45 Number of pages including cover sheet ____

To: Geoff Graeb and Cheryl Wolf

Company: Trans-General / M. M.

Fax #: 1-800-749-9826 / 612-223-4227

From: Mike Johnson

**REMARKS:** ☐ Urgent ☐ For your review ☐ Reply ASAP ☐ Please comment

This is to serve as verification that mr. McGill paid taxes on his DI income

Please call with any questions you may have.

Thanks

Mike Johnson

RECEIVED
MAR 22 1996
CLAIM DEPT.

EXHIBIT
M
MEN
6/1/06

RECEIVED
MAR 22 1996
CLAIM DEPT.

Trans-General Ins = 283.44
Disability - Key-Man Ins/MML = 2276.88 (from your office)

9595 ☐ VOID ☐ CORRECTED

PAYER'S name, street address, city, state, and ZIP code
THE INTERFLEX GROUP, INC.
323 HILL CARTER PARKWAY
ASHLAND, VA 23005

1 Rents $
2 Royalties $
3 Other income $

OMB No. 1545-0115
1995
Form 1099-MISC

**Miscellaneous Income**

PAYER'S Federal identification number: 54-1218663
RECIPIENT'S identification number: 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
4 Federal income tax withheld $
5 Fishing boat proceeds $

RECIPIENT'S name: JOHN MCGILL
6 Medical and health care payments $ 2,560.32
7 Nonemployee compensation $

Street address (including apt. no.): 523 RIVERSIDE COURT
8 Substitute payments in lieu of dividends or interest $
9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐

City, state, and ZIP code: ASHLAND VA 23005
10 Crop insurance proceeds $
11 State income tax withheld $

Account number (optional)
2nd TIN Not. ☐
12 State/Payer's state number

Copy A
For
Internal Revenue Service Center
File with Form 1096.
For Paperwork Reduction Act Notice and instructions for completing this form, see Instructions for Forms 1099, 1098, 5498, and W-2G.

Form 1099-MISC Cat. No. 14425J Department of the Treasury - Internal Revenue Service

Do NOT Cut or Separate Forms on This Page

9595 ☐ VOID ☐ CORRECTED

PAYER'S name, street address, city, state, and ZIP code
1 Rents $
2 Royalties $
3 Other income $
OMB No. 1545-0115
1995
Form 1099-MISC

**Miscellaneous Income**

PAYER'S Federal identification number
RECIPIENT'S identification number
4 Federal income tax withheld $
5 Fishing boat proceeds $
RECIPIENT'S name
6 Medical and health care payments
7 Nonemployee compensation

Copy A
For
Internal Revenue

Carbon Paper Not Required

TOTAL P.02