# EXHIBIT "14"

- ☐ Annuity Services
  Mark Rachac GR-3665
- ☐ Group Mortgage Administration
  Jane Korf 12-4320
- ☐ Credit Union Plans
  Connie Dickhudt 16-4172
- ☐ Group Claims Disability
  Leona Harris 16-3815
- ☐ Group Claims Life
  Gregg Hammerly 16-3823
- ☑ Individual Insurance Claims
  Jon Meier LC-3531
- ☐ Individual Policyholder Services
  Cindy Dumer G6-362
- ☐ Group Annuities
  Dick Manke 17-3687
- ☐ State of Minnesota (for city or county employees for the State of Minnesota)
  Kim Knutson LC-3766
- ☐ State of Wisconsin Employee's Group Insurance (Life and Disability)
  Gregg Hammerly 16-3823--he will send to Chris Schmelzer (0887)
- ☐ Northstar Life
  Helen Leslie 21-3739

- ☐ U of M Coverage
  Ilena Lonetti 19-3669
- ☐ Group Underwriting
  LC-3804
- ☐ Individual Underwriting
  Darrell Trenary 13-3514
- ☐ AUSA/AOPA
  Sherry Lamb LC-3757
- ☐ Land Bank/Group Policyholder Services
  Sherry Lamb LC-3757
- ☐ Agent Complaints
  Nancy Winter G6-3497
- ☐ Employer Plans
  Kim Knutsen LC-3766
- ☑ General Policies of MML
  Attorney: Garry Felland
- ☐ Other ____________________

CC:
- ☐ Wendy Lynch (VAL Policies) G2-4399
- ☐ Bill Wernecke (Agents West of the River)
- ☑ Bill Owens (Agents East of the River)
- ☐ Jack McElhaney (Ministers Life)
- ☐ ____________________
- ☐ ____________________

3(c)

Reviewed by: SDO

Date: 11-7-96

**MINNESOTA MUTUAL**
**NOTICE OF COMPLAINT**

S( T TO: E6-3531
FROM: 21-4988
CC: Larry Fellond 21-3738
Bill Owens 20-3856

Company ID#: 96-389
State of Origin: VA
Function Code: 3C

Date of Ltr. 11/6/96 Date Rec'd 11/7/96
Date Closed:
Deadline (from date received): 11/18/96

State Insurance Department Complaint (SC) ______ Policyholder/Individual Complaint (PC) ✓ Policyholder/Individual Inquiry (PI) ______ Policyholder Phone Call (PP) ______

Name of Complainant(s): John L. McFill

Name of Insured(s):

Policy No. 1-933-6894 Claim No.

*THIS PORTION **MUST** BE COMPLETED IF THIS IS AN **INDIVIDUAL** COMPLAINT!*

Agent: J. Michael Johnson
Agent License No.:

Agency:
Agency No.:

Please circle the type of policy or contract the insured or proposed insured had or was trying to secure:

6 - Individual Life (both whole or term)
7 - Group Life (both whole or term)
8 - Annuities
9 - Individual Health (accident and sickness)
10 - Group Health (accident and sickness)
14 - Miscellaneous

RECEIVED
NOV 08 1996
CLAIM DEPT

Check the appropriate statement of action taken:
______ corrective action taken.
______ no action deemed necessary.
______ satisfactory explanation was given.

EXHIBIT O MER 6/1/06

Complaint Follow-up (list dates and current status):

| | |
|---|---|
| Date Reopened:<br>Date Closed:<br>Statement of Action Taken:<br>______ corrective action taken.<br>______ no action deemed necessary.<br>______ satisfactory explanation was given. | Date Reopened:<br>Date Closed:<br>Statement of Action Taken:<br>______ corrective action taken.<br>______ no action deemed necessary.<br>______ satisfactory explanation was given. |

IF THIS COMPLAINT WILL NOT BE ANSWERED BY YOU, PLEASE INFORM THE LAW DEPT. (21-4988). PLEASE RESPOND BY THE DEADLINE, **COMPLETE POLICY TYPE & STATEMENT OF ACTION** TAKEN, AND SEND A COPY OF YOUR WRITTEN REPLY, TOGETHER WITH THIS NOTICE, TO 21-4988.

☐ Annuity Services
Mark Rachac GR-3665

☐ Group Mortgage Administration
Jane Korf 12-4320

☐ Credit Union Plans
Connie Dickhudt 16-4172

☐ Group Claims Disability
Leona Harris 16-3815

☐ Group Claims Life
Gregg Hammerly 16-3823

☑ Individual Insurance Claims
Jon Meier LC-3531

☐ Individual Policyholder Services
Cindy Dumer G6-362

☐ Group Annuities
Dick Manke 17-3687

☐ State of Minnesota (for city or county employees for the State of Minnesota)
Kim Knutson LC-3766

☐ State of Wisconsin Employee's Group Insurance (Life and Disability)
Gregg Hammerly 16-3823--he will send to Chris Schmelzer (0887)

☐ Northstar Life
Helen Leslie 21-3739

Reviewed by: SDO

☐ U of M Coverage
Ilena Lonetti 19-3669

☐ Group Underwriting
LC-3804

☐ Individual Underwriting
Darrell Trenary 13-3514

☐ AUSA/AOPA
Sherry Lamb LC-3757

☐ Land Bank/Group Policyholder Services
Sherry Lamb LC-3757

☐ Agent Complaints
Nancy Winter G6-3497

☐ Employer Plans
Kim Knutsen LC-3766

☑ General Policies of MML
Attorney: Garry Felland

☐ Other ____________

CC: ☐ Wendy Lynch (VAL Policies) G2-4399
☐ Bill Wernecke (Agents West of the River)
☑ Bill Owens (Agents East of the River)
☐ Jack McElhaney (Ministers Life)
☐ ____________
☐ ____________

3(c)

Date: 11-7-96