# EXHIBIT "15"

McGill

6/8/92 Tentative offer of 5/5, 3030 discussed with Kim @ agency 030.

6/10/92 EM from Kim @ 030 - going for tentative offer

EM from Mike Johnson (agent) @ 030 giving background.

6/26/92 EM to agency - ok to issue modified?
6/30/92 U/W approved (would not have without agency ok)
7/7/92 Policy mailed [scribbled out] w/del. instructions

7/15/92 Policy paid for (189.74 per mo)
note: 163.32 collected w/app. (Employer paid LB directly to Ins co)

7/21/92 Letter from Jon mailed. (business address)

8/20/92 EM from Mike Johnson re: Life rated?

EXHIBIT B MER 6/1/06