# EXHIBIT "21"

THE MINNESOTA MUTUAL LIFE INSURANCE COMPANY
400 ROBERT STREET NORTH
ST. PAUL, MN 55101-2098
PH 612/298-3500

**MINNESOTA MUTUAL**

November 21, 1996

Mr. Thomas F. Coates, III
Coates & Davenport
5206 Markel Road
P.O. Box 11787
Richmond, VA 23230

***VIA FACSIMILE***
***AND U.S. MAIL***

RE: JOHN L. McGILL
DISABILITY POLICY NO. 1-933-689h

Dear Mr. Coates:

I am writing in response to your letter of November 6, 1996, addressed to Robert L. Senkler, President of The Minnesota Mutual Life Insurance Company regarding the above-noted matter. Upon the receipt of your letter we began an investigation regarding the allegations contained therein. Unfortunately, we have not yet completed our investigation and I ask your forbearance for approximately 1 more week at which time we should be able to respond to the statements made in your letter.

Thank you for your cooperation and if you have any questions, please feel free to call me directly at (612) 298-3744.

Very truly yours,

Harold A. Oien, Jr.
Senior Counsel

HAO:vmd

EXHIBIT
J
MER
6/1/06