# EXHIBIT "22"

THE MINNESOTA MUTUAL LIFE INSURANCE COMPANY
INDIVIDUAL CLAIMS
400 ROBERT STREET NORTH
ST. PAUL, MN 55101-2098
TOLL FREE 1-800/641-4611

January 20, 1997

MINNESOTA MUTUAL

THOMAS F COATES III
COATES & DAVENPORT
5206 MARKEL RD
P.O. BOX 11787
RICHMOND, VA 23230

RE: JOHN MCGILL
POLICY 1933689H

Dear Mr. Coates:

After reviewing your November 6, 1996 letter to Robert Senkler with our Law Department, we find no basis for Minnesota Mutual to extend Mr. McGill's benefit period to age 65 or to agree to a settlement with Mr. McGill.

According to the information contained in the policy file, both Mr. McGill and his agent, Mr. Johnson, were properly notified by Minnesota Mutual that Mr. McGill's policy had been modified. Mr. Johnson maintains that he informed both Mr. McGill and Mr. McGill's employer, The InterFlex Group, of the modifications. The state of Virginia does not require the policyowner's signature upon policy modification by an insurance company. The application is endorsed to reflect any changes and states clearly that "acceptance of this policy shall ratify changes entered here by Minnesota Mutual Life."

Due to the passage of time, Mr. Johnson does not recall the circumstances surrounding the delivery of Mr. McGill's policy, but is certain that it was delivered in the normal course of business. The InterFlex Group denies ever having had the policy in it's possession. As Minnesota Mutual received the increased premium as acceptance of it's counteroffer, we consider the modified policy to have been constructively delivered.

Therefore, it is Minnesota Mutual's position that Mr. McGill had knowledge of the policy modifications and that the policy was delivered. If you have any additional information for our review, please forward it to our office immediately.

Sincerely,

EXHIBIT
K
MER
6/1/06

Cheryl Wolf
Individual Claims