# EXHIBIT "23"

TRANS-GENERAL
SERVICES COMPANY, INC.
A MEMBER OF THE TRANS-GENERAL GROUP

FOSTER PLAZA VIII
730 HOLIDAY DRIVE
PITTSBURGH, PA 15220-2748
(412) 937-7500

FORMERLY PEN-WEL, INC.

February 8, 1996

Minnesota Mutual Life
Attention: Cheryl Wolf
Individual Claims
400 Robert Street N.
St. Paul, MN 55101-2098

EXHIBIT
N
MER
6/1/06

**RE: Long Term Disability**
**Claimant: John L. McGill**
**SSN: 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**

Dear Ms. Wolf:

We are currently reviewing a group long term disability claim for the above referenced individual. In order to assist in our review, please provide the following information.

-Is the above referenced eligible for Long Term Disability coverage with Minnesota Mutual Life? yes

-What type of coverage is in force? Individual or group?

-What were the eligibility requirements for obtaining this policy?
appropriate income & medical information

-Has a claim been submitted and approved? If so, please provide the monthly benefit amount, elimination period and maximum benefit period. yes, but not approved yet. No benefits due until 3-27-96

Enclosed is an authorization for the release of this information.

Thank you for your time and assistance. Enclosed is a return envelope.

Sincerely,

Policy issued 7-2-92
$3400 monthly benefit
90 day WP
5 year benefit period

RECEIVED
FEB 12 1996
CLAIM DEPT.

Geoffrey G. Graeb
Disability Claims Administrator
(800)551-0332 ext. 3980

If you have any questions, please call me at 1-800-641-4611.

Cheryl Wolf / DI Claims Examiner
2-27-96