# EXHIBIT "24"

THE MINNESOTA MUTUAL LIFE INSURANCE COMPANY
INDIVIDUAL CLAIMS
400 ROBERT STREET NORTH
ST. PAUL, MN 55101-2098
TOLL FREE 1-800/641-4611

# FAX COVER SHEET

MINNESOTA MUTUAL

**CONFIDENTIAL**

**This information is for the addressee ONLY!!**

DATE: 12-15-97

TO: Mickey Doyle
Interflex Group Inc.

FAX NUMBER: 804-798-2516

FROM: Cheryl Wolf
Individual Claims

PHONE: 1-800-641-4611 - Direct (612) ____

FAX NUMBER: (612) ~~223~~ 665-4227

SUBJECT: ____

*** Please see attached ***

EXHIBIT
P
6/1/06
MER

THIS TRANSMISSION INCLUDES 4 PAGES, INCLUDING COVER SHEET.

If you do not receive all pages or have any problems with receiving, call 1-800-641-4611.

THE MINNESOTA MUTUAL LIFE INSURANCE COMPANY
INDIVIDUAL CLAIMS
400 ROBERT STREET NORTH
ST. PAUL, MN 55101-2098
TOLL FREE 1-800/641-4611

December 15, 1997

MINNESOTA MUTUAL

ELEANOR DOYLE
INTERFLEX GROUP
323 HILL CARTER PKWY
ASHLAND, VA 23005

**RE: JOHN MCGILL**
**POLICY 1933689H**
**CLAIM #DI 38061**

Dear Mrs. Doyle:

This letter is a follow-up to our discussion on May 2, 1997. Please accept my apologies for the delay. As you may recall, we were discussing my March 18, 1997 letter to you concerning Mr. McGill's 1995 Form 1099. Based on our discussion, it appears that Interflex did not issue the Form 1099 in question, therefore, we believe that Mr. McGill's disability benefits should be taxable. However, I would appreciate you looking at one more piece of information.

In our file, I discovered another copy of a 1995 Form 1099 that was sent to us, which may assist you in determining if Interflex issued it. Please see the copy attached. As it was faxed from your office to Michael Johnson, it appears that an associate at Interflex issued it and then instructed Mr. Johnson as to what it represented. Maybe you will recognize the handwriting. Please let me know if Interflex issued this 1995 Form 1099 to Mr. McGill for reimbursement of his disability premiums.

If Interflex did not issue the Form 1099, we will be notifying you in January to issue a Form 1099 for disability benefits paid to Mr. McGill in 1996 and 1997. We will then notify Mr. McGill of this and that he must file an amended 1996 tax return.

Also, could you please inform me as to what the 1996 W-2 in the amount of $51,891.01 represents? Please see the copy attached. Was there any reimbursement for disability premiums paid in 1996?

I appreciate your prompt response, as we are close to the end of the tax year. Please feel free to call me at 1-800-641-4611 or fax me your response at 612-665-4227. Thank you again for all of your kind assistance and have a happy holiday season.

Sincerely,

Cheryl Wolf

Cheryl Wolf
Individual Claims

See 1-13-98 B.S.
CW

| | |
|---|---|
| a Control number: EMP# 4170 | OMB No. 1545-0008 |
| **Copy B To Be Filed with employee's FEDERAL tax return** | |
| b Employer's identification number: 54-1218863 | |
| c Employer's name, address, and ZIP code: INTERFLEX GROUP INC, 323 HILL CARTER PARKWAY, ASHLAND VA 23005 | |
| d Employee's social security number: 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 | |
| e Employee's name, address, and ZIP code: JOHN L MCGILL, 6 THISTLE DRIVE, OSWEGO NY 13126 | |

| | |
|---|---|
| 1 Wages, tips, other compensation: 51891.01 | 2 Federal income tax withheld: 6545.99 |
| 3 Social security wages: 51891.01 | 4 Social security tax withheld: 3217.22 |
| 5 Medicare wages and tips: 51891.01 | 6 Medicare tax withheld: 752.42 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment: 0.00 | 10 Dependent care benefits: 0.00 |
| 11 Nonqualified plans: 0.00 | 12 Benefits included in box 1 |
| 13 See Instrs. for box 13 | 14 Other |

15 Statutory employee | Deceased | Pension plan | Legal rep. | Hshld. emp. | Deferred compensation

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| VA | 0012520883 | 51891.01 | 1607.21 | | | |

Form **W-2** Wage and Tax Statement **1996**

Department of the Treasury – Internal Revenue Service

This information is being furnished to the Internal Revenue Service

RECEIVED