# EXHIBIT "18"

# PAGES 1-10

**MINNESOTA MUTUAL** **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | [illegible] McCarthy | [illegible] |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| 12/[illegible]/95 | Agent, Mike Johnson, called. He rec'd his agent copy of the [illegible] letter, [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] |
| 11-29-95 | [illegible] [illegible] [illegible] following [illegible] includes life policy of 4/15/93. Income [illegible] [illegible] [illegible] of 1990 [illegible] [illegible] income was as follows: 1992 – 1991 – 1990; 142,200 – 147,314 – 209,000 |
| | Occupation – Ins. [illegible] [illegible] [illegible] [illegible] company ([illegible] [illegible] [illegible]) Ins. [illegible] [illegible] 1988 [illegible] employee of the company at [illegible] [illegible] [illegible] duties include 60% administration, 35% [illegible], [illegible] [illegible] |
| | Other [illegible] Insurance – none |
| | Medical Hx: |
| | – Back strain from lifting weights in 4/90. Was treated by a [illegible] for 1 wk (doesn't remember [illegible] name), consisting of [illegible] [illegible] [illegible] residual effect |
| | – Kidney stone in 1986, passed [illegible] residual effect ([illegible] [illegible]) |
| | – Chest and [illegible] pain in 10/93 [illegible] [illegible] |
| | – Bronchitis episode in 1993, tx'd by Dr. Thomas [illegible] – [illegible] [illegible] [illegible] |
| | – Hayfever |
| | – [illegible] in 1957 ([illegible] [illegible] name of Dr.) |
| | – Has seen a dermatologist for removal of benign moles etc. [illegible] |
| | – Hx of gout, abnormal blood work, obesity. Takes Indocin for gout – [illegible] tx'd by Dr. [illegible] [illegible] |

EXHIBIT H 6/1/06 MER

F [illegible] Rev. 7-93

**MINNESOTA MUTUAL** **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | [illegible] | [illegible] |

IMPORTANT: Be sure you ALWAYS date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| 1-9-96 | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] (1000?) [illegible] |
| | [illegible] |
| 2-11-96 | A review of Dr. [illegible] records reflect he |
| | [illegible] visit on 8-23-95. By [illegible] |
| | [illegible] 11-29-95 Dr. [illegible] |
| | [illegible] "to whom it may concern" [illegible] |
| | [illegible] |
| | by employer. On 12-20-95 [illegible] was accompanied |
| | by [illegible] insurance persons and claim forms were |
| | completed. (note - the APS is dated 12/20 with an |
| | o/v that day). As of 1-9-96, the Ins had to change |
| | health plans, which Dr. C is not a part of. |

**MINNESOTA MUTUAL** — **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | John McBride | 3 |

**IMPORTANT:** Be sure you ALWAYS date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| 2-?-96 | A review of Mr. [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] why he [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] |
| | A review of Dr. [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] it was noted he [illegible] [illegible] [illegible] and [illegible] [illegible] [illegible] [illegible] |
| 2-?-96 | Called [illegible] [illegible] at [illegible] [illegible]. [illegible] [illegible] [illegible] [illegible] on 180 day [illegible] benefit is [illegible] [illegible] [illegible] salary. Ins was terminated from employment [illegible] [illegible] due to poor performance. [illegible] [illegible] [illegible] [illegible] Ins medical [illegible] changed & [illegible] [illegible] [illegible] [illegible] |
| 3-2-96 | Ins called to inform that as of 1-1-96 his ex-employer changed health insurance companies and he now must find a new primary care, ENT and pulmonologist. Used to be Southern Health HMO, is now covered under NY Life Health Plan. His new ENT is Dr. Andrew Klein at St. Mary's Hospital. His old pulmonologist, Dr. Charles Robertson had suggested the following surgery to the Ins: |

F. 12380 Rev. 7-83

MINNESOTA MUTUAL

INDIVIDUAL CLAIM MEMORANDA

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | John McGill | 2 |

IMPORTANT: Be sure you ALWAYS date and initial comments made in a claim file

| DATE | COMMENTS |
|---|---|
| 5-8-96 | 1) Uvulopalatoplasty (remove uvula) |
| [illegible] | 2) remove tonsils |
| | 3) [illegible] |
| | 4) remove excess tissue in the back of throat |
| | He was quoted $2,500 [illegible] |
| | [illegible] |
| | [illegible] |
| | 1) [illegible] |
| | 2) [illegible] |
| | 3) [illegible] |
| | He will be undergoing a [illegible] in the |
| | next few days and expects that he will not |
| | be [illegible] for another 2 to 3 weeks. The |
| | new [illegible] Dr. [illegible] [illegible] |
| | also been [illegible] a [illegible] by |
| | performing a [illegible] in his [illegible] |
| | while in the [illegible] and a [illegible] to |
| | that during sleep he [illegible] |
| | During the day he can [illegible] and |
| | breathe normally. |
| | |
| | The Ins previously worked for Intelex, which |
| | was formerly known as Eastern Shore [illegible]. |
| | Intelex manufactured packaging [illegible] for |
| | chicken, poultry and pork, such as the bags |
| | and printed film that covered the meat. |
| | Informs that half of the time, he spent out traveling |
| | approx 60,000 miles per year, mostly to the "chicken |
| | belt", but all over the US, South America and |
| | Puerto Rico, dealing with the chicken producers |
| | to use or continue to use their product. His duties |
| | in the office were to lead or manage as president |

**MINNESOTA MUTUAL** INDIVIDUAL CLAIM MEMORANDA

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | John McCaffe[illegible] | 5 |

**IMPORTANT:** Be sure you ALWAYS date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| [illegible] | and [illegible]. He is an employee [illegible] |
| | [illegible] in the [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | 1994. |
| | |
| | He was paid 3 mo of salary as severance. He [illegible] |
| | pay back [illegible] on 12/5 [illegible] |
| | his PAC. He was [illegible] |
| | insurance [illegible] policy [illegible] |
| | [illegible] employer [illegible] |
| | for [illegible], which he [illegible] has a |
| | [illegible] |
| | personal [illegible]. His 1995 W-2 form [illegible] |
| | $3600, not $1400 |
| | |
| | Currently, he is still experiencing profound fatigue |
| | and falling asleep. However, he tries to work out |
| | for 3 hours and networks on the phone. He has |
| | been interviewing for executive positions within his |
| | industry, but there are only 13 in the country |
| | that are similar & he's not sure he wants to |

P 12340 Rev 7-83

**MINNESOTA MUTUAL** INDIVIDUAL CLAIM MEMORANDA

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | [illegible] | 6 |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| | [illegible] |
| | [illegible] |
| [illegible] | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| 4/2/96 | Records indicate a "severe sleep apnea" |
| Merrell | with 97% [illegible] of 40. Apparently |
| | CPAP was tried and [illegible] found |
| | it intolerable. He tried weight |
| | loss but was not successful in |
| | correcting the problem. |
| | He may well have had major |
| | work problems with fatigue & |
| | cognitive deficits since 4/94. |
| | He's falling asleep apparently |
| | without warning & has been unable |
| | to drive himself because of this. |
| | I do not see hope for improvement. |

F. 12365 Rev. 7-83

**MINNESOTA MUTUAL** — **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | [illegible] | [illegible] |

**IMPORTANT:** Be sure you ALWAYS date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| | [illegible] [illegible] performed [illegible] completely [illegible] sleep apnea [illegible] |
| | This case [illegible] [illegible] |
| | [illegible] pulmonary physicians. If treatment has proceeded [illegible] should see improvement on subsequent sleep study [illegible] & daytime fatigue & sleepiness should quickly resolve |
| | [illegible] 5520 |
| 4-8-96 | Medical opinion noted. [illegible] |
| 4-5-96 | Contestable period on life policy # 1965[illegible] expired 7-2-94, therefore there is no contestable review. It appears that no information that reflects a Dx of sleep apnea prior to DI policy issue of 7-2-92 exists. [illegible] |
| 4/10/96 | Called Wanda Taylor at employer. Left message for her to call [illegible]. |

F-12368 Rev. 7-93

**MINNESOTA MUTUAL** — **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | McCull | 3 |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| [illegible] [illegible] | Re onset of [illegible] |
| | Apparently he [illegible] [illegible] [illegible] sleep apnea [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] Apparently [illegible] psych [illegible] [illegible] [illegible] [illegible] psych problems [illegible] sleep apnea [illegible] effects on the brain's functioning (with lack of sleep & hypoxia) and cardiac [illegible] from sleep apnea |
| | Note his weight in [illegible] 262 lbs 6'0" |
| | At [illegible] sleep study 4/94 his weight was 259 lbs 6'1" |
| | So he had not gained enough weight to expect a significant worsening of the sleep apnea to have occurred from 4/94 to 1/96 |
| | Appears he did continue to work till 11/95 though quality of his work may have been in question |
| | LD 3520 |

**MINNESOTA MUTUAL** INDIVIDUAL CLAIM MEMORANDA

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | McGee | [illegible] |

IMPORTANT: Be sure you ALWAYS date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| [illegible] | [illegible] ... 1991 [illegible] She stated that Ins has received a 1099 [illegible] ... premiums [illegible] ... insurance policy provides the corp would pay his premiums [illegible] through 3-1-96. Ins would not [illegible] the company app plan w/o premium due [illegible] 3-21-96. |
| | Note that employer's letter also received - report Ins' job eliminated due to downsizing. Also note that his job involved less than 10% travel (Ins told [illegible] 3-8-96 that 1/2 of his time was spent traveling). Ins' severance agreement also included. Note that he has a non-compete agmt with [illegible] for 2 years - since no geographical limitation in it it would apply nationally. Therefore Ins cannot work in this field for 2 years from 11-30-95. |
| | [illegible] |

**MINNESOTA MUTUAL** INDIVIDUAL CLAIM MEMORANDA

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | John McGill | 9 |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file

| DATE | COMMENTS |
|---|---|
| [illegible] | [illegible] called [illegible] |
| | [illegible] |
| | and upon he did & [illegible] to their plants in Georgia and Texas, plus a few hardware. He was for 2 years a manager in charge of the plant and not involved in sales at all. In fact it is her husband and the [illegible] who travel around the world mostly to South America. As of 4-1 they will no longer be paying the premium [illegible] glad. |
| | Note: She [illegible] to Midhy's 4-6 letter and [illegible] what the [illegible] related in 3 & regarding his duties and duties. [illegible] |
| | (804) 798-0571 Midhy's phone # |
| [illegible] | PC from agent Mike Johnson, he needs us to stop APP draw from his employer & to bill insured directly. I called 5970 (Chad & Vicki), he said he will take care of this but will have to bill insured quarterly. KB |

F-12338 Rev. 7-93

**MINNESOTA MUTUAL** **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | John McCarth[illegible] | 12 |

IMPORTANT: Be sure you ALWAYS date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| 6-?-06 | [illegible] |
| | [illegible] (8??) [illegible] |
| 6-?-06 | Discussed w/ Dr. [illegible] among the [illegible] medications which may help the sleep apnea. There is really nothing to be done. Appears that the only [illegible] treatment is the CPAP & the [illegible] which is unfortunate given the fact that no medical Dx can be given as [illegible] a [illegible] would not be needed [illegible] [illegible]. After age 52, [illegible] days [illegible] as [illegible] the picture. |
| 8-?-06 | Ins called to inform that he had mailed his forms & was moving to NY. His new address will be: 6 Thistle Dr. Oswego, NY 13126 (315) 342-2545 |
| | He will also be starting a 9 month advanced degree program in taxation law in Boston. He will be living with his sister in RI and commuting to school. He plans to go home to NY every other week. He will only be going |

C [illegible] Rev. 7/03