# EXHIBIT "18"

# PAGES 11-20

**MINNESOTA MUTUAL** **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | [illegible] | [illegible] |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| [illegible] | [illegible] for 4 days, [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| [illegible] | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] has not been [illegible] |
| | [illegible] |
| | unless they have a notified contract and how to |
| | handle them. [illegible] |
| | [illegible] to agent, in turn [illegible] |
| | instruct their office personnel [illegible] |
| | they place their policies [illegible] |
| | in a black binder. [initials] |
| 11-14-96 | Spoke w/ [illegible] Trans-General. [illegible] |
| | not issued as modified as there was no [illegible] |
| | (open enrollment). Their agent is also Mike |
| | Johnson. [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | therefore, the only alternative the $1000 [illegible] |
| | benefit amount (instead of the $2500 issued). Based |
| | on counsel's advice, they are paying the [illegible] amount |
| | this occurred in 6/96. Re the claim: they had an IME |
| | performed, which supported disability. [initials] |

**MINNESOTA MUTUAL** — **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | [illegible] | [illegible] |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| [illegible] | Left message for [illegible], [illegible] call |
| | [illegible] |
| [illegible] | [illegible] |
| | [illegible] |
| [illegible] | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] and [illegible] |
| | [illegible] |
| | call, but as he had already [illegible] and |
| | hasn't spoken with [illegible] |
| | speak with the [illegible] and [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| [illegible] | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] manager [illegible], in addition |
| | to being the owner [illegible]. He [illegible] as long, but |
| | he wasn't [illegible] the |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |

**MINNESOTA MUTUAL** **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | John [illegible] | [illegible] |

**IMPORTANT**: Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| [illegible] | at some point, probably at [illegible], because he |
| [illegible] | would have had to [illegible] |
| | He also [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | he [illegible] when he [illegible] |
| | |
| | Mike has [illegible] |
| | a [illegible] that [illegible] policy has been [illegible] |
| | [illegible] |
| | [illegible] |
| | |
| | Mike has [illegible] for [illegible] |
| | [illegible] |
| | However, [illegible] was [illegible] as part of [illegible] |
| | [illegible] |
| | of [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | |
| | He [illegible] to [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] also, Mickey |
| | informed him that there was no medical |
| | reason the [illegible]. He was terminated |

F-12288 Rev. 7-93

**MINNESOTA MUTUAL** INDIVIDUAL CLAIM MEMORANDA

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | John [illegible] | [illegible] |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| [illegible] | will be his management [illegible] and neck [illegible] |
| [illegible] | [illegible] taking the surgery. |
| | Mike [illegible] to [illegible] the [illegible] [illegible] [illegible] |
| | [illegible] |
| | Mike believes that the [illegible] has nothing to do with it [illegible] years and when he [illegible] the [illegible] it would be [illegible]. He [illegible] [illegible] [illegible]. He also informed that the [illegible] of [illegible] in [illegible]. |
| | Mike asked if he needed to do anything at that point. Informed him no, the home office will be responding to his atty. [initials] |

F. 17388 Rev. 7-93

**MINNESOTA MUTUAL** — INDIVIDUAL CLAIM MEMORANDA

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | John [illegible] | [illegible] |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| [illegible] | Spoke with [illegible] Doyle [illegible] of [illegible] |
| | [illegible] (Clay) [illegible] |
| | |
| | Sh[e] was hired by [illegible] the [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | they [illegible] when [illegible] |
| | [illegible] payroll. [illegible] |
| | with the agent [illegible] and they [illegible] |
| | would not. That if they wished to [illegible] |
| | [illegible] they would need to [illegible] |
| | directly. [illegible] the [illegible] (including [illegible] |
| | husband and [illegible]) [illegible] the [illegible] premiums |
| | were paid from the [illegible] and the other [illegible] |
| | were [illegible] from payroll [illegible]. |
| | |
| | [illegible] the [illegible] paid [illegible] |
| | premiums. [illegible] asked her if she |
| | was aware of the 1995 1099 where the Ins. |
| | claims it [illegible] for payment of DI premiums. She |
| | wasn't. Asked her if she [illegible] phone |
| | call w/ him in 4/96 where she stated the ins. |
| | did pay / or at least was 1099-d for the premiums |
| | She did not recall. [illegible] |
| | [illegible] paid by [illegible] |
| | [illegible] Asked her if she knew |
| | what 1099 amt represented or if there was |

**MINNESOTA MUTUAL** — **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
| --- | --- | --- | --- |
| | | | |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
| --- | --- |
| [illegible] | [illegible handwritten comments] |

**MINNESOTA MUTUAL** INDIVIDUAL CLAIM MEMORANDA

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | [illegible] | [illegible] |

IMPORTANT: Be sure you ALWAYS date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| 11-20-06 [illegible] | was informed that we may [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] time that the [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] again, she [illegible] she [illegible] [illegible] [illegible] interview." |
| | [illegible] that he was a [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] husband. they were [illegible] [illegible] [illegible] [illegible] approach. [illegible] [illegible] them. they still do business with [illegible] [illegible] was in and out of their office [illegible] [illegible] and had a lot of contact w/ the Ins. |
| | Mickey informed that she has a copy of the complaint from the Ins atty. she was not shocked to learn that the ins policy was not as applied for as stated in complaint, as she knows [illegible] had been paying the increased premiums for 3 years. However, she is not surprised that the Ins wants to sue us. She tried |

F. [illegible] Rev. 7-[illegible]

**MINNESOTA MUTUAL** INDIVIDUAL CLAIM MEMORANDA

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | [illegible] | [illegible] |

IMPORTANT: Be sure you ALWAYS date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| 11-2-06 [illegible] | to our [illegible] [illegible], but when [illegible] [illegible] and the fact that the [illegible] had [illegible] a [illegible] [illegible] not [illegible] [illegible] he [illegible] [illegible] 3 years [illegible] [illegible] to 11:30. [illegible] [illegible] that he had [illegible] and was [illegible] problem [illegible] he was out of the office [illegible] etc. However [illegible] he couldn't [illegible] at night [illegible] sleep. They have had no contact with him since he left. |
| | Mickey was surprised & dismayed to learn that we were paying disability benefits. He did not lose his job for medical reasons. She doesn't understand why he couldn't do a job much as his old one, pretty much sitting behind a desk. Ins was the operations manager for the plant. He traveled very rarely, only once overseas to Germany for 2 days with the plant manager. Occasionally he'd fly to their plants in NC & TX. |

F 12354 Rev. 7-83

**MINNESOTA MUTUAL** **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | [illegible] | [illegible] |

**IMPORTANT**: Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| [illegible] | Mickey is willing to pursue any [illegible] |
| [illegible] | [illegible] back to |
| | the 1994 and [illegible] 1995 [illegible] |
| [illegible] | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | it was practiced. He continues to experience 3 or 4 |
| | happenings [illegible] |
| | still appears to have a [illegible] due to |
| | the life altering condition (chronic pain, |
| | difficulty in walking). His neurologist told him |
| | he has a degenerative [illegible] |
| | He will send his 1994 taxes once the 1995 are |
| | complete. In 1994 he earned approx [illegible] |
| | Tom Gibbon. His 1995 taxes will reflect a few |
| | extras from annuities - stock [illegible] |
| | distribution and salary continuation. He earned |
| | approx 190,000. |
| | He asked why I haven't responded to his attorney's |
| | letter. Informed him I did in January. He was |
| | surprised to hear this as his attorney had not |
| | told him anything. He asked what our position |
| | was & if he could receive a copy of the letter. |
| | I faxed a copy & outlined our position. He |
| | [illegible] |

**MINNESOTA MUTUAL** — INDIVIDUAL CLAIM MEMORANDA

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | John McGill | 20 |

IMPORTANT: Be sure you ALWAYS date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| 3-14-97 cont | he was a weight lifter & had a lot of muscle, not fat. This also led to increased cholesterol [illegible] |
| 3-18-97 | Reviewed Ins 1995 1040 (Schedule C). There were 3 W-2's from Interflex. There was a 1099 from Univ. [illegible] and two 1099's from [illegible] [illegible]. These 1099's appear to [illegible] for [illegible] premiums for [illegible] [illegible]. |
| | Even though we don't have the 1099's for 1994, it appears that [illegible] was [illegible] previously for his LTD premiums in those years. |
| | The 1099 for $2,560.32 (LTD prem) is inconsistent with what Kirby Doyle informed us of in her 11-27-96 letter. Will write to her to clarify. [illegible] |
| | note: FICA earnings for 1995 reflect a total of $191,657.11. |
| 4-29-97 | Rec'd 1996 tax return & CIS. |
| | There are 2 W-2's from Interflex 1) 29450.95 (Dept 1 / [illegible] / [illegible]) |
| | identified as DCR/RNB Benefit Distr |
| | 2) 51,891.01 |
| | ~~51,342~~ #2-#3 = |
| | 3) business loss - 1,774 / 50,117 |
| | Insd indicates tx consists of wt loss via diet, exercise, Rt heel spur surgery 2-24-97, Tchol, trigs. sleep apnea persists, gouty arthritis |
| | According to severance agreement, Ins was to be paid $37,692 in salary continuation and $23,282 representing company stock. |