# EXHIBIT "18"

# PAGES 21-29

**MINNESOTA MUTUAL** — **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | John McGill | 21 |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| | [illegible] |
| 5-2-97 | Late entry – During the week of 3/29, [illegible] |
| | left a [illegible] message [illegible] [illegible] before the |
| | majority of the [illegible] on 4-10. Upon my return |
| | to the office, I left a [illegible] for her on 4-9. [illegible] |
| 5-2-97 | also wanted to note that [illegible] [illegible] [illegible] |
| | [illegible] in 1991 [illegible] [illegible] also [illegible] [illegible] |
| | [illegible] [illegible] for [illegible] [illegible] [illegible] |
| | Left [illegible] for [illegible] [illegible] [illegible] |
| 6-3-97 | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] She pointed out |
| | that "Attachment B" appeared to be produced |
| | manually on a typewriter. However, if we could |
| | provide the name of who may have produced it and |
| | the date, she could check into it. She also pointed |
| | out that if a 1099 were to be issued to [illegible] it |
| | would be only for the one [illegible] premium for key |
| | man insurance. The [illegible] [illegible] was LTD for |
| | all employees as a benefit. |
| | In 1995, they also used an outside payroll [illegible] in |
| | addition to the CPA firm. In 1996, they switched |
| | to just an inside payroll dept. |
| | Thanked her for the information & asked if needed, |
| | would she verify this in writing. She said yes. |
| | Also, if we needed any assistance to call. [illegible] |

**MINNESOTA MUTUAL** — **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | John McGill | 2 |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| 7-23-97 | Spoke with Susan Thomas, new claims examiner at Trans General (800) 551-0332. She verified that the benefit amount they were paying was the $4000, based on the insurance booklet. The [illegible] was never filed, just an attorney letter. Even though they had [illegible] [illegible] they felt it best to pay the $4000 and not the $2500 [illegible]. She [illegible] a copy of the IME report. CW |
| 11-3-97 | Rec'd PC from [illegible]. Hospitalized 3 days, possibly [illegible]; he won't [illegible] $300. I called our mail room & they can't [illegible] because there's no way to [illegible]. Check will go out normal mail. KB |
| 12-5-97 | Received records from Dr. Nyla, rheumatologist. First saw in 11/96 for chronic polyarthritis with arthralgias. Dr. feels joint symptoms increase his sleep apnea problems. Had gout attack in 1/97 and went to the E.R. Meds are allopurinol (300 & 200mg alternate days) and Colchicine (.6). As of 3/97 was less stiff. |
| | Received records from Dr. Loughran, orthopedic surgeon. In 10/96, underwent partial medial meniscectomy after arthroscopy showed a tear. Also had a rotator cuff tear. |
| | Received records from Dr. Xie, internist. High chol & trigs. Drinks one bottle of wine per day. As of 8/97, gout well controlled, currently unemployed. Advised to reduce calories & alcohol. Referred to a pulmonologist for his sleep apnea, Dr. Mandanas. CW |

**MINNESOTA MUTUAL** **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | John McGill | 23 |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| 12-8-97 | Spoke with Vivian Hyman at T.C. She has received [illegible] |
| | the 1995-96 [illegible] 1995 [illegible] |
| | [illegible] |
| | Also spoke with Mickey Boyle at InterTax who informed |
| | that [illegible] of the [illegible] and the [illegible] |
| | [illegible] 3-25-96 [illegible] |
| | that [illegible] letter |
| | [illegible] CW |
| 1-12-98 | Called Mickey Boyle [illegible] 12-8 [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | The 1996 W-2 consists of the remaining salary and |
| | severance pay thru 8/96 due to the [illegible]. |
| | redacted as privileged, legal analysis of claim |

**MINNESOTA MUTUAL** **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | John McCall | 4 |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| 2-4-98 | Ins called. He wanted to know if he could receive his benefit earlier. Informed him he could and we decided to pay his benefit on the 25th of the month. He lives in a new [illegible] & mail is slow. He understands that his [illegible] benefit will go only 25 days. |
| | Ins informed that in Sept he will start [illegible] at Temple [illegible] by [illegible] degree. It's a 12-month program. He's taking this in the hopes of being able to teach some day. [illegible] law school at [illegible] college in [illegible]. He will not [illegible]. He may try to [illegible] at Temple. Most of the [illegible] experience at the public defender office etc. We discussed the def of dis in his policy and what occurs if he starts earning income. CW |
| 3.11.98 | PC to Dr. Danley's off. left message & his nurse Nancy will call me back. KB |
| 3.13.98 | Reviewed Dr. Danley's records. Last o/v was 12-29-97. States Ins has lost 20 lbs. BP good. Chol good. He feels great. Trying to return to law practice. CW |
| 4-30-98 | Reviewed Ins 1997 2nd tax return. Only earned income is for consulting he does for [illegible]. However, gross revenues were $14,400, which is an increase over the last two years. Continue to monitor. CW |

**MINNESOTA LIFE** **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |

**MINNESOTA LIFE** — **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
|---|---|---|---|
| | | John McGill | [illegible] |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
|---|---|
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| 5-31-00 | Julie from [illegible] called. They are closing the handling of their claim as they wrote a [illegible] to the family who stated the Ins had no [illegible] in performing his duties. [illegible] |
| 7-13-00 | 1999 [illegible] Sch C [illegible] of $7,286. [illegible] |

**MINNESOTA LIFE** **INDIVIDUAL CLAIM MEMORANDA**

| CLAIM NUMBER | POLICY NUMBER | NAME | PAGE NUMBER |
| --- | --- | --- | --- |
| | | John [illegible] | [illegible] |

**IMPORTANT:** Be sure you **ALWAYS** date and initial comments made in a claim file.

| DATE | COMMENTS |
| --- | --- |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |

F. 12388 Rev. 10-1998

MINNESOTA MUTUAL

CONTESTABLE CLAIM LOG

| CLAIM NUMBER | POLICY NUMBER | NAME |
| --- | --- | --- |
| | | |

IMPORTANT: Be sure you ALWAYS date and initial comments made in claim file.

| REQUEST MADE TO | WHAT REQUESTED | SUMMARY | DATE REC'D |
| --- | --- | --- | --- |
| [illegible] | [illegible] | [illegible] | [illegible] |