UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN L. McGILL,<br>Plaintiff,<br><br>-vs-<br><br>MINNESOTA MUTUAL LIFE<br>INSURANCE COMPANY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.:<br><br>05-CV-0481/S |

**OPPOSITION OF PLAINTIFF JOHN L. McGILL**
**TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**NOW COMES** Plaintiff John L. McGill, by and through his counsel, and submits the following papers in opposition to the motion for summary judgment by Defendant Minnesota Mutual Life Insurance Company:

1. Declaration of John L. McGill dated November 30, 2006 with Exhibits 1-5;
2. Declaration of Alan J. Pierce with Exhibits 6-24;
3. Plaintiff John L. McGill's Response to Defendant's Statement of Undisputed Facts; and
4. Plaintiff's Memorandum of Law of Plaintiff John L. McGill in Opposition to Defendant's Motion for Summary Judgment.

**Plaintiff John L. McGill respectfully requests oral argument of this motion at a date, time, and place to be determined by the court.**

Dated: November 30, 2006

Respectfully Submitted:

*Counsel for Plaintiff*

By: **/s/ Alan J. Pierce**
Alan J. Pierce, Esq.

HANCOCK & ESTABROOK LLP
1500 Tower I, P.O. Box 4976
Syracuse, New York 13221-4976
Tel: (315) 471-3151

COIA & LEPORE
Jessica L. Basso, Esq.
226 South Main Street
Providence, RI 02903
Tel: (401) 751-5522