UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN L. MCGILL<br><br>Plaintiff,<br><br>v.<br><br>MINNESOTA MUTUAL LIFE INS. CO.,<br><br>Defendant. | CIVIL ACTION<br><br><br><br>No: 05-0481/S |

## STIPULATION

WHEREAS, plaintiff's counsel encountered technical problems with respect to the filing and service of a response in opposition to defendant's Motion for Summary Judgment on November 30, 2006, due to a power failure in Syracuse, New York;

WHEREAS, plaintiff's counsel e-filed and served by mail all opposition papers except plaintiff's Memorandum of Law on November 30, 2006 and e-filed plaintiff's Memorandum of Law on December 1, 2006 and served copies of all opposition papers on defendant's lead counsel Melissa Lang, Esq. by Federal Express on December 1, 2006; and it is hereby stipulated and agreed by the parties as follows:

1. Plaintiff's response in opposition to defendant's Motion for Summary Judgment shall be deemed served upon defense counsel on December 4, 2006, as plaintiff's counsel has agreed to serve copies of the documents comprising the response upon defense counsel located in Philadelphia, Pennsylvania by delivery service or overnight mail such that such documents are received by defense counsel no later than December 4, 2006;

2. The time provided for by the Local Rules within which defendant may file a reply brief with respect to plaintiff's response to defendant's Motion for Summary Judgment shall commence to run on December 6, 2006.

So agreed this 1st day of December:

Hancock & Estabrook LLP

By: /s/ Alan J. Pierce
Alan J. Pierce
1500 MONY Tower 1
Syracuse, NY 13221
(315) 471-3151

Counsel for Plaintiff, John L. McGill

Harvey Pennington, Ltd.

By: [signature]
Melissa Lang
1835 Market ST, FL29
Philadelphia, PA 19103
(215) 575-4168

Counsel for Defendant, Minn. Life. Ins. Co.

Coia & LePore

By: /s/ Jessica Basso
Jessica Basso
26 S. Main ST
Providence, RI 02903
(401) 751-5522
JBasso@Coialepore.com

Local Counsel for Plaintiff

Vetter & White

By: /s/ Timothy M. Bliss
Timothy M. Bliss
20 Washington Place
Providence, RI 02903
(401) 421-3060
TBliss@VetterandWhite.com

Local Counsel for Defendant

So approved by the Court this ______ day of December, 2006:

By: ____________________
William E. Smith, USDJ

{H0701809

760223_1

# CERTIFICATE OF SERVICE

To:

Alan J. Pierce, Esq.
Hancock & Estabrook, LLP
1500 MONY Tower I
P.O. Box 4976
Syracuse, NY 13221-4976

Jessica Basso, Esq.
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909

I hereby certify that I electronically filed the within stipulation on December 4, 2006. The stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-listed counsel of record has been effectuated by electronic means.

/s/ Timothy M. Bliss