HANCOCK & ESTABROOK, LLP
COUNSELORS AT LAW

*Writer's Direct Dial No.: (315) 425-3546*
*EMAIL: apierce@hancocklaw.com*

January 5, 2007

**VIA ELECTRONIC FILING**

Hon. Lincoln D. Almond
United States Magistrate Judge
U.S. District Court, District of Rhode Island
Federal Building and Courthouse
Providence RI 02903

**Re: McGill v. Minnesota Mut. Life Ins. Co.**
**Case No.: 1:05-CV-481**

Dear Magistrate Judge Almond:

I write this letter in response to the January 4, 2007 letter sent via Federal Express by Melissa Lang, Esq., counsel for Defendant Minnesota Mutual Life Insurance Company in this action. As you know, I am counsel for Plaintiff John L. McGill in this matter. Very briefly, I write to also advise the Court that Plaintiff has no objection to your Honor's continued handling of Defendant's motion for summary judgment. Plaintiff does object to, however, and requests that the Court reject and not consider, the legal arguments and authorities contained in Attorney Lang's three page letter. Attorney Lang already served a Memorandum Of Law in support of Defendant's motion for summary judgment and a Reply Memorandum Of Law in response to Plaintiff's Memorandum Of Law opposing the motion for summary judgment. The only new document submitted to the Court and Attorney Lang by Plaintiff during oral argument was a copy of a Virginia statute. Notably, Attorney Lang's three page letter does not address the applicability of that Virginia statute. Attorney Lang's three page letter amounts to a Supplemental Reply Memorandum of Law that is not called for under the Federal Rules of Civil Procedure or the Local Rules for the District of Rhode Island.

Thanking you in advance for your continued consideration in this matter, I remain

Very respectfully yours,

HANCOCK & ESTABROOK, LLP

s/Alan J. Pierce

Alan J. Pierce

AJP/lmr
cc: Jessica L. Basso, Esq. (service by e-filing)
Melissa Lang, Esq. (service by facsimile & mail)
Timothy M. Bliss, Esq. (service by e-filing)



1500 Tower I, P.O. Box 4976, Syracuse, NY 13221-4976
Phone: 315.471.3151 • Fax: 315.471.3167 • www.hancocklaw.com