EXHIBIT "A"

Sec.
38.2-3527. Grace period.
38.2-3528. Incontestability.
38.2-3529. Entire contract; statements deemed representations.
38.2-3530. Evidence of individual insurability.
38.2-3531. Additional exclusions and limitations.
38.2-3532. Misstatement of age.
38.2-3533. Individual certificates.
38.2-3534. Notice of claim.
38.2-3535. Claim forms.
38.2-3536. Proofs of loss.
38.2-3537. Time of payment of claims.
38.2-3538. Payment of benefits.
38.2-3539. Physical examinations and autopsy.
38.2-3540. Legal actions.
38.2-3540.1. Claims experience.
38.2-3541. Conversion or continuation on termination of eligibility.
38.2-3542. Notice to employees upon termination of coverage; penalty for failure to remit funds.
38.2-3543. Provisions required by other jurisdictions.
38.2-3543.1. Regulations.
38.2-3543.2. Applicability of laws.

Article 4.

Industrial Sick Benefit Insurance.

38.2-3544. Definition of industrial sick benefit insurance.
38.2-3545. Further restrictions as to beneficiaries.
38.2-3546. Cancellation of sick benefit portion of policy.
38.2-3547. Excessive insurance; remedy.
38.2-3548. Agents subject to other insurance laws.
38.2-3549. Benefits not subject to legal process.
38.2-3550. Effective date.


## Article 1.

### *Individual Accident and Sickness Insurance Policies.*

**§ 38.2-3500. Form of policy.** — A. No individual accident and sickness insurance policy shall be delivered or issued for delivery to any person in this Commonwealth unless:

1. The entire consideration for the policy is expressed in the policy;
2. The time at which the insurance takes effect and terminates is expressed in the policy;
3. The policy insures only one person, except that it may insure eligible family members, originally or by subsequent amendment, upon the application of an adult member of a family who shall be deemed the policyowner;
4. The exceptions and reductions are set forth in the policy and, except those that are set forth in §§ 38.2-3503 through 38.2-3508, are printed with the benefit provisions to which they apply, or under an appropriate caption, but if an exception or reduction specifically applies only to a particular benefit of the policy, a statement of the exception or reduction shall be included with that benefit provision;
5. Each form, including riders and endorsements, is identified by a form number in the lower left-hand corner of the first page of the form;
6. It contains no provision making any portion of the charter, rules, constitution, or bylaws of the insurer a part of the policy unless that portion is set forth in the policy, except in the case of the incorporation of, or reference to, a statement of rates or classification of risks, or short-rate table filed with the Commission; and
7. It contains a statement about the provisions of subsections A and B of § 32.1-325.2 regarding the status of the Department of Medical Assistance Services as the payor of last resort.

B. If any policy is issued by an insurer domiciled in this Commonwealth for delivery to a person residing in another state, and if the insurance supervisory official of the other state advises the Commission that any such policy is not subject to approval or disapproval by such official, the Commission may by ruling require that such policy meet the standards set forth in this chapter.





C. *"Eligible family men*
without regard to whethe
policyowner, (iii) children
years, and (iv) any pers
§ 38.1-348; 1986, cc. 550,

**Editor's note.** — Pursuant t
fect has been given in this sect
above, to Acts 1986, ch. 550, w

**§ 38.2-3501. Policy fo**
dent and sickness insura
and classification of risl
insurance policy forms sl
Commission, subject to §
any such policy form if it
or are likely to be unrea
Commission disapproves
insurer may proceed as i
1986, c. 562.)

**§ 38.2-3502. Notice**
**insurer.** — A. Any indi
ered or issued for delive
notice stating substantia
"THIS POLICY MAY N
READ! This policy was
application, a copy of w
misstatement in your ap
history of any insured
Company immediately r
wise, your policy may nc
RIGHT TO RETURN
not satisfied with your
within ten days of the d
promptly refunded."
B. If a policyowner r
receipt, coverage under
the mailing or delivery
C. If the first paragra
is inapplicable or parti
insurer may modify or c
D. Nothing in this sec
to examine period to mc
(1966, c. 342, § 38.1-34

**§ 38.2-3503. Requir**
Except as provided in
insurance policy deliver
contain the provisions
appear in this section. A
different wording appro
less favorable in any res
shall be preceded indivi
by such appropriate i
Commission may appro

tion of coverage; penalty for failure to remit funds.
3. Provisions required by other jurisdictions.
3.1. Regulations.
3.2. Applicability of laws.

**Article 4.**

**Industrial Sick Benefit Insurance.**

4. Definition of industrial sick benefit insurance.
5. Further restrictions as to beneficiaries.
6. Cancellation of sick benefit portion of policy.
7. Excessive insurance; remedy.
8. Agents subject to other insurance laws.
9. Benefits not subject to legal process.
0. Effective date.

*nsurance Policies.*

ividual accident and sickness
' delivery to any person in this

expressed in the policy;
ct and terminates is expressed

pt that it may insure eligible
endment, upon the application
eemed the policyowner;
in the policy and, except those
.2-3508, are printed with the
' an appropriate caption, but if
ly to a particular benefit of the
on shall be included with that

ments, is identified by a form
st page of the form;
portion of the charter, rules,
he policy unless that portion is
ncorporation of, or reference to,
' short-rate table filed with the

ons of subsections A and B of
rtment of Medical Assistance

iled in this Commonwealth for
nd if the insurance supervisory
ion that any such policy is not
icial, the Commission may by
ards set forth in this chapter.



C. *"Eligible family member"* means the (i) spouse, (ii) dependent children, without regard to whether such children reside in the same household as the policyowner, (iii) children under a specified age not greater than nineteen years, and (iv) any person dependent on the policyowner. (1952, c. 317, § 38.1-348; 1986, cc. 550, 562; 1993, c. 306; 1994, c. 316.)

**Editor's note.** — Pursuant to § 30-152, effect has been given in this section, as set out above, to Acts 1986, ch. 550, which amended former § 38.1-348, the comparable provision in former Title 38.1.

**§ 38.2-3501. Policy forms; powers of Commission.** — Individual accident and sickness insurance policy forms and the rate manuals showing rules and classification of risks applicable to individual accident and sickness insurance policy forms shall be subject to the provisions of § 38.2-316. The Commission, subject to § 38.2-316, may disapprove or withdraw approval of any such policy form if it finds that the benefits provided in the policy form are or are likely to be unreasonable in relation to the premium charged. If the Commission disapproves a policy form or withdraws approval of a form, an insurer may proceed as indicated in § 38.2-1926. (1979, c. 726, § 38.1-362.8; 1986, c. 562.)

**§ 38.2-3502. Notice to be printed on policy; return of policy to insurer.** — A. Any individual accident and sickness insurance policy delivered or issued for delivery in this Commonwealth shall have printed on it a notice stating substantially:

"THIS POLICY MAY NOT APPLY WHEN YOU HAVE A CLAIM! PLEASE READ! This policy was issued based on the information entered in your application, a copy of which is attached to the policy. If you know of any misstatement in your application, or if any information concerning the medical history of any insured person has been omitted, you should advise the Company immediately regarding the incorrect or omitted information; otherwise, your policy may not be a valid contract.

RIGHT TO RETURN POLICY WITHIN 10 DAYS. If for any reason you are not satisfied with your policy, you may return this policy to the Company within ten days of the date you received it and the premium you paid will be promptly refunded."

B. If a policyowner returns the policy within ten days from the date of receipt, coverage under that policy shall become void from its inception upon the mailing or delivery of the policy to the insurer or its agent.

C. If the first paragraph of the notice required in subsection A of this section is inapplicable or partially inapplicable to a particular form of policy, the insurer may modify or omit the notice with the Commission's approval.

D. Nothing in this section shall prohibit an insurer from extending the right to examine period to more than ten days if the period is stated in the policy. (1966, c. 342, § 38.1-348.4; 1986, c. 562.)

**§ 38.2-3503. Required accident and sickness policy provisions.** — Except as provided in § 38.2-3505, each individual accident and sickness insurance policy delivered or issued for delivery in this Commonwealth shall contain the provisions specified in this section using the same words which appear in this section. An insurer may substitute corresponding provisions of different wording approved by the Commission that are in each instance not less favorable in any respect to the insured or the beneficiary. These provisions shall be preceded individually by the caption "REQUIRED PROVISIONS" or by such appropriate individual or group captions or subcaptions as the Commission may approve.

EXHIBIT "B"

McGill

**MINNESOTA MUTUAL**

**ATTENDING PHYSICIAN'S STATEMENT OF DISABILITY - 17**

Individual Claims • 400 Robert Street North • St. Paul, Minnesota 55101-2098 • TOLL FREE 1-800-641-4611

***So that we may provide you with prompt claim service, please have your doctor answer all questions carefully and completely.***

The insured is responsible for the completion of this form without expense to the Company.

CLAIM NUMBER: 38061

POLICY NUMBER: 1933689 H

NAME OF PATIENT: JOHN L. McGILL

DATE OF BIRTH (Mo., Day, Year): 7/17/47

PRESENT ADDRESS (Street): 6 Thistle Drive

CITY, STATE, ZIP: Oswego, NY 13126

## 1. HISTORY

(a) WHEN DID SYMPTOMS FIRST APPEAR OR ACCIDENT HAPPEN: (M/D/Y) 2/5/94

(b) DATE PATIENT CEASED WORK BECAUSE OF DISABILITY: (Mo., Day, Year) 12/1/95

(c) HAS PATIENT EVER HAD SAME OR SIMILAR CONDITION? IF "YES" STATE WHEN AND DESCRIBE

☐ Yes ☒ No

(d) IS DISABILITY RELATED TO EMPLOYMENT

☐ Yes ☒ No

(e) IF APPLICABLE TO DISABILITY, PLEASE STATE IF PATIENT IS RIGHT OR LEFT DOMINANT

☐ Right ☐ Left

(f) NAMES AND ADDRESS OF OTHER TREATING PHYSICIANS

Andrew Klein, M.D. ENT Richmond, VA.

## 2. COMPETENCE

DO YOU BELIEVE THE PATIENT IS COMPETENT TO ENDORSE CHECKS AND DIRECT THE USE OF THE PROCEEDS ☒ Yes ☐ No

## 3. DIAGNOSIS & PRESENT CONDITION

(a) DIAGNOSIS: (including any complications)

Obstructive Sleep Apnea

(b) SUBJECTIVE SYMPTOMS:

Somnolence, Irritability, Inability to concentrate

(c) OBJECTIVE FINDINGS: (including current x-rays, EKG's, Laboratory Data and any clinical findings)

Obese. Abnormal Sleep Study

## 4. DATES OF TREATMENT

(a) DATE FIRST CONSULTED WITH YOU: (M/D/Y) 1/4/96

(b) DATE OF LAST CONSULTATION: (M/D/Y) 10/3/96

(c) FREQUENCY OF TREATMENT BETWEEN DATES LISTED

☐ Weekly ☐ Monthly ☐ Other (specify)

## 5. NATURE OF TREATMENT (including surgery and medications prescribed, if any)

(a) DESCRIBE CURRENT TREATMENT

Failed CPAP, BiPAP, DPAP

(b) HAS PATIENT BEEN HOSPITAL CONFINED

☐ Yes ☒ No If yes, confined from through

NAME OF HOSPITAL

ADDRESS OF HOSPITAL

(c) IS THE PATIENT CURRENTLY ENROLLED IN ANY TYPE OF REHABILITATION PROGRAM ☐ Yes ☒ No

(d) IF YES, WHAT TYPE OF PROGRAM

☐ Cardiac ☐ Physical Therapy ☐ Other

## 6. CARDIAC (If applicable)

(a) FUNCTIONAL HEART CAPACITY: (American Heart Ass'n.)

☐ Class 1 (No limitation) ☐ Class 2 (Slight limitation) ☐ Class 3 (Marked limitation) ☐ Class 4 (Complete limitation)

(b) BLOOD PRESSURE: (Last visit)

150 / 105

SYSTOLIC DIASTOLIC

RECEIVED JAN 2_ 1997 CLAIM DEPT

## 7. PHYSICAL IMPAIRMENT

☐ Class 1 - No limitations of functional capacity; capable of heavy work; no restrictions. (0-10%)
☐ Class 2 - Medium manual activity. (15 - 30%)
☐ Class 3 - Slight limitation of functional capacity; capable of light work. (35 - 55%)
☐ Class 4 - Moderate limitation of functional capacity; capable of clerical/administration (sedentary) activity. (60 - 70%)
☐ Class 5 - Severe limitation of functional capacity; incapable of minimal (sedentary) activity. (75 - 100%)

F. 14846 Rev. 2-96

*Continued on reverse side*

**8. MENTAL/NERVOUS IMPAIRMENT (If applicable)**

- [ ] Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations).
- [ ] Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations).
- [ ] Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations).
- [x] Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations).
- [ ] Class 5 - Patient has significant loss of psychological, personal and social adjustment (severe limitations).

(a) PLEASE DEFINE "STRESS" AS IT APPLIES TO THIS CLAIMANT. WHAT STRESS AND PROBLEMS IN INTERPERSONAL RELATIONS HAS CLAIMANT HAD ON JOB

Irritability ~ Poor concentration, Somnolence

(b) HAVE YOU RECOMMENDED ANY TREATEMENT FOR THIS STRESS [ ] Yes [x] No

IF YES, DESCRIBE RECOMMENDED TREAMENT AND/OR NAME AND ADDRESS OF SOURCE PATIENT WAS REFERRED TO IN THE SPACE PROVIDED BELOW

**9. PROGRESS**

a. PATIENT IS (CHECK ONE)

[x] Ambulatory [ ] Bed Confined [ ] House Confined [ ] Hospital Confined

b. PATIENT HAS (CHECK ONE)

[ ] Recovered [ ] Improved [ ] Unchanged [ ] Retrogressed

**10. PROGNOSIS FOR REGULAR WORK**

a. IS PATIENT DISABLED AND UNABLE TO PERFORM HIS/HER REGULAR WORK

[x] Yes [ ] No - Date Released: [ ] FULL-TIME [ ] PART-TIME

b. DO YOU EXPECT A FUNDAMENTAL OR MARKED CHANGE IN THE FUTURE RELATING TO PATIENT'S JOB

[ ] Yes - Improvement [ ] Yes - Deterioration [x] No

c. IF NO, PLEASE EXPLAIN

d. IF IMPROVEMENT IS EXPECTED, WHEN WILL PATIENT RECOVER SUFFICIENTLY TO PERFORM DUTIES OF HIS/HER REGULAR WORK

[ ] 1 Mo. [ ] 2-3 Mo. [ ] 4-6 Mo. [ ] Never

[ ] Other:

**11. PROGNOSIS FOR GAINFUL WORK**

a. IS PATIENT DISABLED AND UNABLE TO PERFORM OTHER GAINFUL WORK

[x] Yes [ ] No - Date Released: [ ] FULL-TIME [ ] PART-TIME

b. DO YOU EXPECT A FUNDAMENTAL OR MARKED CHANGE IN THE FUTURE RELATING TO OTHER GAINFUL WORK

[ ] Yes - Improvement [ ] Yes - Deterioration [x] No

c. IF NO, PLEASE EXPLAIN

d. IF IMPROVEMENT IS EXPECTED, WHEN WILL PATIENT RECOVER SUFFICIENTLY TO PERFORM DUTIES OF OTHER GAINFUL WORK

[ ] 1 Mo. [ ] 2-3 Mo. [ ] 4-6 Mo. [ ] Never

[ ] Other:

PATIENT IS SUITABLE CANDIDATE FOR

[ ] Trial Employment [ ] Work Hardening [ ] Job Retraining

NOT A SUITABLE CANDIDATE, PLEASE EXPLAIN

**12. ADDITIONAL COMMENTS**

**YOU MAY MAIL THIS FORM DIRECTLY TO:**
**The Minnesota Mutual Life Insurance Company • 400 Robert Street North • St. Paul, Minnesota 55101-2098**

| NAME OF ATTENDING PHYSICIAN (Please print) | DEGREE | TELEPHONE NUMBER |
|---|---|---|
| Donald Ganley | MD | (804) 798-9208 |

ADDRESS (Street, City or Town, State or Province, Zip Code)

635 N. Washington Hwy Ashland, VA 23005

| SIGNATURE OF ATTENDING PHYSICIAN | DATE SIGNED | PRINT NAME OF PERSON COMPLETING THIS FORM |
|---|---|---|
| X Donald [signature] | 1/7/97 | Donald Ganley |

**NOTICE:** Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against the insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud. The commission of insurance fraud may subject such pe[rso]n to criminal and/or civil penalties.