HANCOCK & ESTABROOK, LLP
COUNSELORS AT LAW

*Writer's Direct Dial No.: (315) 425-3546*
*EMAIL: apierce@hancocklaw.com*

April 11, 2007

**VIA E-FILING**

Hon. William E. Smith
U.S. District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

**Re: McGill v. Minnesota Mutual Life Ins. Co.**
**Case No. 05-CV-0481/S**

Dear Judge Smith:

As you know, I represent Plaintiff John L. McGill in the above-referenced matter. I write this letter to advise the Court of proceedings pending before the Virginia State Corporation Commission Bureau of Insurance ("Bureau") that we believe should be brought to the Court's attention relative to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation upon which the Court heard oral argument on March 9, 2006. We believe that this Court might find the proceedings pending before the Bureau relevant to one or more of the legal issues pending before this Court.

On February 26, 2007 Mr. McGill filed a Complaint with the Bureau regarding Defendant Minnesota Mutual Life Insurance Company's ("MML") failure to comply with Virginia Code Ann. § 38.2-3511(B) in obtaining a signed consent to change coverage provided by the application that he executed and to provide him with own occupation disability benefits to age 65. The Bureau responded by sending a letter dated February 26, 2007 to MML requesting various information and documentation as a result of Mr. McGill's Complaint. The Bureau's letter specifically requests the following:

> Please provide our office with a copy of the executed contract with the application attached and any other documents signed at the time of application. Why was the change made to the plan of coverage? Was an amendment issued for the applicant's signature? Did the agent properly facilitate the change?

MML responded to the February 26, 2007 letter by the Bureau in a letter dated March 12, 2007 from Attorney Melissa Lang with a copy to me as counsel for Mr. McGill. By letter dated March 23, 2007 I sent a letter on behalf of Mr. McGill in response to MML's letter by Attorney Lang. Notably, on the first page of her letter on behalf of MML, Attorney Lang stated that "the


1500 Tower I, P.O. Box 4976, Syracuse, NY 13221-4976
Phone: 315.471.3151 • Fax: 315.471.3167 • www.hancocklaw.com

issues raised by Mr. McGill in his Complaint to the Virginia Bureau of Insurance are identical to those which are the subject of the litigation [pending before the District Court sitting in Rhode Island]."

We anticipate that the Bureau will be issuing some form of ruling or decision regarding Mr. McGill's Complaint in the near future. Given the critical importance of the Virginia statutes at issue before the Court, and the lack of any direct authority from Virginia or the Fourth Circuit Court of Appeals regarding those Virginia statutes, we felt that this Court might want to be advised of any interpretation by the Bureau regarding the applicability and effect of the Virginia statutes. We would be happy to supply you with any of the documents discussed above and to supply the Court with any written determination made by the Bureau once it is received.

Thanking you in advance for your continued consideration in this matter, I remain

Very respectfully yours

HANCOCK & ESTABROOK, LLP

s/Alan J. Pierce

Alan J. Pierce

AJP/lmr
cc: Melissa Lang, Esq. (by fax & mail)
Timothy M. Bliss, Esq. (by e-filing)
Jessica L. Basso, Esq. (by e-filing)