**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the within Letter Request on behalf of Plaintiff John L. McGill on April 11, 2007. The Letter Request is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the following counsel of record has been effectuated by electronic means:

Melissa Lang, Esq.
Harvey Pennington, Ltd.
1835 Market Street
Philadelphia, PA 19103

Timothy M. Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

I further certify that I served the within Letter Request on April 11, 2007 by US Mail upon the following counsel of record:

Melissa Lang, Esq.
Harvey Pennington, Ltd.
1835 Market Street
Philadelphia, PA 19103

/s/ **Alan J. Pierce**
Alan J. Pierce