UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN L. McGILL,<br><br>Plaintiff,<br><br>vs<br><br>MINNESOTA MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | C.A. No. 05-481 S |

ORDER

The matter before the Court is the objection of John L. McGill ("Plaintiff") to the Report and Recommendation of United States Magistrate Judge Lincoln Almond, dated January 18, 2007, recommending that Defendant Minnesota Mutual Life Insurance Co.'s ("Defendant") Motion for Summary Judgment be granted. In its Objection, Plaintiff's counsel argued, for the first time, that certain statutory provisions of Virginia law are applicable to this matter, and even dispositive of the central issues at hand. However, because Plaintiff did not raise this issue before the magistrate judge, the argument is deemed waived. Paterson-Leitch Co. v. Mass. Mun. Wholesale Elec. Co., 840 F.2d 985, 990-91 (1st Cir. 1988) ("We hold categorically that an unsuccessful party is not entitled as of right to de novo review by the judge of an argument never seasonably raised before the magistrate."); Borden v. Sec'y of Health & Human Servs., 836 F.2d 4, 6 (1st Cir. 1987) ("Parties must take before the magistrate, 'not only their "best shot" but all of their shots.'"); see also Fireman's Ins. Co. v.

Todesca Equip. Co., 310 F.3d 32, 38 (1st Cir. 2002) (deeming waived an argument raised for the first time in an objection to a magistrate judge's report and recommendation).

The Report and Recommendation in the above-captioned matter is accepted pursuant to 28 U.S.C. 636(b)(1). Defendant's Motion for Summary Judgment is GRANTED.

It is so ordered.

William E. Smith
United States District Judge

Date: 10/2/07