# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

**John L. McGill**
**Plaintiff**

**V.** **Case Number: C.A. 05-481S**

**Minnesota Mutual Life Insurance Company**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, Minnesota Mutual Life Insurance Company against the Plaintiff, John L. McGill pursuant to the Court's Order dated October 2, 2007, adopting the Magistrate Judge's Report and Recommendation dated January 18, 2007 and granting Defendant's Motion for Summary Judgment.**

**BY ORDER:**

Karen L Baldwell

**October 3, 2007**
**Date**

**Deputy Clerk**