IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN L. MCGILL, Plaintiff-Appellant, | ) | |
| v. | ) | Case No. 05-0481/S |
| MINNESOTA MUTUAL LIFE INS. CO., Defendant-Appellee. | ) | |

**PLAINTIFF JOHN L. McGILL'S**
**NOTICE OF APPEAL**
**TO THE UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

**PLEASE TAKE NOTICE** that Plaintiff John L. McGill hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment of the United States District Court for the District of Rhode Island entered in this action on October 3, 2007, as well as the October 2, 2007 Order and the January 18, 2007 Report and Recommendation of this Court that forms the basis thereof.

Dated: October 31, 2007

Respectfully submitted,

Counsel for Plaintiff-Appellant John L. McGill

Jessica L. Basso, Esq.
By: **/s/ Jessica L. Basso**
Jessica L. Basso

303 Jefferson Blvd.
Warwick, RI 02888
Telephone: (401) 921-4800
Facsimile: (401) 921-4805

HANCOCK & ESTABROOK, LLP
Alan J. Pierce, Esq.
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13202
Telephone: (315) 471-3151
Facsimile: (315) 471-3167

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within Notice of Appeal on behalf of Plaintiff-Appellant John L. McGill on October 31, 2007. The Notice of Appeal is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the following counsel of record has been effectuated by electronic means:

Defendant-Appellee Minnesota Mutual Life Insurance Company:

Timothy M. Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Melissa Lang, Esq.
Harvey Pennington, Ltd.
1835 Market Street
Philadelphia, PA 19103

I further certify that I served the within Notice of Appeal on October 31, 2007 US Mail upon the following counsel of record:

Melissa Lang, Esq.
Harvey Pennington, Ltd.
1835 Market Street
Philadelphia, PA 19103

/s/ **Alan J. Pierce** _
Alan J. Pierce